RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 19 2025

DANIEL J. McCOY, CLERK
BY:_____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * 18 U.S.C. § 113(a)(6) |
| VERSUS | * 2:25-cr-00048-01 |
| DIEGO RIVERA ZAYAS | * Judge Cain |
| | * Magistrate Judge LeBlanc |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### Assault Resulting in Serious Bodily Injury
### [18 U.S.C. § 113(a)(6)]

On September 5, 2024, in the Western District of Louisiana, at the Fort Johnson Military Base in Fort Johnson, Louisiana, a place within the special maritime and territorial jurisdiction of the United States, the defendant, DIEGO RIVERA ZAYAS, knowingly assaulted G.D., resulting in serious bodily injury, all in violation of Title 18, United States Code, Section 113(a)(6). [18 U.S.C. § 113(a)(6).]

A TRUE BILL:

REDACTED

ALEXANDER C. VAN HOOK
Acting United States Attorney

By: _____
CASEY RICHMOND (AR Bar #2018038)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618