**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 3:56 p.m.** on **Wednesday, March 19, 2025**, and adjourned at **4:02 p.m.**

PRESENT:     Carol B. Whitehurst, Magistrate Judge, Presiding
             Paula Jordan, Minute Clerk
             Recorded: Liberty Court Recorder 6
             Time in Court: 06 minutes

**GRAND JURY REPORT**

 X  Final Report
 X  Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 2:25-CR-00049-01 | X | |
| 6:25-CR-00053-01* | X | |
| 6:25-CR-00055-01* | X | |
| 2:25-CR-00056-01* | X | |
| 6:25-CR-00058 -01 | X | |
| 6:25-CR-00060-01 | X | |
| 6:25-CR-00061-01*** | X | |
| 1:25-CR-00062-01* | X | |

SEALED INDICTMENTS

| | WARRANT | SUMMONS |
|---|---|---|
| 2:25-CR-00047-01 | X | |
| 2:25-CR-00048-01 | X | |
| 1:25-CR-00051-01 | X | |
| 6:25-CR-00052-01 | | X |
| 2:25-CR-00054-01*** | X | |
| 2:25-CR-00059-01 | X | |

 X  Warrants/summons ordered issued as indicated.
 *  In Federal Custody
 ** Superseding Indictment
 *** State Custody