**0064A-ACH Bayne-Jones-Johnson**
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | Admit: | 10/24/2024 13:48 CDT |
| MRN: | 15315377000001 | | Discharge: | 10/24/2024 14:32 CDT |
| FIN: | 129244442 | | Admitting: | |
| Sex/DOB/Age: | Male    9/18/1943   81 years | | Location: | 0064A-EM-ER; ED-1; 1 |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

---

## *Administrative*

This information has been disclosed to you from federal health records in accordance with an approved
written request. Unless you are the subject of the record, federal laws may prohibit you from making a further
disclosure of this record for a purpose other than why the information was provided to you. If this record contains
substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure
restrictions of those federal laws on individuals who are not the subject of the record apply.

**CERTIFIED COPY<Page 1 of 160>**

> GOVERNMENT
> EXHIBIT
> **15**

ACH BJJ-00002                                    015-001

337 289 7991                              Fax# 337-571-0495

## AUTHORIZATION FOR DISCLOSURE OF MEDICAL OR DENTAL INFORMATION

### PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974 (Public Law 93-579), the notice informs you of the purpose of the form and how it will be used. Please read it carefully.
**AUTHORITY:** Public Law 104-191; E.O. 9397 (SSAN); DoD 6025.18-R.
**PRINCIPAL PURPOSE(S):** This form is to provide the Military Treatment Facility/Dental Treatment Facility/TRICARE Health Plan with a means to request the use and/or disclosure of an individual's protected health information.
**ROUTINE USE(S):** To any third parties or the individual upon authorization as per your written authorization.
**DISCLOSURE:** Completely voluntary. Failure to sign the authorization form will result in the non-release of the protected health information.
This form will not be used for the authorization to disclose alcohol or drug abuse patient information from medical records or for authorization to disclose information from records of an alcohol or drug abuse treatment program. In addition, any use as an authorization to use or disclose psychotherapy notes may not be combined with another authorization except one to use or disclose psychotherapy notes.

### SECTION I - PATIENT DATA

| 1. NAME (Last, First, Middle Initial) Dhane, George | 2. DATE OF BIRTH (YYYYMMDD) 1943 09 18 | 3. DOD NUMBER OF PATIENT 1131028101 |
|---|---|---|

| 4. PERIOD OF TREATMENT: FROM - TO (YYYYMMDD) 2024 09 05 | 5. TYPE OF TREATMENT (X one)  OUTPATIENT ☐  INPATIENT ☐  BOTH ☒ |
|---|---|

### SECTION II - DISCLOSURE

6. I AUTHORIZE Lafayette General Hospital / ER   (Name of Facility) THEM-MHM AGENCY   TO RELEASE MY PATIENT INFORMATION TO:

a. NAME OF PERSON OR ORGANIZATION TO RECEIVE INFORMATION  Community Hospital Bayne Jones (Street, City, State and ZIP Code)
MEDICAL INFORMATION   Attn: PAD-IPR-ROI-Correspondence   BJACH-CORR/IPR-531-3178
Bayne Jones                1585 Third Street

c. TELEPHONE (Include Area Code)   Fort Johnson, LA 71459 (Include Area Code) 337 531 3177

7. REASON FOR REQUEST/USE OF MEDICAL INFORMATION (X as applicable)
☐ PERSONAL USE   ☒ CONTINUED MEDICAL CARE   ☐ SCHOOL   ☐ OTHER (Specify)
☐ RETIREMENT   ☐ SEPARATION   ☐ VA

8. INFORMATION TO BE RELEASED
Images & reports from ER visit
all Records

For the following to be included, initial below to authorize disclosure:
☐ Mental Health Clinical Records
☒ Radiology Images

| 9. AUTHORIZATION START DATE (YYYYMMDD) 2024 12 11 | 10. AUTHORIZATION EXPIRATION   DATE (YYYYMMDD) 2025 12 11 | ☐ ACTION COMPLETED |
|---|---|---|

### SECTION III - RELEASE AUTHORIZATION

I understand that:
a   I have the right to revoke this authorization at any time. My revocation must be in writing and provided to the facility where my medical records are kept or to the TMA Privacy Officer if this is an authorization for information possessed by the TRICARE Health Plan rather than an MTF or DTF. I am aware that if I later revoke this authorization, the person(s) I herein name will have used and/or disclosed my protected information on the basis of this authorization.
b   If I authorize my protected health information to be disclosed to someone who is not required to comply with federal privacy protection regulations, then such information may be re-disclosed and would no longer be protected.
c   I have a right to inspect and receive a copy of my own protected health information to be used or disclosed, in accordance with the requirements of the federal privacy protection regulations found in the Privacy Act and 45 CFR s164.524.
d   The Military Health System (which includes the TRICARE Health Plan) may not condition treatment in MTFs/DTFs, payment by the TRICARE Health Plan, enrollment in the TRICARE Health Plan or eligibility for TRICARE Health Plan benefits on failure to obtain this authorization.
I request and authorize the named provider/treatment facility/TRICARE Health Plan to release the information described above to the named individual/organization indicated.

| 11. SIGNATURE OF PATIENT/PARENT/LEGAL REPRESENTATIVE | 12. RELATIONSHIP TO PATIENT (If applicable) | 13. DATE (YYYYMMDD) 12/11/24 |
|---|---|---|

### SECTION IV - FOR STAFF USE ONLY

| 14. X IF APPLICABLE: ☐ COMPLETED | 15. ADDITIONAL COMMENTS | 16. DATE (YYYYMMDD) |
|---|---|---|

17. PLEASE CHOOSE ONE METHOD OF DELIVERY:
☐ PICK-UP DISC   ☐ MAIL-DISC   ☐ E-MAIL
ENTER A VALID E-MAIL ADDRESS BELOW:
E-MAIL:

18. Complete this portion only if patient does not have a DOD#
SPONSOR NAME:
SPONSOR RANK:
SPONSOR SSN:
337 239 7433 patient's #

IACH FORM 2870 (2023)

**CERTIFIED COPY<Page 2 of 160>**

Dhane, George 9/18/1943    Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 3 of 160 PageID 5377000001 #: 189    129244442

* Auth (Verified) *

## AUTHORIZATION FOR DISCLOSURE OF MEDICAL OR DENTAL INFORMATION

### PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974 (Public Law 93-579), the notice informs you of the purpose of the form and how it will be used. Please read it carefully.

**AUTHORITY:** Public Law 104-191; E.O. 9397 (SSAN); DoD 6025.18-R.

**PRINCIPAL PURPOSE(S):** This form is to provide the Military Treatment Facility/Dental Treatment Facility/TRICARE Health Plan with a means to request the use and/or disclosure of an individual's protected health information.

**ROUTINE USE(S):** To any third party or the individual upon authorization for the disclosure from the individual for: personal use; insurance; continued medical care; school; legal; retirement/separation; or other reasons.

**DISCLOSURE:** Voluntary. Failure to sign the authorization form will result in the non-release of the protected health information.

This form will not be used for the authorization to disclose alcohol or drug abuse patient information from medical records or for authorization to disclose information from records of an alcohol or drug abuse treatment program. In addition, any use as an authorization to use or disclose psychotherapy notes may not be combined with another authorization except one to use or disclose psychotherapy notes.

### SECTION I - PATIENT DATA

| 1. NAME (Last, First, Middle Initial) Dhane, George D. | 2. DATE OF BIRTH (YYYYMMDD) 1943-09-18 | 3. SOCIAL SECURITY NUMBER Redacted |
|---|---|---|

| 4. PERIOD OF TREATMENT: FROM/ TO (YYYYMMDD) 2024  - DISCHARGE | 5. TYPE OF TREATMENT (X one) OUTPATIENT ☐  INPATIENT ☐  BOTH ☒ |
|---|---|

### SECTION II - DISCLOSURE

6. I AUTHORIZE _Bayne Jones / Army Community Hospital_ (Name of Facility/TRICARE Health Plan)  **TO RELEASE MY PATIENT INFORMATION TO:**

| a. NAME OF PERSON OR ORGANIZATION TO RECEIVE MY MEDICAL INFORMATION  Bayne Jones Army Community Hospital /Self | b. ADDRESS (Street, City, State and ZIP Code) 1585 3rd Street, Bldg 285 Fort Johnson, LA 71459 |
|---|---|

| c. TELEPHONE (Include Area Code) (337) 531-3178 | d. FAX (Include Area Code) (337) 531-3177 |
|---|---|

7. REASON FOR REQUEST/USE OF MEDICAL INFORMATION (X as applicable)

| PERSONAL USE | ☒ CONTINUED MEDICAL CARE | SCHOOL ☐ | OTHER (Specify) |
|---|---|---|---|
| INSURANCE | RETIREMENT/SEPARATION | LEGAL | |

8. INFORMATION TO BE RELEASED     Last 6 months of records.

*ALL

| 9. AUTHORIZATION START DATE (YYYYMMDD) | 10. AUTHORIZATION EXPIRATION DATE (YYYYMMDD) | ☒ ACTION COMPLETED |
|---|---|---|

### SECTION III - RELEASE AUTHORIZATION

I understand that:

a. I have the right to revoke this authorization at any time. My revocation must be in writing and provided to the facility where my medical records are kept or to the TMA Privacy Officer if this is an authorization for information possessed by the TRICARE Health Plan rather than an MTF or DTF. I am aware that if I later revoke this authorization, the person(s) I herein name will have used and/or disclosed my protected information on the basis of this authorization.

b. If I authorize my protected health information to be disclosed to someone who is not required to comply with federal privacy protection regulations, then such information may be re-disclosed and would no longer be protected.

c. I have a right to inspect and receive a copy of my own protected health information to be used or disclosed, in accordance with the requirements of the federal privacy protection regulations found in the Privacy Act and 45 CFR §164.524.

d. The Military Health System (which includes the TRICARE Health Plan) may not condition treatment in MTFs/DTFs, payment by the TRICARE Health Plan, enrollment in the TRICARE Health Plan or eligibility for TRICARE Health Plan benefits on failure to obtain this authorization.

I request and authorize the named provider/treatment facility/TRICARE Health Plan to release the information described above to the named individual/organization indicated.

| 11. SIGNATURE OF PATIENT/PARENT/LEGAL REPRESENTATIVE | 12. RELATIONSHIP TO PATIENT (If applicable) Self | 13. DATE (YYYYMMDD) 2024-12-02 |
|---|---|---|

### SECTION IV - FOR STAFF USE ONLY (To be completed only upon receipt of written revocation)

| 14. X IF APPLICABLE AUTHORIZATION REVOKED | 15. REVOCATION COMPLETED BY | 16. DATE (YYYYMMDD) |
|---|---|---|

| 17. IMPRINT OF PATIENT IDENTIFICATION PLATE WHEN AVAILABLE    PLACE LABEL | SPONSOR NAME: Dhane, George D. SPONSOR RANK: FMP/SPONSOR SSN: BRANCH OF SERVICE: Unit Name: Retired PHONE NUMBER: (337) 397-7434 |
|---|---|

DD FORM 2870, DEC 2003    Adobe Professional 8.0

| | |
|---|---|
| **Fax Call Report** | **HP Color LaserJet FlowMFP M681**<br>**Page 1** |

Fax Header Information

BJACHPR022691
3375313177
Sep/12/2024 8:36:24 AM

| Job | Date/Time | Type | Line | Identification | Duration | Pages | Result |
|------|------------------------|------|--------|----------------|----------|-------|--------|
| 2294 | Sep/12/2024 8:35:56 AM | Send | Analog | 973372384514   | 00:24    | 0     | Busy   |



Sep/12/2024 8:36:25 AM

English (United States)

**CERTIFIED COPY<Page 4 of 160>**

0064A

Page 4 of 57

ACH BJJ-00005                    015-004

Sep/11/2024 3:41:39 PM    3373929440->3375313177                          1/1

3373929440                                        03:45:30 p.m.    09-11-2024    1/1

All portions of this form *must* be completed to constitute a valid authorization for release of health information under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.

*ROI*

**Patient's Name:** George Dhane
**Date of Birth:** 9.18.43    **Medical Record Number**

**Address**    **City**    **State**    **Zip**    **Telephone Number**    **Email Address**

I authorize the use and disclosure of health information about me as described below:

**Facility Authorized to Release my Health Information:** BS ACH    STAT
**Address**    **City**    **State**    **Zip**    **Fax**    **Telephone Number**

**Agency or Individual(s) Authorized to Receive my Health Information**
WEST LOUISIANA FAMILY PRACTICE - DR. LANDRUM    **Fax:** 337 392-9440
**Address**    **City**    **State**    **Zip**    **Telephone Number**
1201 FERTITTA BLVD    LEESVILLE    LA    71446    337 392-9438

**Health Information that may be used / disclosed is limited to the following:**
- [x] Discharge Summary
- [x] History and Physical
- [ ] Consultation(s)
- [ ] Progress Notes
- [ ] Emergency Room Record
- [ ] Operative Note(s)
- [ ] Imaging/X-Ray Films
- [x] X-Ray Reports
- [x] Lab
- [ ] Pathology Report

**Sensitive Information:**
- [ ] Alcohol Abuse
- [ ] Drug Abuse
- [ ] Entire Record
- [ ] Fetal Heart Monitor Strips
- [ ] Genetic Testing
- [ ] Psychiatric/Behavioral Diagnoses
- [ ] Communicable diseases, including HIV status
- [x] Other (specify) CT Chest

**Health Information that may be used / disclosed is limited to the following periods of healthcare:**
From (date): _____    To (date): _____    Account Number: _____
From (date): _____    To (date): _____    Account Number: _____

**Health Information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s):**
- [x] Treatment/Consultation
- [ ] At Request of Patient
- [ ] Research
- [ ] Marketing
- [ ] Billing or Claims Payment
- [ ] At Request of Employer
- [ ] Other _____

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information" may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, including Sensitive Information as indicated above, which was compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

If no specific date or event is noted below, this authorization will automatically *expire 60 days* after the date of signature. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

**Patient's Signature or Legal Representative:** Dr. Landrum PcP    **Date/Time:** 9-10-24
**Relationship to Patient / Authority to Act on Patient's Behalf:** SELF / PARENT / POA --    **Interpreter, If Utilized**    **Date/Time**
**Witness Signature**    **Date/Time**    **Expiration Date or Event**

- [ ] *Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.*
- [ ] Electronic copy requested.

Authorization/Request for Health Information Release (iPDF)
HIM-6401
(Revised 11/10, 02/12, 05/14, 08/14, 04/15, 09/16, 04/17, 01/18)
Page 1 of 1

**Patient Label**

BYRD REGIONAL HOSPITAL

337
Bb 454

Sep/11/2024 5:49:30 PM   3373929440->3375313177                                      1/1

3373929440                                                   05:53:14 p.m.   09-11-2024   1/1

All portions of this form *must* be completed to constitute a valid authorization for release of health information
under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank,
the authorization will be considered defective.                                                    *ROI*

| Patient's Name | George Dhane | | Date of Birth 9/18/43 | Medical Record Number |

| Address | City | State | Zip | Telephone Number | Email Address |

I authorize the use and disclosure of health information about me as described below:

| Facility Authorized to Release my Health Information | STAT | | Fax |

| Address | City | State | Zip | Telephone Number |

Agency or Individual(s) Authorized to Receive my Health Information
WEST LOUISIANA FAMILY PRACTICE - DR. LANDRUM                                  Fax: 337 392-9440

| Address 1201 FERTITTA BLVD | City LEESVILLE | State LA | Zip 71446 | Telephone Number 337 392-9438 |

Health Information that may be used / disclosed is limited to the following:
☐ Discharge Summary   ☐ History and Physical   ☐ Progress Notes   ☐ Emergency Room Record
☐ Operative Note(s)   ☐ Imaging/X-Ray Films   ☐ Consultation(s)   ☐ Pathology Report
☑ X-Ray Reports   ☐ Lab   ☐ Entire Record   ☐ Fetal Heart Monitor Strips
Sensitive Information:   ☐ Alcohol Abuse   ☐ Drug Abuse   ☐ Communicable diseases, including HIV status
☐ Genetic Testing   ☐ Psychiatric/Behavioral Diagnoses
☑ Other (specify) CT Chest Got Pages 1-41 of 48 pages

Health Information that may be used / disclosed is limited to the following periods of healthcare:
From (date): _____ To (date): _____ Account Number: _____
From (date): _____ To (date): _____ Account Number: _____

Health Information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s):
☑ Treatment/Consultation   ☐ At Request of Patient   ☐ Research   ☐ Marketing   ☐ Billing or Claims Payment
☐ At Request of Employer   ☐ Other _____

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information"
may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims
which might arise from the release of information authorized herein, including Sensitive Information as indicated above, which was
compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no
longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an
expiration date or event does not apply.

If no specific date or event is noted below, this authorization will automatically *expire 60 days* after the date of signature. I understand
that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the
facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits
such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

| Patient's Signature or Legal Representative: D Landrum PcP | Date/Time: 9-10-24 |

| Relationship to Patient / Authority to Act on Patient's Behalf: SELF / PARENT / POA – | Interpreter, If Utilized | Date/Time |

| Witness Signature | Date/Time | Expiration Date or Event |

☐ *Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.*
☐ Electronic copy requested.

Authorization/Request for Health Information-
Release (iPDF)
HIM-6401                                                     Page 1 of 1
(Revised 11/10, 02/12, 05/14, 08/14, 04/15, 09/16, 04/17, 01/18)

BYRD REGIONAL HOSPITAL

**CERTIFIED COPY<Page 6 of 160>**

Flowsheet Print Request

Patient: Dhane, George D
MRN: 15315377000001

Date Range: 09/05/2024 06:02 PDT - 09/13/2024 06:02 PDT

Printed by: JORDAN, JENNIFER
Printed on: 09/12/2024 08:02 CDT

| Event Date | Event | Result | Ref. Range | Status |
|---|---|---|---|---|
| 09/05/2024 11:37 CDT | WBC | 10.32 | (4.80 - 10.80) | |
| | RBC | 3.63 (L) | (4.70 - 6.10) | |
| | Hemoglobin | 10.80 (L) | (14.00 - 18.00) | |
| | Hematocrit | 33.50 (L) | (42.00 - 52.00) | |
| | MCV | 92 | (80 - 94) | |
| | MCH | 29.8 | (27.0 - 31.0) | |
| | MCHC | 32 (L) | (33 - 37) | |
| | RDW SD | 54.4 | | |
| | RDW CV | 16 | | |
| | Platelets | 236 | (130 - 400) | |
| | MPV | 9.10 | (0.10 - 10.20) | |
| | Neutrophil % Auto | 82 (H) | (44 - 78) | |
| | Lymphocyte % Auto | 8 (L) | (16 - 70) | |
| | Monocyte % Auto | 6.60 | (1.00 - 9.00) | |
| | Eosinophil % Auto | 2 | (0 - 5) | |
| | Basophil % Auto | 0 | (0 - 1) | |
| | Imm. Granulocyte % | 0 | | |
| | Neutro Absolute | 8.49 (H) | (2.11 - 8.42) | |
| | Lymph Absolute | 0.86 | (0.77 - 7.56) | |
| | Mono Absolute | 0.68 | (0.05 - 0.97) | |
| | Eos Absolute | 0.20 | (0.00 - 0.54) | |
| | Baso Absolute | 0.04 | (0.00 - 0.11) | |
| | Imm. Granulocyte Absolute | 0 | (0 - 0) | |
| | PT | 10.4 | (9.3 - 11.4) | |
| | PTT | 25.4 | (24.5 - 32.8) | |
| | INR | 1.0 | (0.1 - 20.0) | |
| | Sodium | 131 (L) | (136 - 145) | |
| | Potassium Lvl | 4.2 | (3.5 - 5.1) | |
| | Chloride | 98 | (98 - 107) | |
| | CO2 | 23 | (22 - 31) | |
| | AGAP | 10.0 | (5.0 - 16.0) | |
| | BUN | 16.8 | (8.4 - 25.7) | |
| | Creatinine Level | 0.77 | (0.72 - 1.25) | |
| | BUN/Creat Ratio | 22 | | |
| | eGFR CKD EPI | 90 * | | |
| | Glucose Lvl | 95 | (70 - 110) | |
| | Calcium | 9.1 | (8.8 - 10.0) | |
| | Protein Total | 6.50 | ( - <=8.30) | |
| | Albumin | 3.3 (L) | (3.9 - 4.9) | |
| | Bilirubin Total | 0.43 | (0.20 - 1.20) | |
| | Alk Phos | 100 | (42 - 144) | |
| | ALT | 13 | ( - <=37) | |
| | AST | 25 | (3 - 37) | |
| | Globulin | 3.2 | (2.4 - 3.5) | |
| | A/G Ratio | 1.0 | | |

**CERTIFIED COPY<Page 7 of 160>**

* Auth (Verified) *

**0064A-ACH Bayne-Jones-Johnson**
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | | Admitting: | |
| Sex/DOB/Age: | Male | 9/18/1943  80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

---

### *Cardiology Procedures*

---

This information has been disclosed to you from federal health records in accordance with an approved written request. Unless you are the subject of the record, federal laws may prohibit you from making a further disclosure of this record for a purpose other than why the information was provided to you. If this record contains substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure restrictions of those federal laws on individuals who are not the subject of the record apply.

Report Request ID:  701955117              Page 1 of 2              Print Date/Time:  9/12/2024 08:03 CDT

**CERTIFIED COPY<Page 8 of 160>**

Dhane, George D
9/18/1943

15315377000001
129244442

* Auth (Verified) *

Dhane, George D
9/18/1943

15315377000001
122161970

* Auth (Verified) *

**DHANE, GEORGE**
Male
09/18/1943 ( 80 Years )

| | | |
|---|---|---|
| Vent. rate | 46 | BPM |
| PR interval | 206 | ms |
| QRS duration | 94 | ms |
| QT/QTc-Baz | 472/413 | ms |
| P-R-T axes | 84 -60 | 64 |

**Patient ID: 1131028101**
Sinus bradycardia
Left anterior fascicular block
Inferior infarct , age undetermined
Abnormal ECG

09/05/2024 11:51:17

Dhane, George D
DOB: 09/18/1943    M / 80 yr
DOS: 09/05/2024
DoD ID: 1131028101
FIN: 122161970

NO
STEMI
VMC

SCANNED



0064A

Page 2 of 2

**CERTIFIED COPY<Page 9 of 160>**
015-009

0064A

Page 9 of 57

ACH BJJ-00010

Dhane, George D
9/18/1943
Case 2:25-cr-00048-JDC-TPL   Document 61-14   Filed 10/16/25   Page 10 of 160
15315377000001
129244442
PageID #: 196
* Auth (Verified) *

## 0064A-ACH Bayne-Jones-Johnson
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male   9/18/1943   80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Emergency Documentation*

Document Type:            ED/UC Note Provider
Service Date/Time:       9/5/2024 12:39 CDT
Result Status:             Auth (Verified)
Perform Information:      CAMACHO,VICTOR M,MD (9/5/2024 12:46 CDT)
Sign Information:          CAMACHO,VICTOR M,MD (9/5/2024 12:46 CDT)

### 0064A-ACH Bayne-Jones-Johnson
Emergency Medicine
1585 3RD Street, Fort Johnson, LA 71459
Phone: (337) 531-3118

**Basic Information**
Time Seen:
CAMACHO, VICTOR M, MD  09/05/2024 08:30

**Chief Complaint**
Pt presents for altercation at pharmacy, reports he was standing in line and was shoved by another individual. Presents with moderate sized skin tear to right mid back with bruising present. C/o pain to right scapula/upper back region worse with

**Assessment/Plan**
Orders:
CV Electrocardiogram
*Differential Automated
*Glomerular Filtration Rate, Estimated
CBC w/ Diff
Comprehensive Metabolic Panel
PT and INR
PTT
Wound Care Routine (Treatment Order)
CT Chest w/o Contrast
XR Ribs w/ PA Chest Bilateral

**Medication Administration**
**Given**
    acetaminophen, 500 mg, Oral

**Lab Results**

| Automated Hematology | LATEST RESULTS |
|---|---|
| WBC | 10.32 |
| RBC | 3.63 Low |
| Hemoglobin | 10.80 Low |
| Hematocrit | 33.50 Low |
| MCV | 92 |
| MCH | 29.8 |
| MCHC | 32 Low |
| RDW SD | 54.4 |
| RDW CV | 16 |
| Platelets | 236 |

---

This information has been disclosed to you from federal health records in accordance with an approved written request. Unless you are the subject of the record, federal laws may prohibit you from making a further disclosure of this record for a purpose other than why the information was provided to you. If this record contains substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure restrictions of those federal laws on individuals who are not the subject of the record apply.

Report Request ID: 701955195          Page 1 of 5          Print Date/Time: 9/12/2024 08:03 CDT

**0064A-ACH Bayne-Jones-Johnson**

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

### History of Present Illness

80-year-old male who is a retired active duty member with history of coronary artery disease/8 stents in the past, as well as history of COPD and multiple other comorbid medical conditions was brought to the emergency room from the pharmacy where patient was waiting refill of his medication and his spouse's medication. Patient was standing in a line in the pharmacy there was another veteran in that same line waiting for medication and they somehow got into a scuffle the other veteran pushed this patient who fell backwards onto some furniture that was in the lobby and waiting area of the pharmacy sustaining a skin tear to the skin of the right upper back and right scapular area and injuries to his chest wall. Patient did not have any trauma to the head, loss of consciousness or any other injuries as a result of the fall. Patient denies any symptoms at this time other than right upper back pain.

### Review of Systems

Constitutional: Fever no  Chills no  Weight loss no  Weight gain no  Loss of Appetite no   Night Sweats  no

Head: Headache no  TBI no  CVA no

Eyes: Discharge no  Pain no  Photophobia no  Visual Changes  no

ENT: Bleeding no  Discharge no  Earache no  Sinus pain no  Sore throat no

CV:  Chest pain yes/posterior right sided upper chest wall pain, palpitations no Syncope no DOE no

Resp: Cough no  SOB no  Sputum no  Hemoptysis no

GI:  Abd pain no  Nausea no  Vomiting no
Diarrhea no  Constipation no  Hematemesis no  Hematochezia no

GU:  Discharge no  Dysuria no  Frequency no  Hematuria no  Urgency no

MS: Arthralgias no  Injury no  Myalgias no  Swelling no  Pain/tenderness no

Skin: Rash no  Redness no  Injury no  Swelling no  Tenderness no

Neuro: AMS no  Headache no  Numbness no  Vertigo/Dizzy no  Deficit no

Psych: Anxiety no  Depression no  Hallucinations no  Suicidal no  Homicidal no

ALL/IMM: Allergies no  Immunocompromised no  Lymphadenopathy no

HEME/ONC: Cancer no  Easy bruising no  Blood thinners no

All other ROS negative excpt as market or per HPI:  yes

| | | |
|---|---|---|
| MPV | | 9.10 |
| Neutrophil % Auto | | 82 High |
| Lymphocyte % Auto | | 8 Low |
| Monocyte % Auto | | 6.60 |
| Eosinophil % Auto | | 2 |
| Basophil % Auto | | 0 |
| Imm. Granulocyte % | | 0 |
| Neutro Absolute | | 6.49 High |
| Lymph Absolute | | 0.86 |
| Mono Absolute | | 0.68 |
| Eos Absolute | | 0.20 |
| Baso Absolute | | 0.04 |
| Imm. Granulocyte Absolute | | 0 |

| Coagulation | LATEST RESULTS | |
|---|---|---|
| PT | | 10.4 |
| PTT | | 25.4 |
| INR | | 1.0 |

| Routine Chemistry | LATEST RESULTS | |
|---|---|---|
| Sodium | | 131 Low |
| Potassium Lvl | | 4.2 |
| Chloride | | 98 |
| CO2 | | 23 |
| AGAP | | 10.0 |
| BUN | | 16.8 |
| Creatinine Level | | 0.77 |

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 11 of 160>**

## 0064A-ACH Bayne-Jones-Johnson

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | Admit: | 9/5/2024 08:14 CDT | |
| MRN: | 15315377000001 | | | Discharge: | 9/5/2024 14:33 CDT | |
| FIN: | 122161970 | | | Admitting: | | |
| Sex/DOB/Age: | Male | 9/18/1943 | 80 years | Veterans ID (ICN): | | |
| DOD ID (EDIPI): | 1131028101 | | | | | |

---

### *Emergency Documentation*

Unable to obtain due to: _

#### Physical Exam

**Vitals & Measurements**
T: 36.8 °C (Temporal Artery) HR: 69(Peripheral) RR: 18 BP: 138/69
SpO2: 99%
WT: 58.9 kg(Estimated)
General: Well developed yes   Well-nourished yes   Acute distressed no

Head: Normocephalic yes   Atraumatic yes

Eyes: PERLA yes   EOMI yes   Discharge no   Injection no

Ears/Nose: TMs Normal yes   Nose Normal yes

Mouth/Throat: Mucosa Moist yes   Tonsils normal yes   Dentition normal yes

Neck: Normal ROM yes   Tenderness no   Adenopathy no

CV: Normal Rate yes   Regular rhythm yes   Normal sounds yes   Peripheral pulses normal yes

Respiratory: Normal breath sound yes   Normal respiratory effort yes

GI: Soft yes   Distended no   Normal bowel sounds yes   Mass no   Tenderness no   Peritoneal Sx

MSK: Full ROM yes   Normal appearance yes   Injury no   Back none tender no, tenderness to palpation to the right upper posterior lateral chest wall. No flail chest wall segment noted on exam

Skin: Normal appearance yes   Injury yes tear to the skin of the right upper back and scapular area no active bleeding, lesions no   Rash no   Lacerations no

Psych: Anxious no   Flat no   Tearful no   Combative no   Eye Contact yes

Neuro: A&O x3 yes   CN II-XII Intact yes   Normal mental status yes   Normal speech yes   Normal sensory yes   Normal motor yes   Normal Cerebellar yes   Normal gait yes   Normal tendon reflexes yes

#### Medical Decision Making

80-year-old male who is retired active duty member with history of coronary artery disease with multiple stents in his coronary arteries, as well as history of COPD and other comorbid medical conditions brought to the emergency room to be evaluated after patient was pushed while waiting in a line at the pharmacy in this medical facility where he was refilling his and his spouse's medication. Patient was pushed back by another veteran that was in the same

| | | |
|---|---|---|
| BUN/Creat Ratio | | 22 |
| eGFR CKD EPI | | 90 |
| Glucose Lvl | | 95 |
| Calcium | | 9.1 |
| Protein Total | | 6.50 |
| Albumin | | 3.3 Low |
| Bilirubin Total | | 0.43 |
| Alk Phos | | 100 |
| ALT | | 13 |
| AST | | 25 |
| Globulin | | 3.2 |

| Chemistry for Electrophoresis | LATEST RESULTS |
|---|---|
| A/G Ratio | 1.0 |

#### Diagnostic Results
CT Chest w/o Contrast

09/05/24 10:26:08
IMPRESSION:
Multiple right rib fractures with moderate-sized right pneumothorax. Patient
would likely benefit from chest tube given pneumothorax size.

Suspicious cavitary lesion right upper lobe measuring up to 5.4 cm with thickened wall measuring 4 mm. Addition there is a suspicious 8 mm nodule in the
left upper lobe as spiculations. Recommend tissue sampling and PET/CT for
further evaluation.

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 12 of 160>**

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

## *Emergency Documentation*

line he fell on some furniture that was in the waiting area of the pharmacy and sustained skin tear to the skin of his right scapular and upper back area. Patient was evaluated in the emergency room x-ray imaging of the ribs on the right revealed multiple rib fractures of ribs #567 and a small 15% pneumothorax. Patient underwent CT scanning imaging of the chest to see if there were any further injuries not detected on x-ray and reveals the same 3 rib fractures with a moderate sized pneumothorax on the right. Patient was treated in the emergency room with IV hydration normal saline at 125 mL/h. He has not required any form of analgesia. Case was discussed with Dr. Clemens's Lafayette General Hospital who is the emergency room physician on duty and who has accepted this patient in transfer for further evaluation and management of his multiple rib fractures and stable pneumothorax.

Follow Up
No qualifying data available

Medication Reconciliation
Unchanged
acetaminophen-HYDROcodone (HYDROcodone-acetaminophen 7.5 mg-325 mg tablet)See Instructions. Refills: 0.
aspirin (aspirin 81 mg oral delayed release tablet)
atorvastatin (atorvastatin 40 mg tablet)See Instructions. Refills: 3.
atorvastatin (atorvastatin 40 mg tablet)See Instructions. Refills: 3.
ciprofloxacin (ciprofloxacin 500 mg tablet)500 Milligrams Oral (given by mouth) every 12 hours. Refills: 0.
cyanocobalamin (cyanocobalamin 1000 mcg/mL inj-vial [1mL])See Instructions. Refills: 3.
docusate (docusate sodium 100 mg capsule)See Instructions. Refills: 2.
docusate (docusate sodium 100 mg capsule)See Instructions. Refills: 3.
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
gabapentin (gabapentin 300 mg oral capsule)
meclizine (meclizine 25 mg oral tablet)
metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)See Instructions. Refills: 2.
metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)See Instructions. Refills: 3.
pantoprazole (pantoprazole 40 mg oral delayed release tablet)
pantoprazole (pantoprazole EC 40 mg tablet)See Instructions. Refills: 2.
simvastatin (simvastatin 40 mg oral tablet)
tamsulosin (tamsulosin 0.4 mg capsule)0.4 Milligrams Oral (given by mouth). Refills: 3.

Gallbladder sludge/cholelithiasis.

Ectasia of the ascending thoracic aorta, 4.6 cm.

Signed By: KRAMER, NICHOLAS JOHN, MD

********************************************
XR Ribs w/ PA Chest Bilateral

09/05/24 09:26:32
IMPRESSION:
1. Fractures of the right 5-7th ribs as above.
2. Right lower lung pneumothorax with small right hemothorax.

*** Findings discussed with Dr. Camacho at 10:05 am on 09/05/2024 with by confirmation of patient inflammation findings. Findings discovered at 10:04 AM.
***

Signed By: KRAMER, NICHOLAS JOHN, MD
ECG
12 LEAD EKG: Sinus bradycardia, heart rate 46 bpm, left anterior fascicular block, no arrhythmia no ectopy and no STEMI.
POC Ultrasound

Consults
No Consult orders placed.

Problem List/Past Medical History
Ongoing
No qualifying data
Historical
No qualifying data

Procedure/Surgical History
  • Angioplasty
  • Hernia repair

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Report Request ID:  701955195                Page 4 of 5                Print Date/Time:  9/12/2024 08:03 CDT

0064A-ACH Bayne-Jones-Johnson

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | |
| MRN: | 15315377000001 | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943   80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

## *Emergency Documentation*

tamsulosin (tamsulosin 0.4 mg oral capsule)
ticagrelor (Brilinta 90 mg tablet)90 Milligrams Oral (given by mouth) 2 times a day. Refills: 1.
ticagrelor (Brilinta 90 mg tablet)See Instructions. Refills: 3.
tiZANidine (tiZANidine 4 mg oral tablet)
tiZANidine (tiZANidine 4 mg tablet)See Instructions. Refills: 2.
vibegron (Gemtesa 75 mg tablet)See Instructions. Refills: 3.

Allergies
No Known Medication Allergies

Social History
Read Only: ILER Critical Exposures
Exposure Pathway Count 0. Industrial Hygiene Count 0. Registries Count 1. Health Assessments Count 0. Incidents Count 0. Deployments Count 0. Individual Monitoring Count 0., 09/05/2024

Family History
No family history documented

Electronically signed on: 09/05/2024 12:46 CDT

_____
VICTOR M CAMACHO
MD

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 14 of 160>**

ACH BJJ-00015                            015-014

**0064A-ACH Bayne-Jones-Johnson**
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102
(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male    9/18/1943   80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

| *Computed Tomography* |
|---|

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 00064-CT-24-0015661 | 9/5/2024 10:42 CDT | CT Chest w/o Contrast | CAMACHO, VICTOR M, MD | 80 years |

**Reason for Exam**
(CT Chest w/o Contrast) blunt trauma chest

**Report**
EXAMINATION: CT Chest w/o Contrast.

TECHNIQUE: CT without contrast from the lung apices through the upper abdomen
with sagittal and coronal reformats.

COMPARISONS: Chest radiograph from earlier same day.

FINDINGS:
Lungs and Airways: 4.5 x 5.4 cm cavernous lesion in the right upper lung with
wall thickening measuring 4 mm. Suspicious 8 mm nodule in the left upper lobe,
image 213.

Pleura: Right pneumothorax most prominent in the base due to fibrotic adhesions
in the right upper lobe. Small right hemothorax.

Heart and Inferior Mediastinum: Coronary artery stents. There is no pericardial
effusion. There is no mediastinal lymphadenopathy. The thyroid gland is normal.
Ectasia of the ascending thoracic aorta , 4.0 cm.

Upper Abdomen: The lack of intravenous contrast limits evaluation of the solid
organs. Hyperdense material in the gallbladder. Postsurgical changes of the
stomach.

Soft Tissues: Normal.

Bones: Displaced right 6th rib fracture, angulated comminuted fracture of the
right 7th rib, minimally displaced fracture of the right 8th rib head/neck with
additional mildly displaced posterior fracture, and minimally displaced fracture

This information has been disclosed to you from federal health records in accordance with an approved
written request. Unless you are the subject of the record, federal laws may prohibit you from making a further
disclosure of this record for a purpose other than why the information was provided to you. If this record contains
substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure
restrictions of those federal laws on individuals who are not the subject of the record apply.

| | | |
|---|---|---|
| Report Request ID:  701955387 | Page 1 of 2 | Print Date/Time:  9/12/2024 08:03 CDT |

**CERTIFIED COPY<Page 15 of 160>**

0064A-ACH Bayne-Jones-Johnson

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male      9/18/1943      80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

| *Computed Tomography* |
|---|

**Report**
of the 9th rib neck.

Vasculature: There is no aneurysmal dilatation.

IMPRESSION:
Multiple right rib fractures with moderate-sized right pneumothorax. Patient
would likely benefit from chest tube given pneumothorax size.

Suspicious cavitary lesion right upper lobe measuring up to 5.4 cm with
thickened wall measuring 4 mm. Addition there is a suspicious 8 mm nodule in the
left upper lobe as spiculations. Recommend tissue sampling and PET/CT for
further evaluation.

Gallbladder sludge/cholelithiasis.

Ectasia of the ascending thoracic aorta, 4.6 cm.

***** Final *****

Dictated by:  KRAMER, NICHOLAS JOHN, MD
Dictated DT/TM: 09/05/2024 10:52 am CDT
Signed by:  KRAMER, NICHOLAS JOHN, MD
Signed (Electronic Signature): 09/05/2024 11:01 am CDT
Proxied for:  KRAMER, NICHOLAS JOHN, MD

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

### 0064A-ACH Bayne-Jones-Johnson
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102
(337) 531-3118

| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
|---|---|---|---|
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male   9/18/1943   80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

## *Diagnostic Radiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 00064-XR-24-0081727 | 9/5/2024 09:53 CDT | XR Ribs w/ PA Chest Bilateral | CAMACHO,VICTOR M, MD | 80 years |

**Reason for Exam**
(XR Ribs w/ PA Chest Bilateral) ground level fall/right posterior chest wall pain

**Report**
EXAMINATION: XR Ribs w/ PA Chest Bilateral, 9/5/2024 10:03 AM

INDICATION: ground level fall/right posterior chest wall pain

COMPARISON(S): None.

TECHNIQUE: Rib Series with multiple views.

FINDINGS:
Support devices: None.

Bones/Soft Tissues: Displaced right 5th and 7th rib fractures. Nondisplaced fracture of the 6th right rib.

Lungs/pleura: Emphysematous changes of the lungs. No evidence of focal consolidation. Right lower lobe pneumothorax with lateral gap measuring 2.1 cm an inferior gap measuring approximately 4.6 cm.. Fibronodular thickening. Small right hemothorax.

Heart/mediastinum: Coronary artery stents.

Upper abdomen: Unremarkable.

IMPRESSION:
1. Fractures of the right 5-7th ribs as above.
2. Right lower lung pneumothorax with small right hemothorax.

*** Findings discussed with Dr. Camacho at 10:05 AM on 09/05/2024 with by

---

This information has been disclosed to you from federal health records in accordance with an approved written request. Unless you are the subject of the record, federal laws may prohibit you from making a further disclosure of this record for a purpose other than why the information was provided to you. If this record contains substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure restrictions of those federal laws on individuals who are not the subject of the record apply.

Report Request ID:   701955467                    Page 1 of 2                    Print Date/Time:   9/12/2024 08:04 CDT

### 0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

| *Diagnostic Radiology* |
|---|

**Report**

confirmation of patient inflammation findings. Findings discovered at 10:04 AM.
***

***** Final *****

Dictated by: KRAMER, NICHOLAS JOHN, MD
Dictated DT/TM: 09/05/2024 10:03 am CDT
Signed by: KRAMER, NICHOLAS JOHN, MD
Signed (Electronic Signature): 09/05/2024 10:08 am CDT
Proxied for: KRAMER, NICHOLAS JOHN, MD

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 18 of 160>**

**0064A-ACH Bayne-Jones-Johnson**
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male 9/18/1943 80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Emergency Department Forms*

---

ED/UC Triage Entered On: 09/05/24 08:47 CDT
Performed On: 09/05/24 08:27 CDT by JONES, KARLEY R RN

ED/UC Triage
Mode of Arrival : Private vehicle
Mode of Mobility : Wheelchair

JONES, KARLEY R RN - 09/05/24 08:27 CDT

Chief Complaint : Pt presents for altercation at pharmacy, reports he was standing in line and was shoved by another individual. Presents with moderate sized skin tear to right mid back with bruising present. C/o pain to right scapula/upper back region worse with

(Comment: movement. Denies any head injury or LOC. No deformities present to clavicle. [JONES, KARLEY R RN - 09/05/24 08:27 CDT] )

JONES, KARLEY R RN - 09/05/24 08:50 CDT

{{Pt presents for altercation at pharmacy, reports he was standing in line and was shoved by another individual. Presents with moderate sized skin abrasion to right mid back with bruising present. C/o pain to right scapula/upper back region worse with} previously charted by JONES, KARLEY R RN at 09/05/24 08:27 CDT [Comment] movement. Denies any head injury or LOC. No deformities present to clavicle. [ JONES, KARLEY R RN at 09/05/24 08:27 CDT]}};

(As Of: 09/05/24 13:03:29 CDT)

Problems(Active)
Angioplasty (SNOMED CT
:2884393011 )

Name of Problem: Angioplasty ; Recorder: JONES, KARLEY R RN; Confirmation: Confirmed ; Classification: Medical ; Code: 2884393011 ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT

COPD (Chronic Obstructive
Pulmonary Disease)
Assessment Test scale
(SNOMED CT
:3744961011 )

Name of Problem: COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale ; Recorder: JONES, KARLEY R RN; Confirmation: Confirmed ; Classification: Medical ; Code: 3744961011 ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:03 CDT ; Life Cycle Date:

---

This information has been disclosed to you from federal health records in accordance with an approved written request. Unless you are the subject of the record, federal laws may prohibit you from making a further disclosure of this record for a purpose other than why the information was provided to you. If this record contains substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure restrictions of those federal laws on individuals who are not the subject of the record apply.

Report Request ID: 701955628                Page 1 of 8                Print Date/Time: 9/12/2024 08:04 CDT

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL     Document 61-14     Filed 10/16/25     Page 20 of 160

15315377000001
129244442

PageID #: 206
* Auth (Verified) *

**0064A-ACH Bayne-Jones-Johnson**

| | | |
|---|---|---|
| Patient Name: | **Dhane, George D** | |
| MRN: | 15315377000001 | Admit: 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male  9/18/1943  80 years | Admitting: |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): |

---

### *Emergency Department Forms*

09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT

| | |
|---|---|
| Coronary artery disease (SNOMED CT :AXQt/gEBk5XlI5I2rBELCg ) | Name of Problem: Coronary artery disease ; Recorder: JONES, KARLEY R RN; Confirmation: Confirmed ; Classification: Medical ; Code: AXQt/gEBk5XlI5I2rBELCg ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:02 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |
| Hypertension (SNOMED CT :82725 ) | Name of Problem: Hypertension ; Recorder: JONES, KARLEY R RN; Confirmation: Confirmed ; Classification: Medical ; Code: 82725 ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |
| Peripheral neuropathy (SNOMED CT :2870944013 ) | Name of Problem: Peripheral neuropathy ; Recorder: JONES, KARLEY R RN; Confirmation: Confirmed ; Classification: Medical ; Code: 2870944013 ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |

Diagnoses(Active)

| | |
|---|---|
| Fall | Date: 09/05/2024 ; Diagnosis Type: Reason For Visit ; Confirmation: Complaint of ; Clinical Dx: Fall ; Classification: Medical ; Clinical Service: Non-Specified ; Code: .PNED ; Probability: 0 ; Diagnosis Code: 972DCDB6-6058-47E5-9321-44B9DBFE0EC6 |
| Multiple fractures of ribs, right side, initial encounter for closed fracture | Date: 09/05/2024 ; Diagnosis Type: Discharge ; Confirmation: Confirmed ; Clinical Dx: Multiple fractures of ribs, right side, initial encounter for closed fracture ; Classification: Medical ; Code: ICD-10-CM ; Probability: 0 ; Diagnosis Code: S22.41XA |
| Right pneumothorax | Date: 09/05/2024 ; Diagnosis Type: Discharge ; Confirmation: Confirmed ; Clinical Dx: Right pneumothorax ; Classification: Medical ; Code: ICD-10-CM ; Probability: 0 ; Diagnosis Code: J93.9 |
| Shoulder pain-swelling | Date: 09/05/2024 ; Diagnosis Type: Reason For Visit ; Confirmation: Complaint of ; Clinical Dx: Shoulder pain-swelling ; Classification: Medical ; Clinical Service: |

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 20 of 160>**

### 0064A-ACH Bayne-Jones-Johnson

Patient Name:   **Dhane, George D**
MRN:            15315377000001
FIN:            122161970                        Admit:          9/5/2024 08:14 CDT
Sex/DOB/Age:    Male       9/18/1943   80 years  Discharge:      9/5/2024 14:33 CDT
DOD ID (EDIPI): 1131028101                       Admitting:
                                                 Veterans ID (ICN):

| *Emergency Department Forms* |
| --- |

Non-Specified ; Code:  PNED ; Probability:  0 ; Diagnosis
Code:   F352900B-2088-4A52-BE97-C0FF272EF477

Allergies/Home Meds :   Document Allergies/Medications
Temperature Temporal Artery :  36.8 Deg C(Converted to: 98.2 Deg F)
AVPU :   Alert and responsive
Blood Pressure
Systolic / Diastolic :  127 mmHg
Blood Pressure
Systolic / Diastolic :  83 mmHg
Peripheral Pulse Rate :  53 bpm (LOW)
Resp Rate :  18 br/min
O2 Sat :  100 %
DVPRS Pain Scale :  10 - As bad as it could be, nothing else matters
DVPRS Pain Score :  10
Oxygenation :  Room air
Weight Measured or Estimated? :  Estimated
Weight Estimated :  58.9 kg(Converted to: 129 lb 14 oz)
Complete CSSRS? :  Yes
1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up? :  No
2. Over the past month have you had any actual thoughts of killing yourself? :  No
7. In your lifetime, have you ever done anything, started to do anything or prepared to do anything to end your life (for
example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)? :  No
Below fields are populated based off of above documentation and are view only
Positive Screen indicates a "YES" response to question(s) 3, 4, 5, or 8 :  0
CSSRS Screen Outcome :  Negative: no further assessment but defer to clinical management as indicated
Presented to ED/UC because of falls :  Yes
Altered mental status
Intoxication with alcohol or substance confusion :  No
Impaired mobility:
Ambulates or transfers with assistive devices or assistance;
Unable to ambulate or transfer :  No
Nurse Judgement :  Yes

                                          JONES, KARLEY R RN - 09/05/24 08:27 CDT

DCP GENERIC CODE
Tracking Group :  ED 0064-BJACH Tracking Group
Tracking Acuity :  3 - Urgent

                                          JONES, KARLEY R RN - 09/05/24 08:27 CDT

Pregnancy Status :  N/A
ED CSSRS Q7 Documentation :  No
ED CSSRS Q2 Documentation :  No

                                          JONES, KARLEY R RN - 09/05/24 08:27 CDT

Allergies/Meds

                                          (As Of: 09/05/24 08:47:40 CDT)

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

### CERTIFIED COPY<Page 21 of 160>

**0064A-ACH Bayne-Jones-Johnson**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | |
| MRN: | 15315377000001 | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

---

### *Emergency Department Forms*

**Allergies (Active)**

No Known Medication Allergies    Estimated Onset Date:  Unspecified ; Created By:  JONES,
KARLEY R RN; Reaction Status:  Active ; Category:  Drug ;
Substance:  No Known Medication Allergies ; Type:  Allergy ;
Updated By:  JONES, KARLEY R RN; Source:  Patient ;
Reviewed Date:  09/05/24 08:46 CDT

**Medication List**

(As Of: 09/05/24 08:47:40 CDT)

Prescription/Discharge Order
atorvastatin 40 mg tablet        :  atorvastatin 40 mg tablet ; Status:  Prescribed ; Ordered As
Mnemonic:  atorvastatin 40 mg tablet ; Simple Display Line:
See Instructions, 90 EA, 3 Refill(s) ; Ordering Provider:
LANDRUM, KIMBERLY, M.D.; Catalog Code:  atorvastatin ;
Order Dt/Tm:  06/27/24 10:08:14 CDT

docusate sodium 100 mg        :  docusate sodium 100 mg capsule ; Status:  Prescribed ;
capsule        Ordered As Mnemonic:  docusate sodium 100 mg capsule ;
Simple Display Line:  See Instructions, 180 EA, 3 Refill(s) ;
Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog
Code:  docusate ; Order Dt/Tm:  06/27/24 10:04:52 CDT

metoprolol succinate ER 25        :  metoprolol succinate ER 25 mg/24 hour tablet ; Status:
mg/24 hour tablet        Prescribed ; Ordered As Mnemonic:   metoprolol succinate ER
25 mg/24 hour tablet ; Simple Display Line:  See Instructions,
45 EA, 3 Refill(s) ; Ordering Provider:  LANDRUM, KIMBERLY,
M.D.; Catalog Code:  metoprolol ; Order Dt/Tm:  06/27/24
10:05:47 CDT

ticagrelor 90 mg tablet        :  ticagrelor 90 mg tablet ; Status:  Prescribed ; Ordered As
Mnemonic:  Brilinta 90 mg tablet ; Simple Display Line:  See
Instructions, 180 EA, 3 Refill(s) ; Ordering Provider:
LANDRUM, KIMBERLY, M.D.; Catalog Code:  ticagrelor ; Order
Dt/Tm:  06/27/24 10:07:16 CDT

cyanocobalamin 1000 mcg/mL        :  cyanocobalamin 1000 mcg/mL inj [1mL] ; Status:  Prescribed
inj [1mL]        ; Ordered As Mnemonic:  cyanocobalamin 1000 mcg/mL inj-vial
[1mL] ; Simple Display Line:  See Instructions, 3 mL, 3 Refill(s)
; Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog
Code:  cyanocobalamin ; Order Dt/Tm:  03/21/24 11:16:18
CDT

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 22 of 160>**

**0064A-ACH Bayne-Jones-Johnson**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | |
| MRN: | 15315377000001 | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 80 years | Admitting: |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

---

### *Emergency Department Forms*

ticagrelor 90 mg tablet
: ticagrelor 90 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: Brilinta 90 mg tablet ; Simple Display Line: 90 mg, Oral, BID, 180 EA, 1 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code: ticagrelor ; Order Dt/Tm: 03/21/24 11:15:19 CDT

vibegron 75 mg tablet
: vibegron 75 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: Gemtesa 75 mg tablet ; Simple Display Line: See Instructions, 90 EA, 3 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code: vibegron ; Order Dt/Tm: 03/21/24 11:17:05 CDT

atorvastatin 40 mg tablet
: atorvastatin 40 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: atorvastatin 40 mg tablet ; Simple Display Line: See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code: atorvastatin ; Order Dt/Tm: 03/05/24 09:39:10 CST

docusate sodium 100 mg capsule
: docusate sodium 100 mg capsule ; Status: Prescribed ; Ordered As Mnemonic: docusate sodium 100 mg capsule ; Simple Display Line: See Instructions, 60 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code: docusate ; Order Dt/Tm: 03/05/24 09:38:22 CST

metoprolol succinate ER 25 mg/24 hour tablet
: metoprolol succinate ER 25 mg/24 hour tablet ; Status: Prescribed ; Ordered As Mnemonic: metoprolol succinate ER 25 mg/24 hour tablet ; Simple Display Line: See Instructions, 15 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code: metoprolol ; Order Dt/Tm: 03/05/24 09:37:12 CST

pantoprazole EC 40 mg tablet
: pantoprazole EC 40 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: pantoprazole EC 40 mg tablet ; Simple Display Line: See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code: pantoprazole ; Order Dt/Tm: 03/05/24 09:35:13 CST

tiZANidine 4 mg tablet
: tiZANidine 4 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: tiZANidine 4 mg tablet ; Simple Display Line: See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code: tiZANidine ; Order Dt/Tm: 03/05/24 09:40:05 CST

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 23 of 160>**

ACH BJJ-00024

015-023

### 0064A-ACH Bayne-Jones-Johnson

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | | Admitting: | |
| Sex/DOB/Age: | Male | 9/18/1943    80 years | Veterans ID (ICN): | |
| DOD ID (EDIPI): | 1131028101 | | | |

---

## *Emergency Department Forms*

ciprofloxacin 500 mg tablet : ciprofloxacin 500 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: ciprofloxacin 500 mg tablet ; Simple Display Line: 500 mg, Oral, every 12 hr, 28 EA, 0 Refill(s) ; Ordering Provider: WEBB, RENICK P, MD; Catalog Code: ciprofloxacin ; Order Dt/Tm: 01/30/24 15:00:21 CST

tamsulosin 0.4 mg capsule : tamsulosin 0.4 mg capsule ; Status: Prescribed ; Ordered As Mnemonic: tamsulosin 0.4 mg capsule ; Simple Display Line: 0.4 mg, Oral, 90 EA, 3 Refill(s) ; Ordering Provider: KWOK, CHUEN K, M.D.; Catalog Code: tamsulosin ; Order Dt/Tm: 01/30/24 15:01:41 CST

Home Meds
eszopiclone : eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 01/09/22 02:18:31 CST ; Comment: HX SIG - FOR REFERENCE ONLY:

gabapentin : gabapentin ; Status: Documented ; Ordered As Mnemonic: gabapentin 300 mg oral capsule ; Catalog Code: gabapentin ; Order Dt/Tm: 12/14/21 15:30:00 CST ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE TWO CAPSULES BY MOUTH THREE TIMES A DAY, Oral

tizanidine : tizanidine ; Status: Documented ; Ordered As Mnemonic: tiZANidine 4 mg oral tablet ; Catalog Code: tiZANidine ; Order Dt/Tm: 12/14/21 19:06:00 CST ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE-HALF TO 1 TABLET BY MOUTH AT BEDTIME, Oral

eszopiclone : eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 11/06/21 18:06:34 CDT ; Comment: HX SIG - FOR REFERENCE ONLY:

aspirin : aspirin ; Status: Documented ; Ordered As Mnemonic: aspirin 81 mg oral delayed release tablet ; Catalog Code: aspirin ; Order Dt/Tm: 08/24/21 19:17:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 24 of 160>**

**0064A-ACH Bayne-Jones-Johnson**

| | | |
|---|---|---|
| Patient Name: | **Dhane, George D** | |
| MRN: | 15315377000001 | |
| FIN: | 122161970 | |
| Sex/DOB/Age: | Male    9/18/1943    80 years | |
| DOD ID (EDIPI): | 1131028101 | |

Admit:           9/5/2024 08:14 CDT
Discharge:    9/5/2024 14:33 CDT
Admitting:
Veterans ID (ICN):

---

### *Emergency Department Forms*

pantoprazole
: pantoprazole ; Status:  Documented ; Ordered As Mnemonic: pantoprazole 40 mg oral delayed release tablet ; Catalog Code:  pantoprazole ; Order Dt/Tm:  08/24/21 19:17:00 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral

simvastatin
: simvastatin ; Status:  Documented ; Ordered As Mnemonic: simvastatin 40 mg oral tablet ; Catalog Code:  simvastatin ; Order Dt/Tm:  08/24/21 19:16:00 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY WITH EVENING MEAL IN THE EVENING, Oral

eszopiclone
: eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  08/05/21 11:46:00 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY:

tamsulosin
: tamsulosin ; Status:  Documented ; Ordered As Mnemonic: tamsulosin 0.4 mg oral capsule ; Catalog Code:  tamsulosin ; Order Dt/Tm:  07/15/21 16:15:00 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY: TAKE ONE CAPSULE BY MOUTH DAILY, Oral

eszopiclone
: eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  04/17/21 17:24:56 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY:

eszopiclone
: eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  04/17/21 00:41:40 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY:

meclizine
: meclizine ; Status:  Documented ; Ordered As Mnemonic: meclizine 25 mg oral tablet ; Catalog Code:  meclizine ; Order Dt/Tm:  04/13/21 18:28:00 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED, Oral

eszopiclone
: eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  01/23/21 17:22:47 CST ; Comment:  HX SIG - FOR REFERENCE ONLY:

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 25 of 160>**

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

| *Emergency Department Forms* |
|---|

eszopiclone                     :  eszopiclone ; Status:  Documented ; Ordered As Mnemonic:
                                eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ;
                                Order Dt/Tm:  01/23/21 17:22:47 CST ; Comment:  HX SIG -
                                FOR REFERENCE ONLY:

eszopiclone                     :  eszopiclone ; Status:  Documented ; Ordered As Mnemonic:
                                eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ;
                                Order Dt/Tm:  01/08/21 19:51:17 CST ; Comment:  HX SIG -
                                FOR REFERENCE ONLY:

eszopiclone                     :  eszopiclone ; Status:  Documented ; Ordered As Mnemonic:
                                eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ;
                                Order Dt/Tm:  10/28/20 04:53:10 CDT ; Comment:  HX SIG -
                                FOR REFERENCE ONLY:

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Report Request ID:  701955628                 Page 8 of 8                 Print Date/Time:  9/12/2024 08:04 CDT

**CERTIFIED COPY<Page 26 of 160>**

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 27 of 160

PageID #: 213
* Auth (Verified) *

15315377000001
129244442

Report Distributed    Transmitted    Dhane, George D    9/10/2024 11:54 AM CDT    699696330    0064_HIM (3373929440)   47    JORDAN, JENNIFER

ACH BJJ-00028

Sep/10/2024 11:45:43 AM    3373929440->3375313177    1/1

3373929440    11:49:38 a.m.    09-10-2024    1/1

All portions of this form *must* be completed to constitute a valid authorization for release of health information under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.

*ROI*

| Patient's Name | Date of Birth | Medical Record Number |
|---|---|---|
| George Dhane | 9-18-43 | |

| Address | City | State | Zip | Telephone Number | Email Address |
|---|---|---|---|---|---|

I authorize the use and disclosure of health information about me as described below:

| Facility Authorized to Release my Health Information | Fax# |
|---|---|
| BYACH  STAT | |

| Address | City | State | Zip | Telephone Number |
|---|---|---|---|---|

Agency or Individual(s) Authorized to Receive my Health Information    Fax: 337 392-9440
WEST LOUISIANA FAMILY PRACTICE - DR. LANDRUM

| Address | City | State | Zip | Telephone Number |
|---|---|---|---|---|
| 1201 FERTITTA BLVD | LEESVILLE | LA | 71446 | 337 392-9438 |

Health Information that may be used / disclosed is limited to the following:

☑Discharge Summary  ☑History and Physical  ☐Consultation(s)  ☑Lab  ☐Progress Notes  ☐Emergency Room Record
☐Operative Note(s)  ☐Imaging/X-Ray Films  ☑X-Ray Reports  ☐Entire Record  ☐Pathology Report  ☐Fetal Heart Monitor Strips
Sensitive Information:  ☐Alcohol Abuse  ☐Drug Abuse  ☐Communicable diseases, including HIV status
☐Genetic Testing  ☐Psychiatric/Behavioral Diagnoses
☑Other (specify) CT Chest

Health Information that may be used / disclosed is limited to the following periods of healthcare:

| From (date): | To (date): | Account Number: |
|---|---|---|
| From (date): | To (date): | Account Number: |

Health Information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s):

☑Treatment/Consultation  ☐At Request of Patient  ☐Research  ☐Marketing  ☐Billing or Claims Payment
☐At Request of Employer  ☐Other

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information" may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, including Sensitive Information as indicated above, which was compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

If no specific date or event is noted below, this authorization will automatically *expire 60 days* after the date of signature. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

| Patient's Signature or Legal Representative | Date/Time |
|---|---|
| T. Landrum PCP | 9-10-24 |

| Relationship to Patient / Authority to Act on Patient's Behalf | Interpreter, If Utilized | Date/Time |
|---|---|---|
| SELF / PARENT / POA -- | | |

| Witness Signature | Date/Time | Expiration Date or Event |
|---|---|---|

☐ *Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.
☐ Electronic copy requested.

Authorization/Request for Health Information-
Release (iPDF)
HIM-6401
(Revised 11/10, 02/12, 05/14, 08/14, 04/15, 09/16, 04/17, 01/18)

Patient Label

BYRD REGIONAL HOSPITAL

**CERTIFIED COPY<Page 28 of 160>**

**0064A-ACH Bayne-Jones-Johnson**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

ED/UC Note Provider
10/24/2024 14:09 CDT
Auth (Verified)
TIFFAULT,GERARD R,MD (10/24/2024 14:30 CDT)
TIFFAULT,GERARD R,MD (10/24/2024 14:30 CDT)

## 0064A-ACH Bayne-Jones-Johnson
Emergency Medicine
1585 3RD Street, Fort Johnson, LA 71459
Phone: (337) 531-3118

**Basic Information**
**Time Seen:**
TIFFAULT, GERARD R, MD  10/24/2024 13:51

**Assessment/Plan**
1. Skin tear
Orders:
Discharge Patient

**History of Present Illness**
81-year-old male with a history of CAD, COPD, hypertension, peripheral neuropathy who presents ER for wound check. Patient had a skin tear to the right mid back sustaining a fall 6 weeks ago. Patient came to the ER to have a wound check. Prior to coming to the ER, patient found his right arm against a rental vehicle and has a skin tear on his right forearm. No reported history of pain or deformity to the right forearm. No reported history of numbness or weakness of the right hand. Immunization not up-to-date.

**Review of Systems**
Review of Systems:
Constitution: No reported history for appetite change, or wt change.
HENT: No reported history of of nasal congestion, or ear pain.
Eyes: No reported history of _ eye pain, or _eye discharge.
Respiratory: No reported history of stridor or wheezing.
Cardiovascular: No reported history for leg swelling or palpitations.
GI: No reported history for bloody stools , or poor appetite.
Endocrine/Allergy/Heme: No reported history for polydipsia ,_ adenopathy or easy bruising.
GU: No reported history for dysuria, _ urgency, or hematuria.
Musc: No reported history for arthralgia, _ joint swelling, or myalgia.
Skin: No reported history of new rash, but positive history of wound to the right forearm.
Neurologic: No reportedhistory for speech problem, or confusion.
Psychiatric: No reported history for depressed mood, or anxiety, or hallucinations.

**Medication Administration**
**Given**

tetanus, diphtheria, acellular pertussis, 0.5 mL, IntraMuscular. For: Skin tear
tetanus, diphtheria, acellular pertussis, IntraMuscular

**Diagnostic Results**
No qualifying data available.
ECG
POC Ultrasound

**Problem List/Past Medical History**
Ongoing
Angioplasty
Change of nonsurgical wound dressing done
COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale
Coronary artery disease
Hypertension
Peripheral neuropathy
Historical
No qualifying data

**Procedure/Surgical History**
- Angioplasty
- Coronary artery stent
- Gastric bypass
- Hernia repair
- Neck

**Allergies**
No Known Medication Allergies

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 29 of 160>**

ACH BJJ-00030                                                015-029

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

### Physical Exam
Vitals signs reviewed –
Pulse:Normal
Resp Rate:Normal
Blood Pressure:Normal
Temp:Normal
Pulse Ox:Normal
General Appearance: alert, nontoxic, _
EENT: eyes normal inspection, ENT normal  inspection
NECK: normal inspection,supple
Respiratory: no respiratory distress, normal breath sounds
Cardiac: Regular rate and Regular rhythm, No murmur
Abdomen: not tender  with no guarding    not distended, soft,
Skin: normal color, warm, dry; No rash
Extremities:not tender, normal ROM in all four extremities, nml inspection except right forearm
Right forearm : 3-4 cm skin tear with little bleeding
Neuro/Psych:alert ,answering questions appropriately], sensation grossly intact ; 5/5 Bilaterally all  extremities both proximally and distally; normal gait

### Procedure
Wound dressed by the ER staff.

### Reexamination/Reevaluation

The patient's impression were reviewed with patient.  Patient was given return ED precautions.Follow up instructions given to patient. Patient verbalize understanding. Patient prescribed no medications. _

Impression: 1:Skin tear

Disposition: Home   Condition: Stable

### Patient Education
Wound Care, Adult

### Follow Up

| With | When | Contact Information |
|---|---|---|
| Pease return to the emergency department for worsening symptoms. | | |
| Additional Instructions: | | |

### Medication Reconciliation
Unchanged
   **aspirin (aspirin 81 mg oral delayed release tablet)**
   **atorvastatin (atorvastatin 40 mg tablet)**See Instructions. Refills: 3.
   **atorvastatin (atorvastatin 40 mg tablet)**See Instructions. Refills: 2.

### Social History
Alcohol
   Use: Current (Last 12 months). Frequency: Monthly or less., 10/01/2024
Read Only: ILER Critical Exposures
   Exposure Pathway Count 0. Industrial Hygiene Count 0. Registries Count 1. Health Assessments Count 0. Incidents Count 0. Deployments Count 0. Individual Monitoring Count 0., 10/24/2024
Tobacco
   Cigarette use: Former-cigarette user. Total years of smoking cigarettes: 43. Other Tobacco use: Never-other tobacco user (not cigarettes)., 10/01/2024

### Family History
No family history documented

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 30 of 160>**

ACH BJJ-00031

015-030

0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

**ciprofloxacin (ciprofloxacin 500 mg tablet)**500 Milligrams Oral (given by mouth) every 12 hours. Refills: 0.
**cyanocobalamin (cyanocobalamin 1000 mcg/mL inj-vial [1mL])**See Instructions. Refills: 3.
**docusate (docusate sodium 100 mg capsule)**See Instructions. Refills: 2.
**docusate (docusate sodium 100 mg capsule)**See Instructions. Refills: 3.
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**gabapentin (gabapentin 300 mg oral capsule)**
**meclizine (meclizine 25 mg oral tablet)**
**metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)**See Instructions. Refills: 2.
**metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)**See Instructions. Refills: 3.
**pantoprazole (pantoprazole 40 mg oral delayed release tablet)**
**pantoprazole (pantoprazole EC 40 mg tablet)**See Instructions. Refills: 2.
**simvastatin (simvastatin 40 mg oral tablet)**
**tamsulosin (tamsulosin 0.4 mg capsule)**0.4 Milligrams Oral (given by mouth). Refills: 3.
**tamsulosin (tamsulosin 0.4 mg oral capsule)**
**ticagrelor (Brilinta 90 mg tablet)**90 Milligrams Oral (given by mouth) 2 times a day. Refills: 3.
**ticagrelor (Brilinta 90 mg tablet)**See Instructions. Refills: 3.
**tiZANidine (tiZANidine 4 mg oral tablet)**
**tiZANidine (tiZANidine 4 mg tablet)**See Instructions. Refills: 2.
**vibegron (Gemtesa 75 mg tablet)**See Instructions. Refills: 3.

Electronically signed on: 10/24/2024 14:30 CDT

_____
GERARD R TIFFAULT
MD

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

ACH BJJ-00032                    015-031

**0064A-ACH Bayne-Jones-Johnson**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | |
| MRN: | 15315377000001 | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

## Emergency Documentation

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

ED/UC Clinical Summary
10/24/2024 14:32 CDT
Modified
KING,BLAISE R (10/24/2024 14:32 CDT)
KING,BLAISE R (10/24/2024 14:32 CDT); DURDEN,
JACKELINE M,RN (10/24/2024 14:27 CDT); KING,BLAISE R
(10/24/2024 14:25 CDT)

**ED/UC Clinical Summary**

# Patient Information

**Name:** Dhane, George D
**Sex:** Male
**Marital Status:** Married
**MRN:** 15315377000001
**Visit Reason:** Wound reevaluation
with or without suture removal;
Wound care

**Age:** 81 Years
**Language:**
**Phone: +** 3372397433
**Acct#** 129244442
**Acuity:** 5 - Non-Urgent

**DOB:** 09/18/1943
**PCP:**
**Med Service:** Emergency Medicine
**Arrival:** 10/24/24 13:48:19
**LOS:** 000 00:44

**Address:**

367 TONY ST ANACOCO LA 714033203

**Diagnosis:**

1:Skin tear

**Medications Administered:**

| Medication | Dose | Route |
|---|---|---|
| tetanus/diphtheria/pertussis (Tdap) adult/adolescent vaccine (Boostrix (Tdap)) | 0.5 mL | IntraMuscular |

**Radiology Orders:**

**Laboratory Orders:**

**Lab and Rad:**
**Laboratory or Other Results This Visit** (last charted value for your 10/24/2024 visit)
No Laboratory or Other Results This Visit

**Medications:**

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 32 of 160>**

ACH BJJ-00033

015-032

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

## PROVIDER INFORMATION

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| TIFFAULT, GERARD R, MD | ED Provider | 10/24/24 13:51:51 | |
| SEAMAN, COLLIN R RN | ED Nurse | 10/24/24 14:05:35 | |

**Attending Physician:**

ANDERSON, TODD DAVID, PA

**Admit Doc:**

**Consulting Doc:**

## VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Temp Oral | 37.1 Deg C | 37.1 Deg C |
| Temp Temporal | | |
| Temp Intravascular | | |
| Temp Axillary | | |
| Temp Rectal | | |
| 02 Sat | 97 % | 97 % |
| Respiratory Rate | 18 br/min | 18 br/min |
| Peripheral Pulse Rate | 90 bpm | 90 bpm |
| Apical Heart Rate | | |
| Blood Pressure | 134 mmHg / 80 mmHg | 134 mmHg / 80 mmHg |

## Allergies

No Known Medication Allergies

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

ACH BJJ-00034                          015-033

0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

---

### *Emergency Documentation*

**Immunizations**

tetanus, diphtheria, acellular pertussis [Auth (Verified)] (10/24/2024)

## DISCHARGE INFORMATION

**Discharge Disposition:** Home or Self Care

**Discharge Location:**

**Discharge Date and Time:**   10/24/24 14:32:00

**ED Checkout Date and Time:**   10/24/24 14:32:00

## DEPART REASON INCOMPLETE INFORMATION

**Problems**

**Active**

Change of nonsurgical wound dressing done
Angioplasty
Hypertension
COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale
Peripheral neuropathy
Coronary artery disease

**Smoking Status**

Former-cigarette user

## PATIENT EDUCATION INFORMATION

**Instructions:**

Wound Care, Adult

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

**Follow up:**

**With:** **Address:** **When:**

Pease return to the
emergency department for
worsening symptoms.

---

Document Type:      ED/UC Patient Summary
Service Date/Time:      10/24/2024 14:32 CDT
Result Status:      Modified
Perform Information:      KING,BLAISE R (10/24/2024 14:32 CDT)
Sign Information:      KING,BLAISE R (10/24/2024 14:32 CDT); DURDEN,
JACKELINE M,RN (10/24/2024 14:27 CDT); KING,BLAISE R
(10/24/2024 14:25 CDT)

### ED/UC Patient Summary
**Name**: Dhane, George D      **Current Date**: 10/24/24 14:32:20 America/Chicago
**DOB**: 09/18/1943      **MRN**: 15315377000001      **FIN**: 129244442
**Reason for Visit**: Wound reevaluation with or without suture removal; Wound care
**Diagnosis**: 1:Skin tear

**Visit Date**: 10/24/24 13:48:19 America/Chicago
**Address**: 367 TONY ST ANACOCO LA 714033203
**Phone**: +    3372397433

**Primary Care Provider**:
  **Name**:
  **Phone**:

**Emergency Department Providers**:
**Primary Physician:**
    TIFFAULT, GERARD R

Thank you for allowing us to assist you with your healthcare needs. The following instructions include patient education materials and
information regarding your injury/illness. As a reminder, all the information from your visit today can be found in the MHS Genesis
patient portal. Please go to https://patientportal.mhsgenesis.health.mil

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

---

### *Emergency Documentation*

---

**Comment:**

Dhane, George D has been given the following list of follow-up instructions, prescriptions, and patient education materials:
**Follow-up/Patient Instructions Instructions:**

**With:**                    **Address:**                    **When:**

Pease return to the
emergency department for
worsening symptoms.

**Patient Education Materials:**
Wound Care, Adult

# Wound Care, Adult

Taking care of your wound properly can help to prevent pain, infection, and scarring. It can also help your wound heal more quickly. Follow instructions from your health care provider about how to care for your wound.

## Supplies needed:

- Soap and water.
- Wound cleanser, saline, or germ-free (sterile) water.
- Gauze.
- If needed, a clean bandage (dressing) or other type of wound dressing material to cover or place in the wound. Follow your health care provider's instructions about what dressing supplies to use.
- Cream or topical ointment to apply to the wound, if told by your health care provider.

## How to care for your wound

### Cleaning the wound

Ask your health care provider how to clean the wound. This may include:

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

ACH BJJ-00037                                                    015-036

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

### *Emergency Documentation*

- Using mild soap and water, a wound cleanser, saline, or sterile water.
- Using a clean gauze to pat the wound dry after cleaning it. **Do not** rub or scrub the wound.

**Dressing care**

- Wash your hands with soap and water for at least 20 seconds before and after you change the dressing. If soap and water are not available, use hand sanitizer.
- Change your dressing as told by your health care provider. This may include:
    - —46   Cleaning or rinsing out (irrigating) the wound.
    - —46   Application of cream or topical ointment, if told by your health care provider.
    - —46   Placing a dressing over the wound or in the wound (packing).
    - —46   Covering the wound with an outer dressing.
- Leave stitches (sutures), staples, skin glue, or adhesive strips in place. These skin closures may need to stay in place for 2 weeks or longer. If adhesive strip edges start to loosen and curl up, you may trim the loose edges. **Do not** remove adhesive strips completely unless your health care provider tells you to do that.
- Ask your health care provider when you can leave the wound uncovered.

**Checking for infection**



Normal      Infected
wound       wound

Check your wound area every day for signs of infection. Check for:

- More redness, swelling, or pain.
- Fluid or blood.
- Warmth.

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

ACH BJJ-00038

015-037

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

---

### *Emergency Documentation*

- Pus or a bad smell.

## Follow these instructions at home

### Medicines

- If you were prescribed an antibiotic medicine, cream, or ointment, take or apply it as told by your health care provider. **Do not** stop using the antibiotic even if your condition improves.
- If you were prescribed pain medicine, take it 30 minutes before you do any wound care or as told by your health care provider.
- Take over-the-counter and prescription medicines only as told by your health care provider.

### Eating and drinking

- Eat a diet that includes protein, vitamin A, vitamin C, and other nutrient-rich foods to help the wound heal.
    - —46  Foods rich in protein include meat, fish, eggs, dairy, beans, and nuts.
    - —46  Foods rich in vitamin A include carrots and dark green, leafy vegetables.
    - —46  Foods rich in vitamin C include citrus fruits, tomatoes, broccoli, and peppers.
- Drink enough fluid to keep your urine pale yellow.

### General instructions

- **Do not** take baths, swim, or use a hot tub until your health care provider approves. Ask your health care provider if you may take showers. You may only be allowed to take sponge baths.
- **Do not** scratch or pick at the wound. Keep it covered as told by your health care provider.
- Return to your normal activities as told by your health care provider. Ask your health care provider what activities are safe for you.
- Protect your wound from the sun when you are outside for the first 6 months, or for as long as told by your health care provider. Cover up the scar area or apply sunscreen that has an SPF of at least 30.
- **Do not** use any products that contain nicotine or tobacco. These products include cigarettes, chewing tobacco, and vaping devices, such as e-cigarettes. If you need help quitting, ask your health care provider.
- Keep all follow-up visits. This is important.

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 38 of 160>**

ACH BJJ-00039

015-038

0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

---

### *Emergency Documentation*

## Contact a health care provider if:

- You received a tetanus shot and you have swelling, severe pain, redness, or bleeding at the injection site.
- Your pain is not controlled with medicine.
- You have any of these signs of infection:
  - —46   More redness, swelling, or pain around the wound.
  - —46   Fluid or blood coming from the wound.
  - —46   Warmth coming from the wound.
  - —46   A fever or chills.
- You are nauseous or you vomit.
- You are dizzy.
- You have a new rash or hardness around the wound.

## Get help right away if:

- You have a red streak of skin near the area around your wound.
- Pus or a bad smell coming from the wound.
- Your wound has been closed with staples, sutures, skin glue, or adhesive strips and it begins to open up and separate.
- Your wound is bleeding, and the bleeding does not stop with gentle pressure.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

## Summary

- Always wash your hands with soap and water for at least 20 seconds before and after changing your dressing.
- Change your dressing as told by your health care provider.
- To help with healing, eat foods that are rich in protein, vitamin A, vitamin C, and other nutrients.

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

- Check your wound every day for signs of infection. Contact your health care provider if you think that your wound is infected.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/26/2022 Document Reviewed: 04/26/2022
Elsevier Patient Education © 2024 Elsevier Inc.

**Allergies:**
No Known Medication Allergies

**Medication Information:**
If you have been instructed to stop taking or to alter the dosage of a medication, please ensure you follow up with your primary care provider to inform them of any changes. Unless otherwise noted, please continue to take medications as prescribed and/or managed by your primary care provider prior to your emergency room visit. Any specific questions regarding your usual medications and dosages should be discussed with your primary care provider and pharmacist.

**Medications that have not changed**

**Other Medications**

**aspirin (aspirin 81 mg oral delayed release tablet)** , HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral
Last Dose:_____

**atorvastatin (atorvastatin 40 mg tablet)** See Instructions. Refills: 3.
Last Dose:_____

**atorvastatin (atorvastatin 40 mg tablet)** See Instructions. Refills: 2.
Last Dose:_____

**ciprofloxacin (ciprofloxacin 500 mg tablet)** 500 Milligrams Oral (given by mouth) every 12 hours. Refills: 0.
Last Dose:_____

**cyanocobalamin (cyanocobalamin 1000 mcg/mL inj-vial [1mL])** See Instructions. Refills: 3.
Last Dose:_____

**docusate (docusate sodium 100 mg capsule)** See Instructions. Refills: 2.
Last Dose:_____

**docusate (docusate sodium 100 mg capsule)** See Instructions. Refills: 3.
Last Dose:_____

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

ACH BJJ-00041

015-040

0064A-ACH Bayne-Jones-Johnson

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | |
| MRN: | 15315377000001 | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

## *Emergency Documentation*

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**gabapentin (gabapentin 300 mg oral capsule)** , HX SIG - FOR REFERENCE ONLY: TAKE TWO
CAPSULES BY MOUTH THREE TIMES A DAY, Oral
Last Dose:_____

**meclizine (meclizine 25 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY
MOUTH FOUR TIMES A DAY AS NEEDED, Oral
Last Dose:_____

**metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)** See Instructions. Refills: 2.
Last Dose:_____

**metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)** See Instructions. Refills: 3.
Last Dose:_____

**pantoprazole (pantoprazole 40 mg oral delayed release tablet)** , HX SIG - FOR REFERENCE ONLY:
TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral
Last Dose:_____

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 41 of 160>**

ACH BJJ-00042

015-041

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

**pantoprazole (pantoprazole EC 40 mg tablet)** See Instructions. Refills: 2.
Last Dose:_____

**simvastatin (simvastatin 40 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY
MOUTH ONCE A DAY WITH EVENING MEAL IN THE EVENING, Oral
Last Dose:_____

**tamsulosin (tamsulosin 0.4 mg capsule)** 0.4 Milligrams Oral (given by mouth). Refills: 3.
Last Dose:_____

**tamsulosin (tamsulosin 0.4 mg oral capsule)** , HX SIG - FOR REFERENCE ONLY: TAKE ONE CAPSULE
BY MOUTH DAILY, Oral
Last Dose:_____

**ticagrelor (Brilinta 90 mg tablet)** 90 Milligrams Oral (given by mouth) 2 times a day. Refills: 1.
Last Dose:_____

**ticagrelor (Brilinta 90 mg tablet)** See Instructions. Refills: 3.
Last Dose:_____

**tiZANidine (tiZANidine 4 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY: TAKE ONE-HALF TO 1
TABLET BY MOUTH AT BEDTIME, Oral
Last Dose:_____

**tiZANidine (tiZANidine 4 mg tablet)** See Instructions. Refills: 2.
Last Dose:_____

**vibegron (Gemtesa 75 mg tablet)** See Instructions. Refills: 3.
Last Dose:_____

**Major Tests:**
The following tests were performed during your ED visit.
**Laboratory or Other Results This Visit** (last charted value for your 10/24/2024 visit)
   No Laboratory or Other Results This Visit

Upcoming appointments:

**Comment:**

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

I, Dhane, George D, has been given the following list of patient education materials, prescriptions, and follow up instructions and has verbalized understanding:
Wound Care, Adult

**With:**          **Address:**                    **When:**

Pease return to the
emergency department for
worsening symptoms.

---
Patient (or Guardian) Signature  10/24/24 14:32:20

---
Provider Signature          10/24/24 14:32:20

Document Type:                    ED/UC Patient Education Note
Service Date/Time:                10/24/2024 14:32 CDT
Result Status:                    Modified
Perform Information:              KING,BLAISE R (10/24/2024 14:32 CDT)
Sign Information:                 KING,BLAISE R (10/24/2024 14:32 CDT); DURDEN,
                                  JACKELINE M,RN (10/24/2024 14:27 CDT); KING,BLAISE R
                                  (10/24/2024 14:25 CDT); TIFFAULT,GERARD R,MD
                                  (10/24/2024 14:08 CDT)

**ED/UC Patient Education Note**
Dermatology

# Wound Care, Adult

Taking care of your wound properly can help to prevent pain, infection, and scarring. It can also help your wound heal more quickly. Follow instructions from your health care provider about how to care for your wound.

## Supplies needed:

---
Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 43 of 160>**

ACH BJJ-00044                          015-043

0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

---

### *Emergency Documentation*

- Soap and water.
- Wound cleanser, saline, or germ-free (sterile) water.
- Gauze.
- If needed, a clean bandage (dressing) or other type of wound dressing material to cover or place in the wound. Follow your health care provider's instructions about what dressing supplies to use.
- Cream or topical ointment to apply to the wound, if told by your health care provider.

## How to care for your wound

### Cleaning the wound

Ask your health care provider how to clean the wound. This may include:

- Using mild soap and water, a wound cleanser, saline, or sterile water.
- Using a clean gauze to pat the wound dry after cleaning it. **Do not** rub or scrub the wound.

### Dressing care

- Wash your hands with soap and water for at least 20 seconds before and after you change the dressing. If soap and water are not available, use hand sanitizer.
- Change your dressing as told by your health care provider. This may include:
    - —46  Cleaning or rinsing out (irrigating) the wound.
    - —46  Application of cream or topical ointment, if told by your health care provider.
    - —46  Placing a dressing over the wound or in the wound (packing).
    - —46  Covering the wound with an outer dressing.
- Leave stitches (sutures), staples, skin glue, or adhesive strips in place. These skin closures may need to stay in place for 2 weeks or longer. If adhesive strip edges start to loosen and curl up, you may trim the loose edges. **Do not** remove adhesive strips completely unless your health care provider tells you to do that.
- Ask your health care provider when you can leave the wound uncovered.

### Checking for infection

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 44 of 160>**

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

---

### *Emergency Documentation*



Normal  Infected
wound   wound

Check your wound area every day for signs of infection. Check for:

- More redness, swelling, or pain.
- Fluid or blood.
- Warmth.
- Pus or a bad smell.

## Follow these instructions at home

### Medicines

- If you were prescribed an antibiotic medicine, cream, or ointment, take or apply it as told by your health care provider. **Do not** stop using the antibiotic even if your condition improves.
- If you were prescribed pain medicine, take it 30 minutes before you do any wound care or as told by your health care provider.
- Take over-the-counter and prescription medicines only as told by your health care provider.

### Eating and drinking

- Eat a diet that includes protein, vitamin A, vitamin C, and other nutrient-rich foods to help the wound heal.
  - —46 Foods rich in protein include meat, fish, eggs, dairy, beans, and nuts.
  - —46 Foods rich in vitamin A include carrots and dark green, leafy vegetables.
  - —46 Foods rich in vitamin C include citrus fruits, tomatoes, broccoli, and peppers.

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

ACH BJJ-00046

015-045

0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

---

### *Emergency Documentation*

- Drink enough fluid to keep your urine pale yellow.

**General instructions**

- **Do not** take baths, swim, or use a hot tub until your health care provider approves. Ask your health care provider if you may take showers. You may only be allowed to take sponge baths.
- **Do not** scratch or pick at the wound. Keep it covered as told by your health care provider.
- Return to your normal activities as told by your health care provider. Ask your health care provider what activities are safe for you.
- Protect your wound from the sun when you are outside for the first 6 months, or for as long as told by your health care provider. Cover up the scar area or apply sunscreen that has an SPF of at least 30.
- **Do not** use any products that contain nicotine or tobacco. These products include cigarettes, chewing tobacco, and vaping devices, such as e-cigarettes. If you need help quitting, ask your health care provider.
- Keep all follow-up visits. This is important.

## Contact a health care provider if:

- You received a tetanus shot and you have swelling, severe pain, redness, or bleeding at the injection site.
- Your pain is not controlled with medicine.
- You have any of these signs of infection:
    - —46  More redness, swelling, or pain around the wound.
    - —46  Fluid or blood coming from the wound.
    - —46  Warmth coming from the wound.
    - —46  A fever or chills.
- You are nauseous or you vomit.
- You are dizzy.
- You have a new rash or hardness around the wound.

## Get help right away if:

- You have a red streak of skin near the area around your wound.
- Pus or a bad smell coming from the wound.

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 46 of 160>**

ACH BJJ-00047

015-046

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

### *Emergency Documentation*

- Your wound has been closed with staples, sutures, skin glue, or adhesive strips and it begins to open up and separate.
- Your wound is bleeding, and the bleeding does not stop with gentle pressure.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

### Summary

- Always wash your hands with soap and water for at least 20 seconds before and after changing your dressing.
- Change your dressing as told by your health care provider.
- To help with healing, eat foods that are rich in protein, vitamin A, vitamin C, and other nutrients.
- Check your wound every day for signs of infection. Contact your health care provider if you think that your wound is infected.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/26/2022 Document Reviewed: 04/26/2022
Elsevier Patient Education © 2024 Elsevier Inc.

### *Outside Records*

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

ACH BJJ-00048                                    015-047

# X-RAY CHEST AP PORTABLE



## Dhane, George
MRN: 15282210, Legal Sex: Male, 9/18/1943 (80 yrs), Emergency
Accession #: 46211928

## Final Result
EXAMINATION:
XR CHEST AP PORTABLE

CLINICAL HISTORY:
Injury, unspecified, initial encounter

TECHNIQUE:
Single frontal view of the chest was performed.

COMPARISON:
None

FINDINGS:
There are chronic appearing interstitial lung changes bilaterally. There
is a subpleural pneumothorax seen on the right side. There is a
fracture of the right 6th through the 7th ribs posteriorly. The heart is
normal appearance. Pulmonary vascularity is unremarkable. No other
fractures are seen.

Impression:

Fracture of the right 5th through 7th rib posteriorly

Slipped pleural small pneumothorax seen on the right side in the lower
hemithorax. CT scan chest is recommended.

Electronically signed by:Raj Sachasinh
Date:                              09/05/2024
Time:                              18:51
                Signed by Sachasinh, Rachadip S., MD on 9/5/2024 6:51 PM

## Appointment Info
Exam Date
📅 9/5/2024

Department
Ochsner Lafayette General - Xray
📞 337-289-7991
📍 1214 Coolidge Blvd
   Lafayette LA 70503-2621

## Reason for Exam
No reason for exam was entered

## Diagnosis
Trauma

## Providers
PCP
Primary Doctor No
📞 No number on file
📍 No address on file

Ordering Provider
Rachel A Breaux, MD
📞 504-702-5700
📍 2000 CANAL ST
   UNIVERISTY MEDICAL CENTER
   NEW ORLEANS LA 70112

**CERTIFIED COPY<Page 48 of 160>**

ACH BJJ-00049                                    015-048

# X-RAY CHEST 1 VIEW


**Ochsner**
**Health**

## Dhane, George
MRN: 15282210, Legal Sex: Male, 9/18/1943 (80 yrs), IP- Inpatient
Accession #: 46212177

## Final Result
EXAMINATION:
XR CHEST 1 VIEW

CLINICAL HISTORY:
chest tube verification;

COMPARISON:
09/05/2024 at 18:40 hours

FINDINGS:
Single view of the chest shows interval right sided pigtailed catheter
placement. No pneumothorax is seen. Cavitary lesion in the right lung
apex is unchanged. No pleural effusion. Cardiac silhouette and
pulmonary vasculature are normal. Visualized rib fractures are stable.

Impression:

No pneumothorax identified following pigtail catheter placement

Electronically signed by: Andrew Stone, MD
Date:                    09/06/2024
Time:                    06:19

Signed by Stone, Andrew M, MD on 9/6/2024 6:19 AM

## Appointment Info
Exam Date
📅 9/5/2024

Department
Ochsner Lafayette General - Xray
📞 337-289-7991
📍 1214 Coolidge Blvd
   Lafayette LA 70503-2621

## Reason for Exam
chest tube verification

## Diagnosis
No diagnosis was entered

## Providers
PCP
Primary Doctor No
📞 No number on file
📍 No address on file

Ordering Provider
Willard W. Mosier Jr., MD
📞 337-233-9900
📍 1214 Coolidge St
   OLGMC Trauma Services
   LAFAYETTE LA 70503

Dhane, George  MRN: 15282210  ACC: 46212177  X-Ray Chest 1 View

Page 1 of 1 · *Epic*

0064A

**CERTIFIED COPY<Page 49 of 160>**

Page 49 of 57

ACH BJJ-00050

015-049

# X-RAY CHEST 1 VIEW



**Dhane, George**
MRN: 15282210, Legal Sex: Male, 9/18/1943 (80 yrs), IP- Inpatient
Accession #: 46212124

## Final Result
EXAMINATION:
XR CHEST 1 VIEW

CLINICAL HISTORY:
pneumothorax;

COMPARISON:
09/05/2024

FINDINGS:
Single view of the chest shows stable right chest tube position. No
definite pneumothorax is seen. Rib fractures are stable. Heart size is
unchanged. No pleural effusion.

Impression:

Stable chest

Electronically signed by: Andrew Stone, MD
Date:                              09/06/2024
Time:                              07:31

Signed by Stone, Andrew M, MD on 9/6/2024 7:31 AM

## Appointment Info
Exam Date
📅 9/6/2024

Department
Ochsner Lafayette General - Xray
📞 337-289-7991
📍 1214 Coolidge Blvd
   Lafayette LA 70503-2621

## Reason for Exam
pneumothorax

## Diagnosis
No diagnosis was entered

## Providers
PCP
Primary Doctor No
📞 No number on file
📍 No address on file

Ordering Provider
Jordan M Arceneaux, FNP
📞 337-233-9900
📍 1000 W. Pinhook Rd.
   Suite 310
   Lafayette LA 70503

**CERTIFIED COPY<Page 50 of 160>**

0064A

Page 50 of 57

ACH BJJ-00051

015-050

# X-RAY CHEST 1 VIEW

### Dhane, George
MRN: 15282210, Legal Sex: Male, 9/18/1943 (80 yrs), IP- Inpatient
Accession #: 46212777

## Ochsner Health

## Final Result
EXAMINATION:
XR CHEST 1 VIEW

CLINICAL HISTORY:
pneumothorax;

TECHNIQUE:
Single view of the chest

COMPARISON:
09/06/2024

FINDINGS:
Prominent interstitial markings of the bilateral upper lobes unchanged.
No acute osseous abnormality.  Right-sided thoracostomy tube remains
in place.

Impression:

As above.

Electronically signed by: William Mullen
Date:                    09/07/2024
Time:                    08:59
           Signed by Mullen, William C, MD on 9/7/2024  8:59 AM

## Appointment Info
Exam Date
🗓 9/7/2024

Department
Ochsner Lafayette General - Xray
📞 337-289-7991
📍 1214 Coolidge Blvd
   Lafayette LA 70503-2621

## Reason for Exam
pneumothorax

## Diagnosis
No diagnosis was entered

## Providers
PCP
Primary Doctor No
📞 No number on file
📍 No address on file

Ordering Provider
Jordan M Arceneaux, FNP
📞 337-233-9900
📍 1000 W. Pinhook Rd.
   Suite 310
   Lafayette LA 70503

**CERTIFIED COPY<Page 51 of 160>**

0064A                                                                                  Page 51 of 57

ACH BJJ-00052                                    015-051

# X-RAY CHEST PA AND LATERAL

**Dhane, George**
MRN: 15282210, Legal Sex: Male, 9/18/1943 (80 yrs), IP- Inpatient
Accession #: 46224567



## Final Result
EXAMINATION:
XR CHEST PA AND LATERAL

CLINICAL HISTORY:
Post chest tube removal;

TECHNIQUE:
Two views of the chest

COMPARISON:
09/07/2024

FINDINGS:
Interval removal of right-sided thoracostomy tube. No gross
pneumothorax. The left hemithorax is clear.

Impression:

As above.

Electronically signed by: William Mullen
Date:                        09/07/2024
Time:                        11:18
                Signed by Mullen, William C, MD on 9/7/2024 11:18 AM

## Appointment Info
Exam Date
📅 9/7/2024

Department
Ochsner Lafayette General - Xray
📞 337-289-7991
📍 1214 Coolidge Blvd
   Lafayette LA 70503-2621

## Reason for Exam
Post chest tube removal

## Diagnosis
No diagnosis was entered

## Providers
PCP
Primary Doctor No
📞 No number on file
📍 No address on file

Ordering Provider
Jacqueline Venable, NP
📞 337-288-0876
📍 1214 Coolidge Blvd
   LAFAYETTE LA 70503

0064A-ACH Bayne-Jones-Johnson

Patient Name: **Dhane, George D**
MRN: 15315377000001                                    Admit:          10/24/2024 13:48 CDT
FIN: 129244442                                         Discharge:      10/24/2024 14:32 CDT
Sex/DOB/Age:   Male      9/18/1943    81 years         Admitting:
DOD ID (EDIPI): 1131028101                             Veterans ID (ICN):

## *Emergency Department Forms*

### ED/UC Disposition Documentation Entered On: 10/24/24 14:23 CDT
### Performed On: 10/24/24 14:22 CDT by KING, BLAISE R

**Disposition Documentation**
*ED Discharged to :* Home with Self Care/Family
*FCT Visit Types :* Standard ED Encounter
*ED Discharge Documentation :* Open Discharge Documentation

KING, BLAISE R - 10/24/24 14:22 CDT

**Discharge**
*Discharged to care of :* Self
*Mode of Discharge :* Ambulatory
*Discharge Transportation :* Private vehicle
*Individuals Taught :* Patient
*Teaching Method - ED :* Written/printout

KING, BLAISE R - 10/24/24 14:22 CDT

*Barriers to Learning :* None evident

KING, BLAISE R - 10/24/24 14:24 CDT

### ED/UC Screening and Patient History Entered On: 10/24/24 14:26 CDT
### Performed On: 10/24/24 14:22 CDT by SEAMAN, COLLIN R RN

**ED/UC Screening and Patient History**
*Smoking Status :* Open smoking status documentation

SEAMAN, COLLIN R RN - 10/24/24 14:22 CDT

**Social History**
Social History

(As Of: 10/24/24 14:26:38 CDT)

Tobacco:

Cigarette use: Former-cigarette user. Total years of smoking
cigarettes: 43. Other Tobacco use: Never-other tobacco user
(not cigarettes). (Last Updated: 10/24/24 14:26:26 CDT by
SEAMAN, COLLIN R RN)

Alcohol:

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 53 of 160>

ACH BJJ-00054
015-053

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT | |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT | |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | | |

## *Emergency Department Forms*

Use: Current (Last 12 months). Frequency: Monthly or less.
(Last Updated: 10/01/24 15:19:48 CDT by LEE, KEITH J RN)

Read Only: ILER Critical
Exposures:

Exposure Pathway Count 0. Industrial Hygiene Count 0.
Registries Count 1. Health Assessments Count 0. Incidents
Count 0. Deployments Count 0. Individual Monitoring Count 0.
(Last Updated: 10/24/24 18:49:27 UTC by SYSTEM, SYSTEM
Cerner, Cerner Managed Acct)

**ED/UC Triage Entered On: 10/24/24 14:22 CDT**
**Performed On: 10/24/24 14:05 CDT by SEAMAN, COLLIN R RN**

**ED/UC Triage**
*Mode of Arrival :* Private vehicle
*Mode of Mobility :* Walk
*Chief Complaint :* skin tear to right lower arm, wound care re eval

SEAMAN, COLLIN R RN - 10/24/24 14:05 CDT
(As Of: 10/24/24 14:27:40 CDT)

Problems(Active)

| | |
|---|---|
| Angioplasty (SNOMED CT :2884393011 ) | *Name of Problem:* Angioplasty ; *Recorder:* JONES, KARLEY R RN; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 2884393011 ; *Contributor System:* PowerChart ; *Last Updated:* 09/05/2024 13:03 CDT ; *Life Cycle Date:* 09/05/2024 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Change of nonsurgical wound dressing done (SNOMED CT :800161000124110 ) | *Name of Problem:* Change of nonsurgical wound dressing done ; *Recorder:* JOSEPH, LISA A, NP; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 800161000124110 ; *Contributor System:* PowerChart ; *Last Updated:* 10/01/2024 15:46 CDT ; *Life Cycle Date:* 10/01/2024 ; *Life Cycle Status:* Active ; *Responsible Provider:* JOSEPH, LISA A, NP; *Vocabulary:* SNOMED CT |
| COPD (Chronic Obstructive Pulmonary Disease) | *Name of Problem:* COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale ; *Recorder:* JONES, KARLEY |

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 54 of 160>

ACH BJJ-00055

015-054

0064A-ACH Bayne-Jones-Johnson

| Patient Name: | **Dhane, George D** | | | | | |
|---|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT | |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT | |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | | |

## *Emergency Department Forms*

| | |
|---|---|
| Assessment Test scale (SNOMED CT :3744961011 ) | R RN; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 3744961011 ; *Contributor System:* PowerChart ; *Last Updated:* 09/05/2024 13:03 CDT ; *Life Cycle Date:* 09/05/2024 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Coronary artery disease (SNOMED CT :AXQt/gEBk5Xll5I2rBELCg ) | *Name of Problem:* Coronary artery disease ; *Recorder:* JONES, KARLEY R RN; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* AXQt/gEBk5Xll5I2rBELCg ; *Contributor System:* PowerChart ; *Last Updated:* 09/05/2024 13:02 CDT ; *Life Cycle Date:* 09/05/2024 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Hypertension (SNOMED CT :82725 ) | *Name of Problem:* Hypertension ; *Recorder:* JONES, KARLEY R RN; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 82725 ; *Contributor System:* PowerChart ; *Last Updated:* 09/05/2024 13:03 CDT ; *Life Cycle Date:* 09/05/2024 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |
| Peripheral neuropathy (SNOMED CT :2870944013 ) | *Name of Problem:* Peripheral neuropathy ; *Recorder:* JONES, KARLEY R RN; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 2870944013 ; *Contributor System:* PowerChart ; *Last Updated:* 09/05/2024 13:03 CDT ; *Life Cycle Date:* 09/05/2024 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT |

Diagnoses(Active)

| | |
|---|---|
| Skin tear | *Date:* 10/24/2024 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Skin tear ; *Classification:* Medical ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* T14.8XXA |
| Wound reevaluation with or without suture removal | *Date:* 10/24/2024 ; *Diagnosis Type:* Reason For Visit ; *Confirmation:* Complaint of ; *Clinical Dx:* Wound reevaluation with or without suture removal ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* PNED ; *Probability:* 0 ; *Diagnosis Code:* 88443EC1-F394-4064-BED6-D455C43270C3 |

*Temperature Oral :* 37.1 Deg C(Converted to: 98.8 Deg F)
*AVPU :* Alert and responsive
*Blood Pressure*
*Systolic / Diastolic :* 134 mmHg

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 55 of 160>

ACH BJJ-00056                 015-055

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

---

### *Emergency Department Forms*

---

*Blood Pressure*
*Systolic / Diastolic :* 80 mmHg
*Peripheral Pulse Rate :* 90 bpm
*Resp Rate :* 18 br/min
*O2 Sat :* 97 %
*Oxygenation :* Room air
*Weight Measured or Estimated? :* Estimated

SEAMAN, COLLIN R RN - 10/24/24 14:05 CDT

*Weight Estimated :* 62.3 kg(Converted to: 137 lb 6 oz)

SEAMAN, COLLIN R RN - 10/24/24 14:27 CDT

*Triage Assessment :* Open triage assessment documentation
*Complete COVID Screening? :* DoD Only - Follow site policy
*Complete CSSRS? :* Yes
1. *Over the past month, have you wished you were dead or wished you could go to sleep and not wake up? :* No
2. *Over the past month have you had any actual thoughts of killing yourself? :* No
7. *In your lifetime, have you ever done anything, started to do anything or prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)? :* No
*Below fields are populated based off of above documentation and are view only*
*Positive Screen indicates a "YES" response to question(s) 3, 4, 5, or 8 :* 0
*CSSRS Screen Outcome :* Negative: no further assessment but defer to clinical management as indicated
*Presented to ED/UC because of falls :* No
*Altered mental status*
*Intoxication with alcohol or substance confusion :* No
*Impaired mobility:*
*Ambulates or transfers with assistive devices or assistance;*
*Unable to ambulate or transfer :* No
*Nurse Judgement :* No

SEAMAN, COLLIN R RN - 10/24/24 14:05 CDT

DCP GENERIC CODE
*Tracking Group :* ED 0064-BJACH Tracking Group
*Tracking Acuity :* 5 - Non-Urgent

SEAMAN, COLLIN R RN - 10/24/24 14:05 CDT

*Pregnancy Status :* N/A
*Disease/Risk Exposure :* History of MRSA/VRE/ESBL
*ED CSSRS Q7 Documentation :* No
*ED CSSRS Q2 Documentation :* No

SEAMAN, COLLIN R RN - 10/24/24 14:05 CDT

**Triage Assessment**
*Respiratory Pattern :* Regular
*Work of breathing :* Unlabored
*Skin Color :* Normal for ethnicity
*Skin Temperature :* Warm
*Skin Description :* Dry
*Level of Consciousness :* Alert

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 56 of 160>**

ACH BJJ-00057                                 015-056

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 10/24/2024 13:48 CDT |
| FIN: | 129244442 | | | Discharge: | 10/24/2024 14:32 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

### *Emergency Department Forms*

*Orientation :*  Oriented x 4

SEAMAN, COLLIN R RN - 10/24/24 14:05 CDT

**ID Risk Screen**
*History of MDRO :*  No

SEAMAN, COLLIN R RN - 10/24/24 14:05 CDT

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

### CERTIFIED COPY<Page 57 of 160>

ACH BJJ-00058                                    015-057

**0064A-ACH Bayne-Jones-Johnson**
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 10/1/2024 15:05 CDT |
| MRN: | 15315377000001 | Discharge: | 10/1/2024 15:47 CDT |
| FIN: | 125894459 | Admitting: | |
| Sex/DOB/Age: | Male  9/18/1943  81 years | Location: | 0064A-EM-ER; ED-4; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Administrative*

This information has been disclosed to you from federal health records in accordance with an approved
written request. Unless you are the subject of the record, federal laws may prohibit you from making a further
disclosure of this record for a purpose other than why the information was provided to you. If this record contains
substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure
restrictions of those federal laws on individuals who are not the subject of the record apply.

**CERTIFIED COPY<Page 58 of 160>**

ACH BJJ-00059                          015-058

Dhane, George D
9/18/1943

337 289 7991                    Fax# 337-571-0495

## AUTHORIZATION FOR DISCLOSURE OF MEDICAL OR DENTAL INFORMATION

### PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974 (Public Law 93-579), the notice informs you of the purpose of the form and how it will be used. Please read it carefully.

**AUTHORITY:** Public Law 104-191; E.O. 9397 (SSAN); DoD 6025.18-R.
**PRINCIPAL PURPOSE(S):** This form is to provide the Military Treatment Facility/Dental Treatment Facility/TRICARE Health Plan with a means to request the use and/or disclosure of an individual's protected health information.
**ROUTINE USE(S):** To any third parties or the individual upon authorization as per your written authorization.
**DISCLOSURE:** Completely voluntary. Failure to sign the authorization form will result in the non-release of the protected health information.

This form will not be used for the authorization to disclose alcohol or drug abuse patient information from medical records or for authorization to disclose information from records of an alcohol or drug abuse treatment program. In addition, any use as an authorization to use or disclose psychotherapy notes may not be combined with another authorization except one to use or disclose psychotherapy notes.

### SECTION I - PATIENT DATA

| 1. NAME (Last, First, Middle Initial) | 2. DATE OF BIRTH (YYYYMMDD) | 3. DOD NUMBER OF PATIENT |
|---|---|---|
| Dhane, George | 1943 09 18 | 113102 8101 |

| 4. PERIOD OF TREATMENT: FROM - TO (YYYYMMDD) | 5. TYPE OF TREATMENT (X one) | | |
|---|---|---|---|
| 2024 09 05 | OUTPATIENT | INPATIENT | ☒ BOTH |

### SECTION II - DISCLOSURE

6. I AUTHORIZE  Lafayette General LEP (Name of Facility/MTF/DTF/TMA) HEALTH AGENCY    TO RELEASE MY PATIENT INFORMATION TO:

a. NAME OF PERSON OR ORGANIZATION TO RECEIVE INFORMATION (Name, Address, City, State and ZIP Code)

Bayne Jones Community Hospital Bayne Jones

Attn: PAD-IPR-ROI-Correspondence BJACH-CORR/IPR-531-3178

**MEDICAL INFORMATION** 1585 Third Street

c. TELEPHONE (Include Area Code)    Fort Johnson, LA 71459 (Include Area Code) 337 531 3177

7. REASON FOR REQUEST/USE OF MEDICAL INFORMATION (X as applicable)

| | | | |
|---|---|---|---|
| PERSONAL USE | ☒ CONTINUED MEDICAL CARE | SCHOOL | OTHER (Specify) |
| RETIREMENT | SEPARATION | VA | |

8. INFORMATION TO BE RELEASED

Images & reports from ER visit

all records

For the following to be included, initial below to authorize disclosure:
_____ Mental Health Clinical Records
☒ Radiology Images

| 9. AUTHORIZATION START DATE (YYYYMMDD) | 10. AUTHORIZATION EXPIRATION | |
|---|---|---|
| 2024 12 11 | DATE (YYYYMMDD) 2025 12 11 | ACTION COMPLETED |

### SECTION III - RELEASE AUTHORIZATION

I understand that:

a. I have the right to revoke this authorization at any time. My revocation must be in writing and provided to the facility where my medical records are kept or to the TMA Privacy Officer if this is an authorization for information possessed by the TRICARE Health Plan rather than an MTF or DTF. I am aware that if I later revoke this authorization, the person(s) I herein name will have used and/or disclosed my protected information on the basis of this authorization.
b. If I authorize my protected health information to be disclosed to someone who is not required to comply with federal privacy protection regulations, then such information may be re-disclosed and would no longer be protected.
c. I have a right to inspect and receive a copy of my own protected health information to be used or disclosed, in accordance with the requirements of the federal privacy protection regulations found in the Privacy Act and 45 CFR s164.524.
d. The Military Health System (which includes the TRICARE Health Plan) may not condition treatment in MTFs/DTFs, payment by the TRICARE Health Plan, enrollment in the TRICARE Health Plan or eligibility for TRICARE Health Plan benefits on failure to obtain this authorization.
I request and authorize the named provider/treatment facility/TRICARE Health Plan to release the information described above to the named individual/organization indicated.

| 11. SIGNATURE OF PATIENT/PARENT/LEGAL REPRESENTATIVE | 12. RELATIONSHIP TO PATIENT (If applicable) | 13. DATE (YYYYMMDD) |
|---|---|---|
| [signature] | | 12/11/24 |

### SECTION IV - FOR STAFF USE ONLY

| 14. X IF APPLICABLE: | 15. ADDITIONAL COMMENTS | 16. DATE (YYYYMMDD) |
|---|---|---|
| COMPLETED | | |

17. PLEASE CHOOSE ONE METHOD OF DELIVERY:

| | | |
|---|---|---|
| PICK-UP DISC | MAIL-DISC | E-MAIL |

ENTER A VALID E-MAIL ADDRESS BELOW:
E-MAIL:

18. Complete this portion only if patient does not have a DOD#

337 239 7433
patient# #

SPONSOR NAME:
SPONSOR RANK:
SPONSOR SSN:

IACH FORM 2870 (2023)

## AUTHORIZATION FOR DISCLOSURE OF MEDICAL OR DENTAL INFORMATION

### PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974 (Public Law 93-579), the notice informs you of the purpose of the form and how it will be used. Please read it carefully.
**AUTHORITY:** Public Law 104-191; E.O. 9397 (SSAN); DoD 6025.18-R.
**PRINCIPAL PURPOSE(S):** This form is to provide the Military Treatment Facility/Dental Treatment Facility/TRICARE Health Plan with a means to request the use and/or disclosure of an individual's protected health information.
**ROUTINE USE(S):** To any third party or the individual upon authorization for the disclosure from the individual for: personal use; insurance; continued medical care; school; legal; retirement/separation; or other reasons.
**DISCLOSURE:** Voluntary. Failure to sign the authorization form will result in the non-release of the protected health information.
This form will not be used for the authorization to disclose alcohol or drug abuse patient information from medical records or for authorization to disclose information from records of an alcohol or drug abuse treatment program. In addition, any use as an authorization to use or disclose psychotherapy notes may not be combined with another authorization except one to use or disclose psychotherapy notes.

### SECTION I - PATIENT DATA

| 1. NAME (Last, First, Middle Initial) Dhane, George D. | 2. DATE OF BIRTH (YYYYMMDD) 1943-09-18 | 3. SOCIAL SECURITY NUMBER Redacted |
|---|---|---|
| 4. PERIOD OF TREATMENT: FROM/ TO (YYYYMMDD) 2024   - DISCHARGE | 5. TYPE OF TREATMENT (X one) ☐ OUTPATIENT   ☐ INPATIENT   ☒ BOTH | |

### SECTION II - DISCLOSURE

**6. I AUTHORIZE** Bayne Jones Army Community Hospital *(Name of Facility/TRICARE Health Plan)*   **TO RELEASE MY PATIENT INFORMATION TO:**

| a. NAME OF PERSON OR ORGANIZATION TO RECEIVE MY MEDICAL INFORMATION Bayne Jones Army Community Hospital  /Self | b. ADDRESS (Street, City, State and ZIP Code) 1585 3rd Street, Bldg 285  Fort Johnson, LA 71459 |
|---|---|
| c. TELEPHONE (Include Area Code) (337) 531-3178 | d. FAX (Include Area Code) (337) 531-3177 |

**7. REASON FOR REQUEST/USE OF MEDICAL INFORMATION (X as applicable)**

| PERSONAL USE | ☒ CONTINUED MEDICAL CARE | SCHOOL | OTHER (Specify) |
|---|---|---|---|
| INSURANCE | RETIREMENT/SEPARATION | LEGAL | |

**8. INFORMATION TO BE RELEASED**   Last 6 months of records.
*ALL

**9. AUTHORIZATION START DATE (YYYYMMDD)** | **10. AUTHORIZATION EXPIRATION DATE (YYYYMMDD)**   ☒ ACTION COMPLETED

### SECTION III - RELEASE AUTHORIZATION

I understand that:
a. I have the right to revoke this authorization at any time. My revocation must be in writing and provided to the facility where my medical records are kept or to the TMA Privacy Officer if this is an authorization for information possessed by the TRICARE Health Plan rather than an MTF or DTF. I am aware that if I later revoke this authorization, the person(s) I herein name will have used and/or disclosed my protected information on the basis of this authorization.
b. If I authorize my protected health information to be disclosed to someone who is not required to comply with federal privacy protection regulations, then such information may be re-disclosed and would no longer be protected.
c. I have a right to inspect and receive a copy of my own protected health information to be used or disclosed, in accordance with the requirements of the federal privacy protection regulations found in the Privacy Act and 45 CFR §164.524.
d. The Military Health System (which includes the TRICARE Health Plan) may not condition treatment in MTFs/DTFs, payment by the TRICARE Health Plan, enrollment in the TRICARE Health Plan or eligibility for TRICARE Health Plan benefits on failure to obtain this authorization.
I request and authorize the named provider/treatment facility/TRICARE Health Plan to release the information described above to the named individual/organization indicated.

| 11. SIGNATURE OF PATIENT/PARENT/LEGAL REPRESENTATIVE | 12. RELATIONSHIP TO PATIENT (If applicable) Self | 13. DATE (YYYYMMDD) 2024-12-02 |
|---|---|---|

### SECTION IV - FOR STAFF USE ONLY (To be completed only upon receipt of written revocation)

| 14. X IF APPLICABLE AUTHORIZATION REVOKED | 15. REVOCATION COMPLETED BY | 16. DATE (YYYYMMDD) |
|---|---|---|

| 17. IMPRINT OF PATIENT IDENTIFICATION PLATE WHEN AVAILABLE | SPONSOR NAME: Dhane, George D. SPONSOR RANK: FMP/SPONSOR SSN: BRANCH OF SERVICE: Unit Name: Retired PHONE NUMBER: (337) 397-7434 |
|---|---|
| PLACE LABEL | |

**DD FORM 2870, DEC 2003**                                                      Adobe Professional 8.0

---

**Fax Call Report**                          **HP Color LaserJet FlowMFP M681**
                                                            **Page 1**

---

Fax Header Information

BJACHPR022691
3375313177
Sep/12/2024 8:36:24 AM

| Job | Date/Time | Type | Line | Identification | Duration | Pages | Result |
|-----|-----------|------|------|----------------|----------|-------|--------|
| 2294 | Sep/12/2024 8:35:56 AM | Send | Analog | 973372384514 | 00:24 | 0 | Busy |



**CERTIFIED COPY<Page 61 of 160>**

Sep/11/2024 3:41:39 PM    3373929440->3375313177                         1/1

3373929440                                            03:45:30 p.m.    09-11-2024    1/1

All portions of this form *must* be completed to constitute a valid authorization for release of health information
under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank,
the authorization will be considered defective.

*ROI*

| Patient's Name: George Dhane | | Date of Birth: 9.18.43 | Medical Record Number |
|---|---|---|---|

| Address | City | State | Zip | Telephone Number | Email Address |
|---|---|---|---|---|---|

I authorize the use and disclosure of health information about me as described below:

Facility Authorized to Release my Health Information: STAT

| Address | City | State | Zip | Fax: | Telephone Number |
|---|---|---|---|---|---|

Agency or Individual(s) Authorized to Receive my Health Information
**WEST LOUISIANA FAMILY PRACTICE - DR. LANDRUM**                  Fax: 337 392-9440

| Address | City | State | Zip | Telephone Number |
|---|---|---|---|---|
| 1201 FERTITTA BLVD | LEESVILLE | LA | 71446 | 337 392-9438 |

Health Information that may be used / disclosed is limited to the following:

- ☑ Discharge Summary
- ☑ History and Physical
- ☐ Consultation(s)
- ☐ Progress Notes
- ☐ Emergency Room Record
- ☐ Operative Note(s)
- ☐ Imaging/X-Ray Films
- ☑ X-Ray Reports
- ☐ Lab
- ☐ Pathology Report
- ☐ Alcohol Abuse
- ☐ Drug Abuse
- ☐ Entire Record
- ☐ Fetal Heart Monitor Strips

Sensitive Information:
- ☐ Genetic Testing
- ☐ Psychiatric/Behavioral Diagnoses
- ☐ Communicable diseases, including HIV status

☑ Other *(specify)* CT Chest

Health Information that may be used / disclosed is limited to the following periods of healthcare:

| From (date): | To (date): | Account Number: |
|---|---|---|
| From (date): | To (date): | Account Number: |

Health Information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s):
- ☑ Treatment/Consultation
- ☐ At Request of Patient
- ☐ Research
- ☐ Marketing
- ☐ Billing or Claims Payment
- ☐ At Request of Employer
- ☐ Other

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information" may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, including Sensitive Information as indicated above, which was compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

If no specific date or event is noted below, this authorization will automatically *expire 60 days* after the date of signature. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

| Patient's Signature or Legal Representative: Dr. Landrum PcP | | Date/Time: 9-10-24 |
|---|---|---|
| Relationship to Patient / Authority to Act on Patient's Behalf: SELF / PARENT / POA -- | Interpreter, if Utilized | Date/Time |
| Witness Signature | Date/Time | Expiration Date or Event |

- ☐ *Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.*
- ☐ Electronic copy requested.

Authorization/Request for Health Information-
Release (iPDF)
HIM-6401
(Revised 11/10, 02/12, 05/14, 08/14, 04/15, 09/16, 04/17, 01/18)                Page 1 of 1

Patient Label

BYRD REGIONAL HOSPITAL

337
B8 454

**CERTIFIED COPY<Page 62 of 160>**

Sep/11/2024 5:49:30 PM    3373929440->3375313177                                              1/1

3373929440                                                   05:53:14 p.m.   09-11-2024    1/1

All portions of this form *must* be completed to constitute a valid authorization for release of health information under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.                    *ROI*

**Patient's Name** George Dhane | **Date of Birth** 9/18/43 | **Medical Record Number**

**Address** | **City** | **State** | **Zip** | **Telephone Number** | **Email Address**

I authorize the use and disclosure of health information about me as described below:

**Facility Authorized to Release my Health Information** IS ACH    STAT | **Fax**

**Address** | **City** | **State** | **Zip** | **Telephone Number**

**Agency or Individual(s) Authorized to Receive my Health Information**
WEST LOUISIANA FAMILY PRACTICE - DR. LANDRUM | **Fax:** 337 392-9440

**Address** 1201 FERTITTA BLVD | **City** LEESVILLE | **State** LA | **Zip** 71446 | **Telephone Number** 337 392-9438

**Health Information that may be used / disclosed is limited to the following:**
☑ Discharge Summary | ☐ History and Physical | ☐ Progress Notes | ☐ Emergency Room Record
☐ Operative Note(s) | ☐ Imaging/X-Ray Films | ☑ X-Ray Reports | ☐ Consultation(s) | ☑ Lab | ☐ Pathology Report
**Sensitive Information:** | ☐ Alcohol Abuse | ☐ Drug Abuse | ☐ Entire Record | ☐ Fetal Heart Monitor Strips
☐ Genetic Testing | ☐ Psychiatric/Behavioral Diagnoses | ☐ Communicable diseases, including HIV status
☑ Other (specify) CT Chest Got Pages 1-41 of 48 pages

**Health Information that may be used / disclosed is limited to the following periods of healthcare:**
From (date): ___ To (date): ___ Account Number:
From (date): ___ To (date): ___ Account Number:

**Health Information to be released to the above named agency / individual is to be used / disclosed for the following purposes(s):**
☑ Treatment/Consultation ☐ At Request of Patient ☐ Research ☐ Marketing ☐ Billing or Claims Payment
☐ At Request of Employer ☐ Other ___

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information" may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, including Sensitive Information as indicated above, which was compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

If no specific date or event is noted below, this authorization will automatically *expire 60 days* after the date of signature. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

**Patient's Signature or Legal Representative** D. Landrum PCP | **Date/Time** 9-10-24

**Relationship to Patient / Authority to Act on Patient's Behalf** SELF / PARENT / POA -- | **Interpreter, if Utilized** | **Date/Time**

**Witness Signature** | **Date/Time** | **Expiration Date or Event**

☐ *Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.
☐ Electronic copy requested.

**Authorization/Request for Health Information Release (iPDF)**
HIM-6401                                    Page 1 of 1
(Revised 11/10, 02/12, 05/14, 08/14, 04/15, 09/16, 04/17, 01/18)

BYRD REGIONAL HOSPITAL

**CERTIFIED COPY<Page 63 of 160>**

Flowsheet Print Request

| Patient: Dhane, George D | | | | | Printed by: JORDAN, JENNIFER |
| MRN: 15315377000001 | | Date Range: 09/05/2024 06:02 PDT - 09/13/2024 06:02 PDT | | | Printed on: 09/12/2024 08:02 CDT |

| Event Date | Event | Result | Ref. Range | Status |
|---|---|---|---|---|
| 09/05/2024 11:37 CDT | WBC | 10.32 | (4.80 - 10.80) | |
| | RBC | 3.63 (L) | (4.70 - 6.10) | |
| | Hemoglobin | 10.80 (L) | (14.00 - 18.00) | |
| | Hematocrit | 33.50 (L) | (42.00 - 52.00) | |
| | MCV | 92 | (80 - 94) | |
| | MCH | 29.8 | (27.0 - 31.0) | |
| | MCHC | 32 (L) | (33 - 37) | |
| | RDW SD | 54.4 | | |
| | RDW CV | 16 | | |
| | Platelets | 236 | (130 - 400) | |
| | MPV | 9.10 | (0.10 - 10.20) | |
| | Neutrophil % Auto | 82 (H) | (44 - 78) | |
| | Lymphocyte % Auto | 8 (L) | (16 - 70) | |
| | Monocyte % Auto | 6.60 | (1.00 - 9.00) | |
| | Eosinophil % Auto | 2 | (0 - 5) | |
| | Basophil % Auto | 0 | (0 - 1) | |
| | Imm. Granulocyte % | 0 | | |
| | Neutro Absolute | 8.49 (H) | (2.11 - 8.42) | |
| | Lymph Absolute | 0.86 | (0.77 - 7.56) | |
| | Mono Absolute | 0.68 | (0.05 - 0.97) | |
| | Eos Absolute | 0.20 | (0.00 - 0.54) | |
| | Baso Absolute | 0.04 | (0.00 - 0.11) | |
| | Imm. Granulocyte Absolute | 0 | (0 - 0) | |
| | PT | 10.4 | (9.3 - 11.4) | |
| | PTT | 25.4 | (24.5 - 32.8) | |
| | INR | 1.0 | (0.1 - 20.0) | |
| | Sodium | 131 (L) | (136 - 145) | |
| | Potassium Lvl | 4.2 | (3.5 - 5.1) | |
| | Chloride | 98 | (98 - 107) | |
| | CO2 | 23 | (22 - 31) | |
| | AGAP | 10.0 | (5.0 - 16.0) | |
| | BUN | 16.8 | (8.4 - 25.7) | |
| | Creatinine Level | 0.77 | (0.72 - 1.25) | |
| | BUN/Creat Ratio | 22 | | |
| | eGFR CKD EPI | 90 * | | |
| | Glucose Lvl | 95 | (70 - 110) | |
| | Calcium | 9.1 | (8.8 - 10.0) | |
| | Protein Total | 6.50 | ( - <=8.30) | |
| | Albumin | 3.3 (L) | (3.9 - 4.9) | |
| | Bilirubin Total | 0.43 | (0.20 - 1.20) | |
| | Alk Phos | 100 | (42 - 144) | |
| | ALT | 13 | ( - <=37) | |
| | AST | 25 | (3 - 37) | |
| | Globulin | 3.2 | (2.4 - 3.5) | |
| | A/G Ratio | 1.0 | | |

Page 1

**CERTIFIED COPY<Page 64 of 160>**

**0064A-ACH Bayne-Jones-Johnson**
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male   9/18/1943   80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Cardiology Procedures*

This information has been disclosed to you from federal health records in accordance with an approved
written request. Unless you are the subject of the record, federal laws may prohibit you from making a further
disclosure of this record for a purpose other than why the information was provided to you. If this record contains
substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure
restrictions of those federal laws on individuals who are not the subject of the record apply.

Report Request ID:  701955117                    Page 1 of 2                    Print Date/Time:  9/12/2024 08:03 CDT

**CERTIFIED COPY<Page 65 of 160>**

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL     Document 61-14     Filed 10/16/25     Page 66 of 160
PageID #:  252

15315377000001
125894459

* Auth (Verified) *

Dhane, George D
9/18/1943

15315377000001
122161970

* Auth (Verified) *

**DHANE, GEORGE**
Male
09/18/1943 ( 80 Years )

| | | |
|---|---|---|
| Vent. rate | 46 | BPM |
| PR interval | 206 | ms |
| QRS duration | 94 | ms |
| QT/QTc-Baz | 472/413 | ms |
| P-R-T axes | 84  -60 | 64 |

**Patient ID: 1131028101**
Sinus bradycardia
Left anterior fascicular block
Inferior infarct , age undetermined
Abnormal ECG

09/05/2024 11:51:17

Dhane, George D
DOB: 09/18/1943     M / 80 yr
DOS: 09/05/2024
DoD ID: 1131028101
FIN: 122161970

NO
STEMI
vmc



**SCANNED**

Unconfirmed



COVIDIEN   Kendall          Printed in USA.

0064A                                                          Page 2 of 2

0064A

**CERTIFIED COPY<Page 66 of 160>**
015-066

Page 9 of 43

ACH BJJ-00067

### 0064A-ACH Bayne-Jones-Johnson
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male    9/18/1943   80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Emergency Documentation*

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

ED/UC Note Provider
9/5/2024 12:39 CDT
Auth (Verified)
CAMACHO,VICTOR M,MD (9/5/2024 12:46 CDT)
CAMACHO,VICTOR M,MD (9/5/2024 12:46 CDT)

### 0064A-ACH Bayne-Jones-Johnson
Emergency Medicine
1585 3RD Street, Fort Johnson, LA 71459
Phone: (337) 531-3118

Basic Information
Time Seen:
CAMACHO, VICTOR M, MD  09/05/2024 08:30

Chief Complaint
Pt presents for altercation at pharmacy, reports he was standing in line and
was shoved by another individual. Presents with moderate sized skin tear to
right mid back with bruising present. C/o pain to right scapula/upper back
region worse with

Assessment/Plan
Orders:
CV Electrocardiogram
*Differential Automated
*Glomerular Filtration Rate, Estimated
CBC w/ Diff
Comprehensive Metabolic Panel
PT and INR
PTT
Wound Care Routine (Treatment Order)
CT Chest w/o Contrast
XR Ribs w/ PA Chest Bilateral

Medication Administration
Given
acetaminophen, 500 mg, Oral

Lab Results

| Automated Hematology | LATEST RESULTS |
|---|---|
| WBC | 10.32 |
| RBC | 3.83 Low |
| Hemoglobin | 10.60 Low |
| Hematocrit | 33.50 Low |
| MCV | 92 |
| MCH | 29.8 |
| MCHC | 32 Low |
| RDW SD | 54.4 |
| RDW CV | 16 |
| Platelets | 236 |

---

This information has been disclosed to you from federal health records in accordance with an approved
written request. Unless you are the subject of the record, federal laws may prohibit you from making a further
disclosure of this record for a purpose other than why the information was provided to you. If this record contains
substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure
restrictions of those federal laws on individuals who are not the subject of the record apply.

**CERTIFIED COPY<Page 67 of 160>**

0064A                                                                                          Page 10 of 43

ACH BJJ-00068                                    015-067

### 0064A-ACH Bayne-Jones-Johnson

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

### History of Present Illness
80-year-old male who is a retired active duty member with history of coronary artery disease/8 stents in the past, as well as history of COPD and multiple other comorbid medical conditions was brought to the emergency room from the pharmacy where patient was waiting refill of his medication and his spouse's medication. Patient was standing in a line in the pharmacy there was another veteran in that same line waiting for medication and they somehow got into a scuffle the other veteran pushed this patient who fell backwards onto some furniture that was in the lobby and waiting area of the pharmacy sustaining a skin tear to the skin of the right upper back and right scapular area and injuries to his chest wall. Patient did not have any trauma to the head, loss of consciousness or any other injuries as a result of the fall. Patient denies any symptoms at this time other than right upper back pain.

### Review of Systems
Constitutional: Fever no Chills no Weight loss no Weight gain no Loss of Appetite no Night Sweats no

Head: Headache no TBI no CVA no

Eyes: Discharge no Pain no Photophobia no Visual Changes no

ENT: Bleeding no Discharge no Earache no Sinus pain no Sore throat no

CV: Chest pain yes/posterior right sided upper chest wall pain, palpitations no Syncope no DOE no

Resp: Cough no SOB no Sputum no Hemoptysis no

GI: Abd pain no Nausea no Vomiting no Diarrhea no Constipation no Hematemesis no Hematochezia no

GU: Discharge no Dysuria no Frequency no Hematuria no Urgency no

MS: Arthralgias no Injury no Myalgias no Swelling no Pain/tenderness no

Skin: Rash no Redness no Injury no Swelling no Tenderness no

Neuro: AMS no Headache no Numbness no Vertigo/Dizzy no Deficit no

Psych: Anxiety no Depression no Hallucinations no Suicidal no Homicidal no

ALL/IMM: Allergies no Immunocompromised no Lymphadenopathy no

HEME/ONC: Cancer no Easy bruising no Blood thinners no

All other ROS negative excpt as market or per HPI: yes

| | | |
|---|---|---|
| MPV | | 9.10 |
| Neutrophil % Auto | | 82 High |
| Lymphocyte % Auto | | 8 Low |
| Monocyte % Auto | | 6.60 |
| Eosinophil % Auto | | 2 |
| Basophil % Auto | | 0 |
| Imm. Granulocyte % | | 0 |
| Neutro Absolute | | 6.49 High |
| Lymph Absolute | | 0.86 |
| Mono Absolute | | 0.68 |
| Eos Absolute | | 0.20 |
| Baso Absolute | | 0.04 |
| Imm. Granulocyte Absolute | | 0 |

| Coagulation | LATEST RESULTS | |
|---|---|---|
| PT | | 10.4 |
| PTT | | 25.4 |
| INR | | 1.0 |

| Routine Chemistry | LATEST RESULTS | |
|---|---|---|
| Sodium | | 131 Low |
| Potassium Lvl | | 4.2 |
| Chloride | | 98 |
| CO2 | | 23 |
| AGAP | | 10.0 |
| BUN | | 16.8 |
| Creatinine Level | | 0.77 |

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 68 of 160>**

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 69 of 160   15315377000001
                              PageID #: 255                                              125894459
                              * Auth (Verified) *

## 0064A-ACH Bayne-Jones-Johnson

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | Admit: | 9/5/2024 08:14 CDT | |
| MRN: | 15315377000001 | | | Discharge: | 9/5/2024 14:33 CDT | |
| FIN: | 122161970 | | | Admitting: | | |
| Sex/DOB/Age: | Male | 9/18/1943 | 80 years | Veterans ID (ICN): | | |
| DOD ID (EDIPI): | 1131028101 | | | | | |

### Emergency Documentation

Unable to obtain due to:   _

#### Physical Exam

Vitals & Measurements
T: 36.8 °C (Temporal Artery)  HR: 69(Peripheral)  RR: 18  BP: 138/69  SpO2: 99%
WT: 58.9 kg(Estimated)
General: Well developed yes    Well-nourished yes    Acute distressed no

Head: Normocephalic yes    Atraumatic yes

Eyes: PERLA yes  EOMI yes  Discharge no  Injection no

Ears/Nose: TMs Normal yes    Nose Normal yes

Mouth/Throat: Mucosa Moist yes  Tonsils normal yes  Dentition normal yes

Neck: Normal ROM yes  Tenderness no  Adenopathy no

CV: Normal Rate yes  Regular rhythm yes  Normal sounds yes  Peripheral pulses normal yes

Respiratory: Normal breath sound yes  Normal respiratory effort yes

GI: Soft yes  Distended no  Normal bowel sounds yes  Mass no  Tenderness no  Peritoneal Sx

MSK: Full ROM yes  Normal appearance yes  Injury no  Back none tender no, tenderness to palpation to the right upper posterior lateral chest wall. No flail chest wall segment noted on exam

Skin: Normal appearance yes   Injury yes tear to the skin of the right upper back and scapular area no active bleeding, lesions no  Rash no  Lacerations no

Psych: Anxious no  Flat no  Tearful no  Combative no  Eye Contact yes

Neuro: A&O x3 yes  CN II-XII Intact yes   Normal mental status yes  Normal speech yes  Normal sensory yes   Normal motor yes  Normal Cerebellar yes  Normal gait yes Normal tendon reflexes yes

#### Medical Decision Making

80-year-old male who is retired active duty member with history of coronary artery disease with multiple stents in his coronary arteries, as well as history of COPD and other comorbid medical conditions brought to the emergency room to be evaluated after patient was pushed while waiting in a line at the pharmacy in this medical facility where he was refilling his and his spouse's medication. Patient was pushed back by another veteran that was in the same

| | | |
|---|---|---|
| BUN/Creat Ratio | | 22 |
| eGFR CKD EPI | | 90 |
| Glucose Lvl | | 95 |
| Calcium | | 9.1 |
| Protein Total | | 6.50 |
| Albumin | | 3.3 Low |
| Bilirubin Total | | 0.43 |
| Alk Phos | | 100 |
| ALT | | 13 |
| AST | | 25 |
| Globulin | | 3.2 |

| Chemistry for Electrophoresis | LATEST RESULTS |
|---|---|
| A/G Ratio | 1.0 |

Diagnostic Results
CT Chest w/o Contrast

09/05/24 10:26:08
IMPRESSION:
Multiple right rib fractures with moderate-sized right pneumothorax. Patient
would likely benefit from chest tube given pneumothorax size.

Suspicious cavitary lesion right upper lobe measuring up to 5.4 cm with thickened wall measuring 4 mm. Addition there is a suspicious 8 mm nodule in the
left upper lobe as spiculations. Recommend tissue sampling and PET/CT for
further evaluation.

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 69 of 160>**

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315337000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

## *Emergency Documentation*

line he fell on some furniture that was in the waiting area of the pharmacy and sustained skin tear to the skin of his right scapular and upper back area. Patient was evaluated in the emergency room x-ray imaging of the ribs on the right revealed multiple rib fractures of ribs #567 and a small 15% pneumothorax. Patient underwent CT scanning imaging of the chest to see if there were any further injuries not detected on x-ray and reveals the same 3 rib fractures with a moderate sized pneumothorax on the right. Patient was treated in the emergency room with IV hydration normal saline at 125 mL/h. He has not required any form of analgesia. Case was discussed with Dr. Clemens's Lafayette General Hospital who is the emergency room physician on duty and who has accepted this patient in transfer for further evaluation and management of his multiple rib fractures and stable pneumothorax.

Follow Up
No qualifying data available

Medication Reconciliation
Unchanged
acetaminophen-HYDROcodone (HYDROcodone-acetaminophen 7.5 mg-325 mg tablet)See Instructions. Refills: 0.
aspirin (aspirin 81 mg oral delayed release tablet)
atorvastatin (atorvastatin 40 mg tablet)See Instructions. Refills: 3.
atorvastatin (atorvastatin 40 mg tablet)See Instructions. Refills: 2.
ciprofloxacin (ciprofloxacin 500 mg tablet)500 Milligrams Oral (given by mouth) every 12 hours. Refills: 0.
cyanocobalamin (cyanocobalamin 1000 mcg/mL inj-vial [1mL])See Instructions. Refills: 3.
docusate (docusate sodium 100 mg capsule)See Instructions. Refills: 2.
docusate (docusate sodium 100 mg capsule)See Instructions. Refills: 3.
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
gabapentin (gabapentin 300 mg oral capsule)
meclizine (meclizine 25 mg oral tablet)
metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)See Instructions. Refills: 2.
metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)See Instructions. Refills: 3.
pantoprazole (pantoprazole 40 mg oral delayed release tablet)
pantoprazole (pantoprazole EC 40 mg tablet)See Instructions. Refills: 2.
simvastatin (simvastatin 40 mg oral tablet)
tamsulosin (tamsulosin 0.4 mg capsule)0.4 Milligrams Oral (given by mouth). Refills: 3.

Gallbladder sludge/cholelithiasis.

Ectasia of the ascending thoracic aorta, 4.6 cm.

Signed By: KRAMER, NICHOLAS JOHN, MD

*****************************************
*********
XR Ribs w/ PA Chest Bilateral

09/05/24 09:26:32
IMPRESSION:
1. Fractures of the right 5-7th ribs as above.
2. Right lower lung pneumothorax with small right hemothorax.

*** Findings discussed with Dr. Camacho at 10:05 AM on 09/05/2024 with by confirmation of patient inflammation findings. Findings discovered at 10:04 AM.
***

Signed By: KRAMER, NICHOLAS JOHN, MD
ECG
12 LEAD EKG: Sinus bradycardia, heart rate 46 bpm, left anterior fascicular block, no arrhythmia no ectopy and no STEMI.
POC Ultrasound

Consults
No Consult orders placed.

Problem List/Past Medical History
Ongoing
No qualifying data
Historical
No qualifying data

Procedure/Surgical History
• Angioplasty
• Hernia repair

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 70 of 160>**

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Emergency Documentation*

tamsulosin (tamsulosin 0.4 mg oral capsule)
ticagrelor (Brilinta 90 mg tablet)90 Milligrams Oral (given by mouth) 2 times a day. Refills: 1.
ticagrelor (Brilinta 90 mg tablet)See Instructions. Refills: 3.
tiZANidine (tiZANidine 4 mg oral tablet)
tiZANidine (tiZANidine 4 mg tablet)See Instructions. Refills: 2.
vibegron (Gemtesa 75 mg tablet)See Instructions. Refills: 3.

Allergies
No Known Medication Allergies
Social History
Read Only: ILER Critical Exposures
  Exposure Pathway Count 0. Industrial
  Hygiene Count 0. Registries Count 1.
  Health Assessments Count 0. Incidents
  Count 0. Deployments Count 0.
  Individual Monitoring Count 0.,
  09/05/2024

Family History
No family history documented

Electronically signed on: 09/05/2024 12:46 CDT

---

VICTOR M CAMACHO
MD

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 71 of 160>**

ACH BJJ-00072

**0064A-ACH Bayne-Jones-Johnson**
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Computed Tomography*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 00064-CT-24-0015661 | 9/5/2024 10:42 CDT | CT Chest w/o Contrast | CAMACHO, VICTOR M, MD | 80 years |

**Reason for Exam**
(CT Chest w/o Contrast) blunt trauma chest

**Report**
EXAMINATION: CT Chest w/o Contrast.

TECHNIQUE: CT without contrast from the lung apices through the upper abdomen with sagittal and coronal reformats.

COMPARISONS: Chest radiograph from earlier same day.

FINDINGS:
Lungs and Airways: 4.5 x 5.4 cm cavernous lesion in the right upper lung with wall thickening measuring 4 mm. Suspicious 8 mm nodule in the left upper lobe, image 213.

Pleura: Right pneumothorax most prominent in the base due to fibrotic adhesions in the right upper lobe. Small right hemothorax.

Heart and Inferior Mediastinum: Coronary artery stents. There is no pericardial effusion. There is no mediastinal lymphadenopathy. The thyroid gland is normal. Ectasia of the ascending thoracic aorta , 4.0 cm.

Upper Abdomen: The lack of intravenous contrast limits evaluation of the solid organs. Hyperdense material in the gallbladder. Postsurgical changes of the stomach.

Soft Tissues: Normal.

Bones: Displaced right 6th rib fracture, angulated comminuted fracture of the right 7th rib, minimally displaced fracture of the right 8th rib head/neck with additional mildly displaced posterior fracture, and minimally displaced fracture

---

This information has been disclosed to you from federal health records in accordance with an approved written request. Unless you are the subject of the record, federal laws may prohibit you from making a further disclosure of this record for a purpose other than why the information was provided to you. If this record contains substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure restrictions of those federal laws on individuals who are not the subject of the record apply.

| | | |
|---|---|---|
| Report Request ID:  701955387 | Page 1 of 2 | Print Date/Time:  9/12/2024 08:03 CDT |

**CERTIFIED COPY<Page 72 of 160>**

## 0064A-ACH Bayne-Jones-Johnson

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male        9/18/1943        80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Computed Tomography*

---

**Report**
of the 9th rib neck.

Vasculature: There is no aneurysmal dilatation.

IMPRESSION:
Multiple right rib fractures with moderate-sized right pneumothorax. Patient
would likely benefit from chest tube given pneumothorax size.

Suspicious cavitary lesion right upper lobe measuring up to 5.4 cm with
thickened wall measuring 4 mm. Addition there is a suspicious 8 mm nodule in the
left upper lobe as spiculations. Recommend tissue sampling and PET/CT for
further evaluation.

Gallbladder sludge/cholelithiasis.

Ectasia of the ascending thoracic aorta, 4.6 cm.

***** Final *****

Dictated by:  KRAMER, NICHOLAS JOHN, MD
Dictated DT/TM: 09/05/2024 10:52 am CDT
Signed by:  KRAMER, NICHOLAS JOHN, MD
Signed (Electronic Signature): 09/05/2024 11:01 am CDT
Proxied for:  KRAMER, NICHOLAS JOHN, MD

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Report Request ID:  701955387              Page 2 of 2              Print Date/Time:  9/12/2024 08:03 CDT

### 0064A-ACH Bayne-Jones-Johnson
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male    9/18/1943   80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Diagnostic Radiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 00064-XR-24-0081727 | 9/5/2024 09:53 CDT | XR Ribs w/ PA Chest Bilateral | CAMACHO, VICTOR M, MD | 80 years |

**Reason for Exam**
(XR Ribs w/ PA Chest Bilateral) ground level fall/right posterior chest wall pain

**Report**
EXAMINATION: XR Ribs w/ PA Chest Bilateral, 9/5/2024 10:03 AM

INDICATION: ground level fall/right posterior chest wall pain

COMPARISON(S): None.

TECHNIQUE: Rib Series with multiple views.

FINDINGS:
Support devices: None.

Bones/Soft Tissues: Displaced right 5th and 7th rib fractures. Nondisplaced fracture of the 6th right rib.

Lungs/pleura: Emphysematous changes of the lungs. No evidence of focal consolidation. Right lower lobe pneumothorax with lateral gap measuring 2.1 cm an inferior gap measuring approximately 4.6 cm.. Fibronodular thickening. Small right hemothorax.

Heart/mediastinum: Coronary artery stents.

Upper abdomen: Unremarkable.

IMPRESSION:
1. Fractures of the right 5-7th ribs as above.
2. Right lower lung pneumothorax with small right hemothorax.

*** Findings discussed with Dr. Camacho at 10:05 AM on 09/05/2024 with by

---

This information has been disclosed to you from federal health records in accordance with an approved written request. Unless you are the subject of the record, federal laws may prohibit you from making a further disclosure of this record for a purpose other than why the information was provided to you. If this record contains substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure restrictions of those federal laws on individuals who are not the subject of the record apply.

| | | |
|---|---|---|
| Report Request ID:  701955467 | Page 1 of 2 | Print Date/Time:  9/12/2024 08:04 CDT |

---

### CERTIFIED COPY<Page 74 of 160>

### 0064A-ACH Bayne-Jones-Johnson

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male        9/18/1943        80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

## *Diagnostic Radiology*

**Report**
confirmation of patient inflammation findings. Findings discovered at 10:04 AM.
***

***** Final *****

Dictated by: KRAMER, NICHOLAS JOHN, MD
Dictated DT/TM: 09/05/2024 10:03 am CDT
Signed by: KRAMER, NICHOLAS JOHN, MD
Signed (Electronic Signature): 09/05/2024 10:08 am CDT
Proxied for: KRAMER, NICHOLAS JOHN, MD

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Report Request ID:  701955467                    Page 2 of 2                    Print Date/Time:  9/12/2024 08:04 CDT

### CERTIFIED COPY<Page 75 of 160>

**0064A-ACH Bayne-Jones-Johnson**
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | | Admitting: | |
| Sex/DOB/Age: | Male | 9/18/1943   80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

---

### *Emergency Department Forms*

---

ED/UC Triage Entered On: 09/05/24 08:47 CDT
Performed On: 09/05/24 08:27 CDT by JONES, KARLEY R RN

ED/UC Triage
Mode of Arrival :  Private vehicle
Mode of Mobility :  Wheelchair

JONES, KARLEY R RN - 09/05/24 08:27 CDT

Chief Complaint :   Pt presents for altercation at pharmacy, reports he was standing in line and was shoved by another
individual. Presents with moderate sized skin tear to right mid back with bruising present. C/o pain to right scapula/upper back
region worse with
(Comment: movement. Denies any head injury or LOC. No deformities present to clavicle.  [JONES, KARLEY R RN - 09/05/24
08:27 CDT] )

JONES, KARLEY R RN - 09/05/24 08:50 CDT

~~{ [Pt presents for altercation at pharmacy, reports he was standing in line and was shoved by another individual. Presents with~~
~~moderate sized skin abrasion to right mid back with bruising present. C/o pain to right scapula/upper back region worse with]~~
~~previously charted by JONES, KARLEY R RN at 09/05/24 08:27 CDT [Comment] movement. Denies any head injury or LOC.~~
~~No deformities present to clavicle.   [ JONES, KARLEY R RN at 09/05/24 08:27 CDT]}};~~
(As Of: 09/05/24 13:03:29 CDT)

Problems(Active)
| | |
|---|---|
| Angioplasty (SNOMED CT :2884393011 ) | Name of Problem:  Angioplasty ; Recorder:  JONES, KARLEY R RN; Confirmation:  Confirmed ; Classification:  Medical ; Code:  2884393011 ; Contributor System:  PowerChart ; Last Updated:  09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status:  Active ; Vocabulary:  SNOMED CT |
| COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale (SNOMED CT :3744961011 ) | Name of Problem:  COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale ; Recorder:  JONES, KARLEY R RN; Confirmation:  Confirmed ; Classification:  Medical ; Code:  3744961011 ; Contributor System:  PowerChart ; Last Updated:  09/05/2024 13:03 CDT ; Life Cycle Date: |

---

This information has been disclosed to you from federal health records in accordance with an approved
written request. Unless you are the subject of the record, federal laws may prohibit you from making a further
disclosure of this record for a purpose other than why the information was provided to you. If this record contains
substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure
restrictions of those federal laws on individuals who are not the subject of the record apply.

Report Request ID:  701955628                    Page 1 of 8                    Print Date/Time:  9/12/2024 08:04 CDT

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL     Document 61-14     Filed 10/16/25     Page 77 of 160     15315377000001
PageID #: 263                                                                          125894459
* Auth (Verified) *

### 0064A-ACH Bayne-Jones-Johnson

| | | |
|---|---|---|
| Patient Name: | **Dhane, George D** | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Admitting: |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): |

---

### *Emergency Department Forms*

|  |  |
|---|---|
| | 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |
| Coronary artery disease (SNOMED CT :AXQt/gEBk5Xll5l2rBELCg ) | Name of Problem: Coronary artery disease ; Recorder: JONES, KARLEY R RN; Confirmation: Confirmed ; Classification: Medical ; Code: AXQt/gEBk5Xll5l2rBELCg ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:02 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |
| Hypertension (SNOMED CT :82725 ) | Name of Problem: Hypertension ; Recorder: JONES, KARLEY R RN; Confirmation: Confirmed ; Classification: Medical ; Code: 82725 ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |
| Peripheral neuropathy (SNOMED CT :2870944013 ) | Name of Problem: Peripheral neuropathy ; Recorder: JONES, KARLEY R RN; Confirmation: Confirmed ; Classification: Medical ; Code: 2870944013 ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |

Diagnoses(Active)

| | |
|---|---|
| Fall | Date: 09/05/2024 ; Diagnosis Type: Reason For Visit ; Confirmation: Complaint of ; Clinical Dx: Fall ; Classification: Medical ; Clinical Service: Non-Specified ; Code: .PNED ; Probability: 0 ; Diagnosis Code: 972DCDB6-6058-47E5-9321-44B9DBFE0EC6 |
| Multiple fractures of ribs, right side, initial encounter for closed fracture | Date: 09/05/2024 ; Diagnosis Type: Discharge ; Confirmation: Confirmed ; Clinical Dx: Multiple fractures of ribs, right side, initial encounter for closed fracture ; Classification: Medical ; Code: ICD-10-CM ; Probability: 0 ; Diagnosis Code: S22.41XA |
| Right pneumothorax | Date: 09/05/2024 ; Diagnosis Type: Discharge ; Confirmation: Confirmed ; Clinical Dx: Right pneumothorax ; Classification: Medical ; Code: ICD-10-CM ; Probability: 0 ; Diagnosis Code: J93.9 |
| Shoulder pain-swelling | Date: 09/05/2024 ; Diagnosis Type: Reason For Visit ; Confirmation: Complaint of ; Clinical Dx: Shoulder pain-swelling ; Classification: Medical ; Clinical Service: |

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY\<Page 77 of 160\>**

### 0064A-ACH Bayne-Jones-Johnson

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | |
| MRN: | 15315377000001 | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

---

### *Emergency Department Forms*

Non-Specified ; Code:  PNED ; Probability:  0 ; Diagnosis
Code:  F352900B-2088-4A52-BE97-C0FF272EF477

Allergies/Home Meds :  Document Allergies/Medications
Temperature Temporal Artery :  36.8 Deg C(Converted to: 98.2 Deg F)
AVPU :  Alert and responsive
Blood Pressure
Systolic / Diastolic :  127 mmHg
Blood Pressure
Systolic / Diastolic :  83 mmHg
Peripheral Pulse Rate :  53 bpm (LOW)
Resp Rate :  18 br/min
O2 Sat :  100 %
DVPRS Pain Scale :  10 - As bad as it could be, nothing else matters
DVPRS Pain Score :  10
Oxygenation :  Room air
Weight Measured or Estimated? :  Estimated
Weight Estimated :  58.9 kg(Converted to: 129 lb 14 oz)
Complete CSSRS? :  Yes
1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up? :  No
2. Over the past month have you had any actual thoughts of killing yourself? :  No
7. In your lifetime, have you ever done anything, started to do anything or prepared to do anything to end your life (for
example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)? :  No
Below fields are populated based off of above documentation and are view only
Positive Screen indicates a "YES" response to question(s) 3, 4, 5, or 8 :  0
CSSRS Screen Outcome :  Negative: no further assessment but defer to clinical management as indicated
Presented to ED/UC because of falls :  Yes
Altered mental status
Intoxication with alcohol or substance confusion :  No
Impaired mobility:
Ambulates or transfers with assistive devices or assistance;
Unable to ambulate or transfer :  No
Nurse Judgement :  Yes

JONES, KARLEY R RN - 09/05/24 08:27 CDT

DCP GENERIC CODE
Tracking Group :  ED 0064-BJACH Tracking Group
Tracking Acuity :  3 - Urgent

JONES, KARLEY R RN - 09/05/24 08:27 CDT

Pregnancy Status :  N/A
ED CSSRS Q7 Documentation :  No
ED CSSRS Q2 Documentation :  No

JONES, KARLEY R RN - 09/05/24 08:27 CDT

Allergies/Meds

(As Of: 09/05/24 08:47:40 CDT)

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Report Request ID:  701955628                Page 3 of 8                Print Date/Time:  9/12/2024 08:04 CDT

### CERTIFIED COPY<Page 78 of 160>

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male      9/18/1943      80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

## *Emergency Department Forms*

**Allergies (Active)**

No Known Medication Allergies    Estimated Onset Date:  Unspecified ; Created By:  JONES, KARLEY R RN; Reaction Status:  Active ; Category:  Drug ; Substance:  No Known Medication Allergies ; Type:  Allergy ; Updated By:  JONES, KARLEY R RN; Source:  Patient ; Reviewed Date:  09/05/24 08:46 CDT

**Medication List**

(As Of: 09/05/24 08:47:40 CDT)

Prescription/Discharge Order

atorvastatin 40 mg tablet    :  atorvastatin 40 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  atorvastatin 40 mg tablet ; Simple Display Line: See Instructions, 90 EA, 3 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code:  atorvastatin ; Order Dt/Tm:  06/27/24 10:08:14 CDT

docusate sodium 100 mg capsule    :  docusate sodium 100 mg capsule ; Status:  Prescribed ; Ordered As Mnemonic:  docusate sodium 100 mg capsule ; Simple Display Line:  See Instructions, 180 EA, 3 Refill(s) ; Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog Code:  docusate ; Order Dt/Tm:  06/27/24 10:04:52 CDT

metoprolol succinate ER 25 mg/24 hour tablet    :  metoprolol succinate ER 25 mg/24 hour tablet ; Status: Prescribed ; Ordered As Mnemonic:  metoprolol succinate ER 25 mg/24 hour tablet ; Simple Display Line:  See Instructions, 45 EA, 3 Refill(s) ; Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog Code:  metoprolol ; Order Dt/Tm:  06/27/24 10:05:47 CDT

ticagrelor 90 mg tablet    :  ticagrelor 90 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  Brilinta 90 mg tablet ; Simple Display Line:  See Instructions, 180 EA, 3 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code:  ticagrelor ; Order Dt/Tm:  06/27/24 10:07:16 CDT

cyanocobalamin 1000 mcg/mL inj [1mL]    :  cyanocobalamin 1000 mcg/mL inj [1mL] ; Status:  Prescribed ; Ordered As Mnemonic:  cyanocobalamin 1000 mcg/mL inj-vial [1mL] ; Simple Display Line:  See Instructions, 3 mL, 3 Refill(s) ; Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog Code:  cyanocobalamin ; Order Dt/Tm:  03/21/24 11:16:18 CDT

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**0064A-ACH Bayne-Jones-Johnson**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | |
| MRN: | 15315377000001 | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943  80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

| *Emergency Department Forms* |
|---|

ticagrelor 90 mg tablet
: ticagrelor 90 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: Brilinta 90 mg tablet ; Simple Display Line: 90 mg, Oral, BID, 180 EA, 1 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code: ticagrelor ; Order Dt/Tm: 03/21/24 11:15:19 CDT

vibegron 75 mg tablet
: vibegron 75 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: Gemtesa 75 mg tablet ; Simple Display Line: See Instructions, 90 EA, 3 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code: vibegron ; Order Dt/Tm: 03/21/24 11:17:05 CDT

atorvastatin 40 mg tablet
: atorvastatin 40 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: atorvastatin 40 mg tablet ; Simple Display Line: See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code: atorvastatin ; Order Dt/Tm: 03/05/24 09:39:10 CST

docusate sodium 100 mg capsule
: docusate sodium 100 mg capsule ; Status: Prescribed ; Ordered As Mnemonic: docusate sodium 100 mg capsule ; Simple Display Line: See Instructions, 60 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code: docusate ; Order Dt/Tm: 03/05/24 09:38:22 CST

metoprolol succinate ER 25 mg/24 hour tablet
: metoprolol succinate ER 25 mg/24 hour tablet ; Status: Prescribed ; Ordered As Mnemonic: metoprolol succinate ER 25 mg/24 hour tablet ; Simple Display Line: See Instructions, 15 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code: metoprolol ; Order Dt/Tm: 03/05/24 09:37:12 CST

pantoprazole EC 40 mg tablet
: pantoprazole EC 40 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: pantoprazole EC 40 mg tablet ; Simple Display Line: See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code: pantoprazole ; Order Dt/Tm: 03/05/24 09:35:13 CST

tiZANidine 4 mg tablet
: tiZANidine 4 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: tiZANidine 4 mg tablet ; Simple Display Line: See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code: tiZANidine ; Order Dt/Tm: 03/05/24 09:40:05 CST

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 80 of 160>**

ACH BJJ-00081

015-080

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Emergency Department Forms*

ciprofloxacin 500 mg tablet
:  ciprofloxacin 500 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  ciprofloxacin 500 mg tablet ; Simple Display Line: 500 mg, Oral, every 12 hr, 28 EA, 0 Refill(s) ; Ordering Provider:  WEBB, RENICK P, MD; Catalog Code:  ciprofloxacin ; Order Dt/Tm:  01/30/24 15:00:21 CST

tamsulosin 0.4 mg capsule
:  tamsulosin 0.4 mg capsule ; Status:  Prescribed ; Ordered As Mnemonic:  tamsulosin 0.4 mg capsule ; Simple Display Line: 0.4 mg, Oral, 90 EA, 3 Refill(s) ; Ordering Provider:  KWOK, CHUEN K, M.D.; Catalog Code:  tamsulosin ; Order Dt/Tm: 01/30/24 15:01:41 CST

**Home Meds**

eszopiclone
:  eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  01/09/22 02:18:31 CST ; Comment:  HX SIG - FOR REFERENCE ONLY:

gabapentin
:  gabapentin ; Status:  Documented ; Ordered As Mnemonic: gabapentin 300 mg oral capsule ; Catalog Code:  gabapentin ; Order Dt/Tm:  12/14/21 15:30:00 CST ; Comment:  HX SIG - FOR REFERENCE ONLY: TAKE TWO CAPSULES BY MOUTH THREE TIMES A DAY, Oral

tizanidine
:  tizanidine ; Status:  Documented ; Ordered As Mnemonic: tiZANidine 4 mg oral tablet ; Catalog Code:  tiZANidine ; Order Dt/Tm:  12/14/21 19:06:00 CST ; Comment:  HX SIG - FOR REFERENCE ONLY: TAKE ONE-HALF TO 1 TABLET BY MOUTH AT BEDTIME, Oral

eszopiclone
:  eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  11/06/21 18:06:34 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY:

aspirin
:  aspirin ; Status:  Documented ; Ordered As Mnemonic: aspirin 81 mg oral delayed release tablet ; Catalog Code: aspirin ; Order Dt/Tm:  08/24/21 19:17:00 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

### 0064A-ACH Bayne-Jones-Johnson

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male   9/18/1943   80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

```
┌─────────────────────────────────────────────────────────────────────────┐
│                    Emergency Department Forms                             │
└─────────────────────────────────────────────────────────────────────────┘
```

pantoprazole
: pantoprazole ; Status: Documented ; Ordered As Mnemonic: pantoprazole 40 mg oral delayed release tablet ; Catalog Code: pantoprazole ; Order Dt/Tm: 08/24/21 19:17:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral

simvastatin
: simvastatin ; Status: Documented ; Ordered As Mnemonic: simvastatin 40 mg oral tablet ; Catalog Code: simvastatin ; Order Dt/Tm: 08/24/21 19:16:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY WITH EVENING MEAL IN THE EVENING, Oral

eszopiclone
: eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 08/05/21 11:46:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY:

tamsulosin
: tamsulosin ; Status: Documented ; Ordered As Mnemonic: tamsulosin 0.4 mg oral capsule ; Catalog Code: tamsulosin ; Order Dt/Tm: 07/15/21 16:15:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE CAPSULE BY MOUTH DAILY, Oral

eszopiclone
: eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 04/17/21 17:24:56 CDT ; Comment: HX SIG - FOR REFERENCE ONLY:

eszopiclone
: eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 04/17/21 00:41:40 CDT ; Comment: HX SIG - FOR REFERENCE ONLY:

meclizine
: meclizine ; Status: Documented ; Ordered As Mnemonic: meclizine 25 mg oral tablet ; Catalog Code: meclizine ; Order Dt/Tm: 04/13/21 18:28:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED, Oral

eszopiclone
: eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 01/23/21 17:22:47 CST ; Comment: HX SIG - FOR REFERENCE ONLY:

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

### CERTIFIED COPY<Page 82 of 160>

### 0064A-ACH Bayne-Jones-Johnson

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

## *Emergency Department Forms*

eszopiclone
: eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  01/23/21 17:22:47 CST ; Comment:  HX SIG - FOR REFERENCE ONLY:

eszopiclone
: eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  01/08/21 19:51:17 CST ; Comment:  HX SIG - FOR REFERENCE ONLY:

eszopiclone
: eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  10/28/20 04:53:10 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY:

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

---

## CERTIFIED COPY<Page 83 of 160>

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 84 of 160

PageID #: 270
* Auth (Verified) *

15315377000001
125894459

Report Distributed    Transmitted    Dhane, George D    9/10/2024 11:54 AM CDT    699696330    0064_HIM (3373929440)    47    JORDAN, JENNIFER

ACH BJJ-00085

Sep/10/2024 11:45:43 AM    3373929440->3375313177                                    1/1

3373929440 ⌐                                                            11:49:38 a.m.    09-10-2024    1/1

All portions of this form *must* be completed to constitute a valid authorization for release of health information · under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.

**ROI**

| Patient's Name) | | Date of Birth | Medical Record Number |
|---|---|---|---|
| George Dhane | | 9-18-43 | |

| Address | City | State | Zip | Telephone Number | Email Address |
|---|---|---|---|---|---|

I authorize the use and disclosure of health information about me as described below:

| Facility Authorized to Release my Health Information | | Fax |
|---|---|---|
| ISACH | STAT | |

| Address | City | State | Zip | Telephone Number |
|---|---|---|---|---|

Agency or Individual(s) Authorized to Receive my Health Information
WEST LOUISIANA FAMILY PRACTICE - DR. LANDRUM                    Fax: 337 392-9440

| Address | City | State | Zip | Telephone Number |
|---|---|---|---|---|
| 1201 FERTITTA BLVD | LEESVILLE | LA | 71446 | 337 392-9438 |

Health Information that may be used / disclosed is limited to the following:

☑Discharge Summary  ☑History and Physical  ☐Consultation(s)  ☑Lab  ☐Progress Notes  ☐Emergency Room Record
☐Operative Note(s)  ☐Imaging/X-Ray Films  ☑X-Ray Reports  ☐Entire Record  ☐Pathology Report  ☐Fetal Heart Monitor Strips
Sensitive Information:  ☐Alcohol Abuse  ☐Drug Abuse  ☐Communicable diseases, including HIV status
☐Genetic Testing  ☐Psychiatric/Behavioral Diagnoses
☑Other (specify) CT Chest

Health Information that may be used / disclosed is limited to the following periods of healthcare:

| From (date): | To (date): | | Account Number: |
|---|---|---|---|
| From (date): | To (date): | | Account Number: |

Health Information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s):
☑Treatment/Consultation  ☐At Request of Patient  ☐Research  ☐Marketing  ☐Billing or Claims Payment
☐At Request of Employer  ☐Other

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information" may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, including Sensitive Information as indicated above, which was compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

If no specific date or event is noted below, this authorization will automatically *expire 60 days* after the date of signature. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

| Patient's Signature or Legal Representative | | Date/Time |
|---|---|---|
| T. Landrum PCP | | 9-10-24 |

| Relationship To Patient / Authority to Act on Patient's Behalf | Interpreter, If Utilized | Date/Time |
|---|---|---|
| SELF / PARENT / POA -- | | |

| Witness Signature | Date/Time | Expiration Date or Event |
|---|---|---|

☐ *Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.*
☐Electronic copy requested.

Authorization/Request for Health Information-
Release (iPDF)
HIM-6401
(Revised 11/10, 02/12, 05/14, 08/14, 04/15, 09/16, 04/17, 01/18)

Patient Label

BYRD REGIONAL HOSPITAL

**CERTIFIED COPY<Page 85 of 160>**

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

ED/UC Note Provider
10/1/2024 20:01 CDT
Auth (Verified)
JOSEPH,LISA A,NP (10/1/2024 20:01 CDT)
JOSEPH,LISA A,NP (10/1/2024 20:01 CDT)

## 0064A-ACH Bayne-Jones-Johnson
Emergency Medicine
1585 3RD Street, Fort Johnson, LA 71459
Phone: (337) 531-3118

### Basic Information
**Time Seen:**
JOSEPH, LISA A, NP  10/01/2024 15:07

#### Chief Complaint
81 y/o male was assaulted in the pharmacy 3 wks ago. He had 3 broken ribs and a
pneumothorax.  He has a wound on the right back that needs a drsg change.

### Assessment/Plan
1. Change of nonsurgical wound dressing done
Ordered:
Discharge Patient

### History of Present Illness
81-year-old male patient comes to the ER requesting dressing change right upper back
wound, according to the patient he was assaulted 3 weeks ago near the pharmacy
developed a pneumothorax and collapsed to the lungs, patient is state main concern visit
in the ER at today's dressing change on the wound right upper back, deny other concerns

### Review of Systems
General: no fever, no chills, no body aches

Head: no headache

Eyes: no pain, no drainage, no changes in vision

Ears: no pain, no tinnitus, no muffled hearing

Nose: no drainage

Throat: no dental issues, no sore throat, no pain or difficulty with swallowing

Neck: no pain, no stiffness, no adenopathy

Chest: no cough, no congestion, no shortness of breath

### Diagnostic Results
No qualifying data available.
ECG
POC Ultrasound

### Consults
No Consult orders placed.

### Problem List/Past Medical History
Ongoing
    Angioplasty
    Change of nonsurgical wound dressing
    done
    COPD (Chronic Obstructive Pulmonary
    Disease) Assessment Test scale
    Coronary artery disease
    Hypertension
    Peripheral neuropathy
Historical
    No qualifying data

### Procedure/Surgical History
- Angioplasty
- Coronary artery stent
- Gastric bypass
- Hernia repair
- Neck

### Allergies
No Known Medication Allergies

### Social History
Alcohol
    Use: Current (Last 12 months). Frequency:
    Monthly or less.. 10/01/2024
Read Only: ILER Critical Exposures

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 86 of 160>

ACH BJJ-00087                                    015-086

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

CV: no chest pain, no palpitations, no leg swelling

GI: no abdominal pain, no nausea, no vomiting, no diarrhea, no constipation

GU: no dysuria, no hematuria, no flank pain

MSK: no joint pain, no injuries

Neuro: no loss of consciousness, no weakness

Skin: no rashes or lesions, Report of wound right upper back

### Physical Exam

Vitals & Measurements
**T:** 36.4 °C (Oral) **HR:** 71(Peripheral) **RR:** 15 **BP:** 104/71 **SpO2:** 96%
**WT:** 62.30 kg(Dosing) **WT:** 62.3 kg(Measured)

Vitals: reviewed. Nurse triage notes reviewed.

General: well appearing in no acute distress.

Head: atraumatic.

Neck: no tenderness. Normal range of motion.

Respiratory: lungs clear to auscultation with no abnormal sounds.

Cardiac: regular rate and rhythm. No murmurs. Pulses equal bilaterally. No edema.

GI: non tender, non-distended. Bowel sounds present in all quadrants. No masses.

MSK: moves all extremities.

Neuro: AAOx3. Responds to commands appropriately. Equal strength bilaterally.

Skin: no lesions, no rashes, Right upper back 1 cm round open wound With the dry scaly skin around it, no extending signs of infection noted, , Wound well healing

Differential diagnosis: Cellulitis, abscess,

### Medical Decision Making
Patient comes to the ER for requesting dressing change right upper back, patient concerned about the dry scaly skin, no extending signs of infection, wound well healing, patient has ointment For wound prescribed from Lafayette Hospital, Dressing changed in the ER, plan is to discharge patient home to continue with the home medication and follow up with the PCP or return to ER for any concerns or worsening symptoms , Patient verbalized understanding

Exposure Pathway Count 0. Industrial Hygiene Count 0. Registries Count 1. Health Assessments Count 0. Incidents Count 0. Deployments Count 0. Individual Monitoring Count 0., 10/01/2024
Tobacco
Cigarette use: Former-cigarette user. Total years of smoking cigarettes: 43. Other Tobacco use: Never-other tobacco user (not cigarettes)., 10/01/2024

### Family History
No family history documented

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 87 of 160>

ACH BJJ-00088                                    015-087

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

**Patient Education**

MEDIHONEY - Wound Dressing (CUSTOM)

**Follow Up**

| With | When | Contact Information |
|---|---|---|
| Return to Emergency Department | | |
| Additional Instructions: Return to ER for any concerns or worsening symptoms | | |
| Follow-up with primary care manager | | |
| Additional Instructions: | | |

**Medication Reconciliation**

Unchanged

**aspirin (aspirin 81 mg oral delayed release tablet)**
**atorvastatin (atorvastatin 40 mg tablet)**See Instructions. Refills: 3.
**atorvastatin (atorvastatin 40 mg tablet)**See Instructions. Refills: 2.
**ciprofloxacin (ciprofloxacin 500 mg tablet)**500 Milligrams Oral (given by mouth) every 12 hours. Refills: 0.
**cyanocobalamin (cyanocobalamin 1000 mcg/mL inj-vial [1mL])**See Instructions. Refills: 3.
**docusate (docusate sodium 100 mg capsule)**See Instructions. Refills: 2.
**docusate (docusate sodium 100 mg capsule)**See Instructions. Refills: 3.
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**eszopiclone (eszopiclone 3 mg oral tablet)**
**gabapentin (gabapentin 300 mg oral capsule)**
**meclizine (meclizine 25 mg oral tablet)**
**metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)**See Instructions. Refills: 2.
**metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)**See Instructions. Refills: 3.
**pantoprazole (pantoprazole 40 mg oral delayed release tablet)**
**pantoprazole (pantoprazole EC 40 mg tablet)**See Instructions. Refills: 2.
**simvastatin (simvastatin 40 mg oral tablet)**
**tamsulosin (tamsulosin 0.4 mg capsule)**0.4 Milligrams Oral (given by mouth). Refills: 3.
**tamsulosin (tamsulosin 0.4 mg oral capsule)**
**ticagrelor (Brilinta 90 mg tablet)**90 Milligrams Oral (given by mouth) 2 times a day. Refills: 1.
**ticagrelor (Brilinta 90 mg tablet)**See Instructions. Refills: 3.
**tiZANidine (tiZANidine 4 mg oral tablet)**

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 88 of 160>**

ACH BJJ-00089                    015-088

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

**tiZANidine (tiZANidine 4 mg tablet)**See Instructions. Refills: 2.
**vibegron (Gemtesa 75 mg tablet)**See Instructions. Refills: 3.

Electronically signed on: 10/01/2024 20:01 CDT

LISA A JOSEPH
NP

| Document Type: | ED/UC Clinical Summary |
|---|---|
| Service Date/Time: | 10/1/2024 15:47 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | SEAMAN,COLLIN R RN (10/1/2024 15:47 CDT) |
| Sign Information: | SEAMAN,COLLIN R RN (10/1/2024 15:47 CDT) |

**ED/UC Clinical Summary**

# Patient Information

**Name:** Dhane, George D
**Sex:** Male
**Marital Status:** Married
**MRN:** 15315377000001
**Visit Reason:** UC - Surgical
Dressing Change; Wound care

**Age:** 81 Years
**Language:**
**Phone:** +   3372397433
**Acct#** 125894459
**Acuity:** 5 - Non-Urgent

**DOB:** 09/18/1943
**PCP:**
**Med Service:** Emergency Medicine
**Arrival:** 10/01/24 15:05:25
**LOS:** 000 00:42

**Address:**

367 TONY ST ANACOCO LA 714033203

**Diagnosis:**

1:Change of nonsurgical wound dressing done

**Medications Administered:**

**Radiology Orders:**

**Laboratory Orders:**

**Lab and Rad:**
**Laboratory or Other Results This Visit** (last charted value for your 10/01/2024 visit)
  No Laboratory or Other Results This Visit

**Medications:**

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT | |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT | |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | | |

---

### *Emergency Documentation*

---

## PROVIDER INFORMATION

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| JOSEPH, LISA A, NP | ED Provider | 10/01/24 15:07:45 | |

**Attending Physician:**

JOSEPH, LISA A, NP

**Admit Doc:**

**Consulting Doc:**

## VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Temp Oral | 36.4 Deg C | 36.4 Deg C |
| Temp Temporal | | |
| Temp Intravascular | | |
| Temp Axillary | | |
| Temp Rectal | | |
| 02 Sat | 96 % | 96 % |
| Respiratory Rate | 15 br/min | 15 br/min |
| Peripheral Pulse Rate | 71 bpm | 71 bpm |
| Apical Heart Rate | | |
| Blood Pressure | 104 mmHg / 71 mmHg | 104 mmHg / 71 mmHg |

### Allergies
No Known Medication Allergies

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 90 of 160>**

ACH BJJ-00091                                                    015-090

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

### Immunizations
No Immunizations Documented This Visit

## DISCHARGE INFORMATION

**Discharge Disposition:** Home or Self Care

**Discharge Location:**

**Discharge Date and Time:**   10/01/24 15:47:00

**ED Checkout Date and Time:**   10/01/24 15:47:00

## DEPART REASON INCOMPLETE INFORMATION

| Depart Action | Incomplete Reason |
|---|---|
| Diagnosis | MD Decision to leave incomplete |
| Patient Education | MD Decision to leave incomplete |
| Follow-up Date | MD Decision to leave incomplete |

### Problems
#### Active
Change of nonsurgical wound dressing done
Angioplasty
Hypertension
COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale
Peripheral neuropathy
Coronary artery disease

### Smoking Status
Former-cigarette user

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 91 of 160>**

ACH BJJ-00092                                          015-091

0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

## PATIENT EDUCATION INFORMATION

**Instructions:**

**Follow up:**

Document Type:                                         ED/UC Patient Summary
Service Date/Time:                                     10/1/2024 15:47 CDT
Result Status:                                          Auth (Verified)
Perform Information:                                   SEAMAN,COLLIN R RN (10/1/2024 15:47 CDT)
Sign Information:                                       SEAMAN,COLLIN R RN (10/1/2024 15:47 CDT)

### ED/UC Patient Summary
**Name**: Dhane, George D                    **Current Date**: 10/01/24 15:47:49 America/Chicago
**DOB**: 09/18/1943              **MRN**: 15315377000001                **FIN**: 125894459
**Reason for Visit**: UC - Surgical Dressing Change; Wound care
**Diagnosis**: 1:Change of nonsurgical wound dressing done

**Visit Date**: 10/01/24 15:05:25 America/Chicago
**Address**: 367 TONY ST ANACOCO LA 714033203
**Phone**: +    3372397433

**Primary Care Provider**:
   **Name**:
   **Phone**:

**Emergency Department Providers**:
**Primary Physician:**
   JOSEPH, LISA A

Thank you for allowing us to assist you with your healthcare needs. The following instructions include patient education materials and information regarding your injury/illness. As a reminder, all the information from your visit today can be found in the MHS Genesis patient portal. Please go to https://patientportal.mhsgenesis.health.mil

**Comment:**

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Report Request ID:  826595736                    Page 35 of 43                    Print Date/Time:  2/21/2025 10:59 CST

## CERTIFIED COPY<Page 92 of 160>

ACH BJJ-00093                                        015-092

| Patient Name: | **Dhane, George D** | | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

Dhane, George D has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Allergies:**
No Known Medication Allergies

**Medication Information:**
If you have been instructed to stop taking or to alter the dosage of a medication, please ensure you follow up with your primary care provider to inform them of any changes. Unless otherwise noted, please continue to take medications as prescribed and/or managed by your primary care provider prior to your emergency room visit. Any specific questions regarding your usual medications and dosages should be discussed with your primary care provider and pharmacist.

### Medications that have not changed

#### Other Medications

**aspirin (aspirin 81 mg oral delayed release tablet)** , HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral
Last Dose:_____

**atorvastatin (atorvastatin 40 mg tablet)** See Instructions. Refills: 3.
Last Dose:_____

**atorvastatin (atorvastatin 40 mg tablet)** See Instructions. Refills: 2.
Last Dose:_____

**ciprofloxacin (ciprofloxacin 500 mg tablet)** 500 Milligrams Oral (given by mouth) every 12 hours. Refills: 0.
Last Dose:_____

**cyanocobalamin (cyanocobalamin 1000 mcg/mL inj-vial [1mL])** See Instructions. Refills: 3.
Last Dose:_____

**docusate (docusate sodium 100 mg capsule)** See Instructions. Refills: 2.
Last Dose:_____

**docusate (docusate sodium 100 mg capsule)** See Instructions. Refills: 3.
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 93 of 160>**

ACH BJJ-00094

015-093

0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**eszopiclone (eszopiclone 3 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

**gabapentin (gabapentin 300 mg oral capsule)** , HX SIG - FOR REFERENCE ONLY: TAKE TWO
CAPSULES BY MOUTH THREE TIMES A DAY, Oral
Last Dose:_____

**meclizine (meclizine 25 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY
MOUTH FOUR TIMES A DAY AS NEEDED, Oral
Last Dose:_____

**metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)** See Instructions. Refills: 2.
Last Dose:_____

**metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)** See Instructions. Refills: 3.
Last Dose:_____

**pantoprazole (pantoprazole 40 mg oral delayed release tablet)** , HX SIG - FOR REFERENCE ONLY:
TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral
Last Dose:_____

**pantoprazole (pantoprazole EC 40 mg tablet)** See Instructions. Refills: 2.
Last Dose:_____

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

ACH BJJ-00095                                        015-094

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): |

## Emergency Documentation

**simvastatin (simvastatin 40 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY
MOUTH ONCE A DAY WITH EVENING MEAL IN THE EVENING, Oral
Last Dose:_____

**tamsulosin (tamsulosin 0.4 mg capsule)** 0.4 Milligrams Oral (given by mouth). Refills: 3.
Last Dose:_____

**tamsulosin (tamsulosin 0.4 mg oral capsule)** , HX SIG - FOR REFERENCE ONLY: TAKE ONE CAPSULE
BY MOUTH DAILY, Oral
Last Dose:_____

**ticagrelor (Brilinta 90 mg tablet)** 90 Milligrams Oral (given by mouth) 2 times a day. Refills: 1.
Last Dose:_____

**ticagrelor (Brilinta 90 mg tablet)** See Instructions. Refills: 3.
Last Dose:_____

**tiZANidine (tiZANidine 4 mg oral tablet)** , HX SIG - FOR REFERENCE ONLY: TAKE ONE-HALF TO 1
TABLET BY MOUTH AT BEDTIME, Oral
Last Dose:_____

**tiZANidine (tiZANidine 4 mg tablet)** See Instructions. Refills: 2.
Last Dose:_____

**vibegron (Gemtesa 75 mg tablet)** See Instructions. Refills: 3.
Last Dose:_____

**Major Tests:**
The following tests were performed during your ED visit.
**Laboratory or Other Results This Visit** (last charted value for your 10/01/2024 visit)
　No Laboratory or Other Results This Visit

Upcoming appointments:

**Comment:**

I, Dhane, George D, has been given the following list of patient education materials, prescriptions, and follow up instructions and has
verbalized understanding:

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 95 of 160>

ACH BJJ-00096　　　　　　　　　　015-095

0064A-ACH Bayne-Jones-Johnson

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Documentation*

Patient (or Guardian) Signature  10/01/24 15:47:49

Provider Signature          10/01/24 15:47:49

Document Type:                          ED/UC Patient Education Note
Service Date/Time:                      10/1/2024 15:47 CDT
Result Status:                          Modified
Perform Information:                    SEAMAN,COLLIN R RN (10/1/2024 15:47 CDT)
Sign Information:                       SEAMAN,COLLIN R RN (10/1/2024 15:47 CDT); JOSEPH,
                                        LISA A,NP (10/1/2024 15:47 CDT)

**ED/UC Patient Education Note**

## *Emergency Department Forms*

**ED/UC Disposition Documentation Entered On:  10/01/24 15:47 CDT**
**Performed On:  10/01/24 15:42 CDT by SEAMAN, COLLIN R RN**

**Disposition Documentation**
*ED Discharged to :*  Home with Self Care/Family
*FCT Visit Types :*  Standard ED Encounter
*ED Discharge Documentation :*  Open Discharge Documentation

SEAMAN, COLLIN R RN - 10/01/24 15:42 CDT

**Discharge**
*Discharged to care of :*  Self
*Mode of Discharge :*  Ambulatory
*Discharge Transportation :*  Private vehicle
*Individuals Taught :*  Patient
*Teaching Method - ED :*  Written/printout
*Barriers to Learning :*  None evident

SEAMAN, COLLIN R RN - 10/01/24 15:42 CDT

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 96 of 160>**

ACH BJJ-00097

015-096

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Department Forms*

**ED/UC Screening and Patient History Entered On:  10/01/24 15:22 CDT**
**Performed On:  10/01/24 15:11 CDT by LEE, KEITH J RN**

**ED/UC Screening and Patient History**
*Smoking Status :*  Open smoking status documentation
*Procedure History :*  Open procedure history documentation
*Languages :*  English

LEE, KEITH J RN - 10/01/24 15:11 CDT

**Procedure/Surgical History**

Procedure History

(As Of: 10/01/24 15:22:16 CDT)

*Anesthesia Minutes:*  0 ; *Procedure Name:*  Hernia repair ;
*Procedure Minutes:*  0

*Anesthesia Minutes:*  0 ; *Procedure Name:*  Angioplasty ;
*Procedure Minutes:*  0

*Anesthesia Minutes:*  0 ; *Procedure Name:*  Gastric bypass ;
*Procedure Minutes:*  0 ; *Last Reviewed Dt/Tm:*  10/01/24
15:20:31 CDT

*Anesthesia Minutes:*  0 ; *Procedure Name:*  Neck ; *Procedure
Minutes:*  0 ; *Comments:*  10/01/2024 15:21 CDT - LEE,
KEITH J RN  neck repair with plates and screws ; *Last
Reviewed Dt/Tm:*  10/01/24 15:21:19 CDT

*Anesthesia Minutes:*  0 ; *Procedure Name:*  Coronary artery
stent ; *Procedure Minutes:*  0 ; *Comments:*  10/01/2024 15:22
CDT - LEE, KEITH J RN  8 total stents ; *Last Reviewed Dt/Tm:*
10/01/24 15:22:07 CDT

**Social History**
Social History

(As Of: 10/01/24 15:22:16 CDT)

Tobacco:

Cigarette use: Former-cigarette user.  Total years of smoking
cigarettes: 43.  Other Tobacco use: Never-other tobacco user

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 97 of 160>**

ACH BJJ-00098                                        015-097

**0064A-ACH Bayne-Jones-Johnson**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | | |
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

---

## *Emergency Department Forms*

(not cigarettes).   (Last Updated: 10/01/24 15:19:34 CDT by
LEE, KEITH J RN)

Alcohol:

Use: Current (Last 12 months). Frequency: Monthly or less.
(Last Updated: 10/01/24 15:19:48 CDT by LEE, KEITH J RN)

Read Only: ILER Critical
Exposures:

Exposure Pathway Count 0.  Industrial Hygiene Count 0.
Registries Count 1.  Health Assessments Count 0.  Incidents
Count 0.  Deployments Count 0.  Individual Monitoring Count 0.
 (Last Updated: 10/01/24 20:06:10 UTC by SYSTEM, SYSTEM
Cerner, Cerner Managed Acct)

---

**ED/UC Triage Entered On: 10/01/24 15:18 CDT**
**Performed On: 10/01/24 15:11 CDT by LEE, KEITH J RN**

**ED/UC Triage**
*Mode of Arrival :*  Private vehicle
*Mode of Mobility :*  Walk
*Chief Complaint :*  81 y/o male was assaulted in the pharmacy 3 wks ago. He had 3 broken ribs and a pneumothorax. He has
a wound on the right back that needs a drsg change.

LEE, KEITH J RN - 10/01/24 15:11 CDT
(As Of: 10/01/24 15:18:14 CDT)

Problems(Active)

| | |
|---|---|
| Angioplasty (SNOMED CT :2884393011 ) | *Name of Problem:*  Angioplasty ; *Recorder:*  JONES, KARLEY R RN; *Confirmation:*  Confirmed ; *Classification:*  Medical ; *Code:*  2884393011 ; *Contributor System:*  PowerChart ; *Last Updated:*  09/05/2024 13:03 CDT ; *Life Cycle Date:* 09/05/2024 ; *Life Cycle Status:*  Active ; *Vocabulary:*  SNOMED CT |
| COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale (SNOMED CT :3744961011 ) | *Name of Problem:*  COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale ; *Recorder:*  JONES, KARLEY R RN; *Confirmation:*  Confirmed ; *Classification:*  Medical ; *Code:*  3744961011 ; *Contributor System:*  PowerChart ; *Last Updated:*  09/05/2024 13:03 CDT ; *Life Cycle Date:* |

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 98 of 160>**

ACH BJJ-00099                                                        015-098

**0064A-ACH Bayne-Jones-Johnson**

| Patient Name: | **Dhane, George D** | | | | | |
|---|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Department Forms*

09/05/2024 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT

Coronary artery disease (SNOMED CT :AXQt/gEBk5Xll5I2rBELCg )
*Name of Problem:* Coronary artery disease ; *Recorder:* JONES, KARLEY R RN; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* AXQt/gEBk5Xll5I2rBELCg ; *Contributor System:* PowerChart ; *Last Updated:* 09/05/2024 13:02 CDT ; *Life Cycle Date:* 09/05/2024 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT

Hypertension (SNOMED CT :82725 )
*Name of Problem:* Hypertension ; *Recorder:* JONES, KARLEY R RN; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 82725 ; *Contributor System:* PowerChart ; *Last Updated:* 09/05/2024 13:03 CDT ; *Life Cycle Date:* 09/05/2024 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT

Peripheral neuropathy (SNOMED CT :2870944013 )
*Name of Problem:* Peripheral neuropathy ; *Recorder:* JONES, KARLEY R RN; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 2870944013 ; *Contributor System:* PowerChart ; *Last Updated:* 09/05/2024 13:03 CDT ; *Life Cycle Date:* 09/05/2024 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT

Diagnoses(Active)
UC - Surgical Dressing Change *Date:* 10/01/2024 ; *Diagnosis Type:* Reason For Visit ; *Confirmation:* Complaint of ; *Clinical Dx:* UC - Surgical Dressing Change ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* PNED ; *Probability:* 0 ; *Diagnosis Code:* AD897BF6-DC53-487A-8A10-AB2BA04C8376

*Temperature Oral :* 36.4 Deg C(Converted to: 97.5 Deg F)
*AVPU :* Alert and responsive
*Blood Pressure*
*Systolic / Diastolic :* 104 mmHg
*Blood Pressure*
*Systolic / Diastolic :* 71 mmHg
*Peripheral Pulse Rate :* 71 bpm
*Resp Rate :* 15 br/min
*O2 Sat :* 96 %
*DVPRS Pain Scale :* 8 - Awful, hard to do anything
*DVPRS Pain Score :* 8
*Weight Measured or Estimated? :* Measured

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 99 of 160>**

ACH BJJ-00100                                        015-099

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 10/1/2024 15:05 CDT |
| FIN: | 125894459 | | | Discharge: | 10/1/2024 15:47 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Department Forms*

*Weight Measured :*  62.3 kg(Converted to: 137 lb 6 oz)
*Complete CSSRS? :*  Yes
*1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up? :*  No
*2. Over the past month have you had any actual thoughts of killing yourself? :*  No
*7. In your lifetime, have you ever done anything, started to do anything or prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)? :*  No
*Below fields are populated based off of above documentation and are view only*
*Positive Screen indicates a "YES" response to question(s) 3, 4, 5, or 8 :*  0
*CSSRS Screen Outcome :*  Negative: no further assessment but defer to clinical management as indicated
*Presented to ED/UC because of falls :*  No
*Altered mental status*
*Intoxication with alcohol or substance confusion :*  No
*Impaired mobility:*
*Ambulates or transfers with assistive devices or assistance;*
*Unable to ambulate or transfer :*  No
*Nurse Judgement :*  No

LEE, KEITH J RN - 10/01/24 15:11 CDT

DCP GENERIC CODE
*Tracking Acuity :*  5 - Non-Urgent
*Tracking Group :*  ED 0064-BJACH Tracking Group

LEE, KEITH J RN - 10/01/24 15:11 CDT

*Pregnancy Status :*  N/A
*ED CSSRS Q7 Documentation :*  No
*ED CSSRS Q2 Documentation :*  No

LEE, KEITH J RN - 10/01/24 15:11 CDT

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

0064A-ACH Bayne-Jones-Johnson
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | Dhane, George D | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male    9/18/1943   81 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

## Administrative

This information has been disclosed to you from federal health records in accordance with an approved
written request. Unless you are the subject of the record, federal laws may prohibit you from making a further
disclosure of this record for a purpose other than why the information was provided to you. If this record contains
substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure
restrictions of those federal laws on individuals who are not the subject of the record apply.

**CERTIFIED COPY<Page 101 of 160>**

ACH BJJ-00102                                    015-101

337 289 7991                         Fax# 337 - 571 - 0495

## AUTHORIZATION FOR DISCLOSURE OF MEDICAL OR DENTAL INFORMATION

### PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974 (Public Law 93-579), the notice informs you of the purpose of the form and how it will be used. Please read it carefully.
**AUTHORITY:** Public Law 104-191; E.O. 9397 (SSAN); DoD 6025.18-R.
**PRINCIPAL PURPOSE(S):** This form is to provide the Military Treatment Facility/Dental Treatment Facility/TRICARE Health Plan with a means to request the use and/or disclosure of an individual's protected health information.
**ROUTINE USE(S):** To any third parties or the individual upon authorization as per your written authorization.
**DISCLOSURE:** Completely voluntary. Failure to sign the authorization form will result in the non-release of the protected health information.
This form will not be used for the authorization to disclose alcohol or drug abuse patient information from medical records or for authorization to disclose information from records of an alcohol or drug abuse treatment program. In addition, any use as an authorization to use or disclose psychotherapy notes may not be combined with another authorization except one to use or disclose psychotherapy notes.

### SECTION I - PATIENT DATA

| 1. NAME (Last, First, Middle Initial) | 2. DATE OF BIRTH (YYYYMMDD) | 3. DOD NUMBER OF PATIENT |
|---|---|---|
| Dhane, George | 1943 09 18 | 113102 8101 |

| 4. PERIOD OF TREATMENT: FROM - TO (YYYYMMDD) | 5. TYPE OF TREATMENT (X one) |
|---|---|
| 2024 09 05 | OUTPATIENT  INPATIENT  [X] BOTH |

### SECTION II - DISCLOSURE

6. I AUTHORIZE  Lafayette General Hospital LEP    (Name of Facility/MTF/MTA/TMA)AGENCY    TO RELEASE MY PATIENT INFORMATION TO:

a. NAME OF PERSON OR ORGANIZATION TO RECEIVE THE INFORMATION (Include Name, City, State and ZIP Code)
MEDICAL INFORMATION   Bayne Jones   Attn: PAD-IPR-ROI-Correspondence BJACH-CORR/IPR-531-3178
Community Hospital Bayne Jones   1585 Third Street

c. TELEPHONE (Include Area Code)   Fort Johnson, LA 71459 (Include Area Code)  337  531  3177

7. REASON FOR REQUEST/USE OF MEDICAL INFORMATION (X as applicable)

| PERSONAL USE | [X] CONTINUED MEDICAL CARE | SCHOOL | OTHER (Specify) |
|---|---|---|---|
| RETIREMENT | SEPARATION | VA | |

8. INFORMATION TO BE RELEASED
Images & reports from ER visit
all Records

For the following to be included, initial below to authorize disclosure:
___ Mental Health Clinical Records
_X_ Radiology Images

| 9. AUTHORIZATION START DATE (YYYYMMDD) | 10. AUTHORIZATION EXPIRATION | |
|---|---|---|
| 2024 12 11 | DATE (YYYYMMDD) 2025 12 11 | ACTION COMPLETED |

### SECTION III - RELEASE AUTHORIZATION

I understand that:
a  I have the right to revoke this authorization at any time. My revocation must be in writing and provided to the facility where my medical records are kept or to the TMA Privacy Officer if this is an authorization for information possessed by the TRICARE Health Plan rather than an MTF or DTF. I am aware that if I later revoke this authorization, the person(s) I herein name will have used and/or disclosed my protected information on the basis of this authorization.
b  If I authorize my protected health information to be disclosed to someone who is not required to comply with federal privacy protection regulations, then such information may be re-disclosed and would no longer be protected.
c  I have a right to inspect and receive a copy of my own protected health information to be used or disclosed, in accordance with the requirements of the federal privacy protection regulations found in the Privacy Act and 45 CFR s164.524.
d  The Military Health System (which includes the TRICARE Health Plan) may not condition treatment in MTFs/DTFs, payment by the TRICARE Health Plan, enrollment in the TRICARE Health Plan or eligibility for TRICARE Health Plan benefits on failure to obtain this authorization.
I request and authorize the named provider/treatment facility/TRICARE Health Plan to release the information described above to the named individual/organization indicated.

| 11. SIGNATURE OF PATIENT/PARENT/LEGAL REPRESENTATIVE | 12. RELATIONSHIP TO PATIENT (If applicable) | 13. DATE (YYYYMMDD) |
|---|---|---|
| Dhane | | 12/11/24 |

### SECTION IV - FOR STAFF USE ONLY

| 14. X IF APPLICABLE: | 15. ADDITIONAL COMMENTS | 16. DATE (YYYYMMDD) |
|---|---|---|
| COMPLETED | | |

17. PLEASE CHOOSE ONE METHOD OF DELIVERY:

PICK-UP DISC    MAIL-DISC    E-MAIL

ENTER A VALID E-MAIL ADDRESS BELOW:
E-MAIL:

18. Complete this portion only if patient does not have a DOD#
337 239 7433
patient# #
SPONSOR NAME:
SPONSOR RANK:
SPONSOR SSN:

IACH FORM 2870 (2023)

**CERTIFIED COPY<Page 102 of 160>**

Dhane, George D
9/18/1943
Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 103 of 160
PageID #:  289
* Auth (Verified) *
15315377000001
122161970

# AUTHORIZATION FOR DISCLOSURE OF MEDICAL OR DENTAL INFORMATION

## PRIVACY ACT STATEMENT

In accordance with the Privacy Act of 1974 (Public Law 93-579), the notice informs you of the purpose of the form and how it will be used. Please read it carefully.

**AUTHORITY:** Public Law 104-191; E.O. 9397 (SSAN); DoD 6025.18-R.
**PRINCIPAL PURPOSE(S):** This form is to provide the Military Treatment Facility/Dental Treatment Facility/TRICARE Health Plan with a means to request the use and/or disclosure of an individual's protected health information.
**ROUTINE USE(S):** To any third party or the individual upon authorization for the disclosure from the individual for: personal use; insurance; continued medical care; school; legal; retirement/separation; or other reasons.
**DISCLOSURE:** Voluntary. Failure to sign the authorization form will result in the non-release of the protected health information.

This form will not be used for the authorization to disclose alcohol or drug abuse patient information from medical records or for authorization to disclose information from records of an alcohol or drug abuse treatment program.  In addition, any use as an authorization to use or disclose psychotherapy notes may not be combined with another authorization except one to use or disclose psychotherapy notes.

## SECTION I - PATIENT DATA

| 1. NAME (Last, First, Middle Initial) Dhane, George D. | 2. DATE OF BIRTH (YYYYMMDD) 1943-09-18 | 3. SOCIAL SECURITY NUMBER Redacted |
|---|---|---|
| 4. PERIOD OF TREATMENT: FROM/ TO (YYYYMMDD) 2024  - DISCHARGE | 5. TYPE OF TREATMENT (X one) OUTPATIENT ☐  INPATIENT ☐  BOTH ☒ | |

## SECTION II - DISCLOSURE

**6. I AUTHORIZE** Bayne Jones Army Community Hospital *(Name of Facility/TRICARE Health Plan)*   **TO RELEASE MY PATIENT INFORMATION TO:**

| a. NAME OF PERSON OR ORGANIZATION TO RECEIVE MY MEDICAL INFORMATION  Bayne Jones Army Community Hospital /Self | b. ADDRESS (Street, City, State and ZIP Code) 1585 3rd Street, Bldg 285  Fort Johnson, LA 71459 |
|---|---|
| c. TELEPHONE (Include Area Code) (337) 531-3178 | d. FAX (Include Area Code) (337) 531-3177 |

**7. REASON FOR REQUEST/USE OF MEDICAL INFORMATION (X as applicable)**

| PERSONAL USE | ☒ CONTINUED MEDICAL CARE | SCHOOL | ☐ OTHER (Specify) |
|---|---|---|---|
| INSURANCE | RETIREMENT/SEPARATION | LEGAL | |

**8. INFORMATION TO BE RELEASED**   Last 6 months of records.
*ALL

| 9. AUTHORIZATION START DATE (YYYYMMDD) | 10. AUTHORIZATION EXPIRATION DATE (YYYYMMDD) | ☒ ACTION COMPLETED |
|---|---|---|

## SECTION III - RELEASE AUTHORIZATION

I understand that:
a. I have the right to revoke this authorization at any time.  My revocation must be in writing and provided to the facility where my medical records are kept or to the TMA Privacy Officer if this is an authorization for information possessed by the TRICARE Health Plan rather than an MTF or DTF.  I am aware that if I later revoke this authorization, the person(s) I herein name will have used and/or disclosed my protected information on the basis of this authorization.
b. If I authorize my protected health information to be disclosed to someone who is not required to comply with federal privacy protection regulations, then such information may be re-disclosed and would no longer be protected.
c. I have a right to inspect and receive a copy of my own protected health information to be used or disclosed, in accordance with the requirements of the federal privacy protection regulations found in the Privacy Act and 45 CFR §164.524.
d. The Military Health System (which includes the TRICARE Health Plan) may not condition treatment in MTFs/DTFs, payment by the TRICARE Health Plan, enrollment in the TRICARE Health Plan or eligibility for TRICARE Health Plan benefits on failure to obtain this authorization.
I request and authorize the named provider/treatment facility/TRICARE Health Plan to release the information described above to the named individual/organization indicated.

| 11. SIGNATURE OF PATIENT/PARENT/LEGAL REPRESENTATIVE | 12. RELATIONSHIP TO PATIENT (If applicable) Self | 13. DATE (YYYYMMDD) 2024-12-02 |
|---|---|---|

## SECTION IV - FOR STAFF USE ONLY (To be completed only upon receipt of written revocation)

| 14. X IF APPLICABLE AUTHORIZATION REVOKED | 15. REVOCATION COMPLETED BY | 16. DATE (YYYYMMDD) |
|---|---|---|

| 17. IMPRINT OF PATIENT IDENTIFICATION PLATE WHEN AVAILABLE  PLACE LABEL. | SPONSOR NAME: Dhane, George D.  SPONSOR RANK:  FMP/SPONSOR SSN:  BRANCH OF SERVICE: Unit Name: Retired  PHONE NUMBER: (337) 397 - 7434 |
|---|---|

**DD FORM 2870, DEC 2003**    Adobe Professional 8.0

---

**Fax Call Report**                    **HP Color LaserJet FlowMFP M681**
                                                            **Page 1**

---

Fax Header Information

BJACHPRO22691
3375313177
Sep/12/2024 8:36:24 AM

| Job | Date/Time | Type | Line | Identification | Duration | Pages | Result |
|-----|-----------|------|------|----------------|----------|-------|--------|
| 2294 | Sep/12/2024 8:35:56 AM | Send | Analog | 973372384514 | 00:24 | 0 | Busy |



**CERTIFIED COPY<Page 104 of 160>**

Sep/11/2024 3:41:39 PM     3373929440->3375313177                                    1/1

3373929440                                              03:45:30 p.m.   09-11-2024      1/1

All portions of this form *must* be completed to constitute a valid authorization for release of health information
under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank,
the authorization will be considered defective.                                                    *ROI*

| Patient's Name | | | | Date of Birth | Medical Record Number |
|---|---|---|---|---|---|
| George Dhane | | | | 9.18.43 | |
| Address | City | State | Zip | Telephone Number | Email Address |

I authorize the use and disclosure of health information about me as described below:

Facility Authorized to Release my Health Information:  STAT

| Address | City | | State | Zip | Telephone Number |
|---|---|---|---|---|---|
| | | | | | Fax: |

Agency or Individual(s) Authorized to Receive my Health Information
WEST LOUISIANA FAMILY PRACTICE - DR. LANDRUM                    Fax: 337 392-9440

| Address | City | State | Zip | Telephone Number |
|---|---|---|---|---|
| 1201 FERTITTA BLVD | LEESVILLE | LA | 71446 | 337 392-9438 |

Health Information that may be used / disclosed is limited to the following:

☐ Discharge Summary   ☑ History and Physical   ☐ Consultation(s)   ☐ Progress Notes   ☐ Emergency Room Record
☐ Operative Note(s)   ☐ Imaging/X-Ray Films   ☑ X-Ray Reports   ☑ Lab   ☐ Pathology Report
Sensitive Information:   ☐ Alcohol Abuse   ☐ Drug Abuse   ☐ Entire Record   ☐ Fetal Heart Monitor Strips
☐ Genetic Testing   ☐ Psychiatric/Behavioral Diagnoses   ☐ Communicable diseases, including HIV status
☑ Other (specify) CT Chest

Health Information that may be used / disclosed is limited to the following periods of healthcare:

| From (date): | To (date): | Account Number: |
|---|---|---|
| From (date): | To (date): | Account Number: |

Health Information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s):
☑ Treatment/Consultation   ☐ At Request of Patient   ☐ Research   ☐ Marketing   ☐ Billing or Claims Payment
☐ At Request of Employer   ☐ Other

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information"
may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims
which might arise from the release of information authorized herein, including Sensitive Information as indicated above, which was
compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no
longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an
expiration date or event does not apply.

If no specific date or event is noted below, this authorization will automatically *expire 60 days* after the date of signature. I understand
that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the
facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits
such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

| Patient's Signature or Legal Representative | Date/Time |
|---|---|
| Dr. Landrum PCP | 9-10-24 |

| Relationship to Patient / Authority to Act on Patient's Behalf | Interpreter, If Utilized | Date/Time |
|---|---|---|
| SELF / PARENT / POA -- | | |

| Witness Signature | Date/Time | Expiration Date or Event |
|---|---|---|

☐ Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.
☐ Electronic copy requested.

Authorization/Request for Health Information
Release (iPDF)
HIM-6401                                                Page 1 of 1
(Revised 11/10, 02/12, 05/14, 08/14, 04/15, 09/16, 04/17, 01/18)

BYRD REGIONAL HOSPITAL

337
DB 454

**CERTIFIED COPY<Page 105 of 160>**

Sep/11/2024 5:49:30 PM     3373929440->3375313177                                                    1/1

3373929440                                                                05:53:14 p.m.   09-11-2024    1/1

All portions of this form *must* be completed to constitute a valid authorization for release of health information
under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank,
the authorization will be considered defective.                                                      *ROI*

| Patient's Name | Date of Birth | Medical Record Number |
|---|---|---|
| George Dhane | 9/18 4/3 | |

| Address | City | State | Zip | Telephone Number | Email Address |
|---|---|---|---|---|---|

**I authorize the use and disclosure of health information about me as described below:**

| Facility Authorized to Release my Health Information | | Fax |
|---|---|---|
| Is.ArH   STAT | | |

| Address | City | State | Zip | Telephone Number |
|---|---|---|---|---|

**Agency or Individual(s) Authorized to Receive my Health Information**

| WEST LOUISIANA FAMILY PRACTICE - DR. LANDRUM | | | Fax: 337 392-9440 |
|---|---|---|---|

| Address | City | State | Zip | Telephone Number |
|---|---|---|---|---|
| 1201 FERTITTA BLVD | LEESVILLE | LA | 71446 | 337 392-9438 |

Health Information that may be used / disclosed is limited to the following:

☑Discharge Summary   ☐History and Physical   ☐Progress Notes   ☐Emergency Room Record
☐Operative Note(s)   ☐Imaging/X-Ray Films   ☑X-Ray Reports   ☐Pathology Report
☐Sensitive Information:   ☐Consultation(s)   ☑Lab   ☐Fetal Heart Monitor Strips
☐Genetic Testing   ☐Alcohol Abuse   ☐Drug Abuse   ☐Entire Record
☐Psychiatric/Behavioral Diagnoses   ☐Communicable diseases, including HIV status
☑Other (specify)  CT Chest  Got Pages 1-41  of 48 pages

Health Information that may be used / disclosed is limited to the following periods of healthcare:

| From (date): | To (date): | Account Number: |
|---|---|---|
| From (date): | To (date): | Account Number: |

Health Information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s):

☑Treatment/Consultation   ☐At Request of Patient   ☐Research   ☐Marketing   ☐Billing or Claims Payment
☐At Request of Employer   ☐Other

"Health Information" identifies you (the patient) by name, and includes other demographic information about you. "Health Information"
may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims
which might arise from the release of information authorized herein, including Sensitive Information as indicated above, which was
compiled during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no
longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an
expiration date or event does not apply.

If no specific date or event is noted below, this authorization will automatically *expire 60 days* after the date of signature. I understand
that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the
facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits
such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

| Patient's Signature or Legal Representative: | Date/Time: |
|---|---|
| DL Landrum  PcP | 9-10-24 |

| Relationship to Patient / Authority to Act on Patient's Behalf: | Interpreter, if Utilized | Date/Time |
|---|---|---|
| SELF / PARENT / POA — | | |

| Witness Signature | Date/Time | Expiration Date or Event |
|---|---|---|

☐*Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.
☐Electronic copy requested.

**Authorization/Request for Health Information-**
**Release (iPDF)**
HIM-6401                                      Page I of I
(Revised 11/10, 02/12, 05/14, 08/14, 04/15, 09/16, 04/17, 01/18)

BYRD REGIONAL HOSPITAL

**CERTIFIED COPY<Page 106 of 160>**

Flowsheet Print Request

Patient: Dhane, George D
MRN: 15315377000001                        Date Range: 09/05/2024 06:02 PDT - 09/13/2024 06:02 PDT

Printed by: JORDAN, JENNIFER
Printed on: 09/12/2024 08:02 CDT

| Event Date | Event | Result | Ref. Range | Status |
|---|---|---|---|---|
| 09/05/2024 11:37 CDT | WBC | 10.32 | (4.80 - 10.80) | |
| | RBC | 3.63 (L) | (4.70 - 6.10) | |
| | Hemoglobin | 10.80 (L) | (14.00 - 18.00) | |
| | Hematocrit | 33.50 (L) | (42.00 - 52.00) | |
| | MCV | 92 | (80 - 94) | |
| | MCH | 29.8 | (27.0 - 31.0) | |
| | MCHC | 32 (L) | (33 - 37) | |
| | RDW SD | 54.4 | | |
| | RDW CV | 16 | | |
| | Platelets | 236 | (130 - 400) | |
| | MPV | 9.10 | (0.10 - 10.20) | |
| | Neutrophil % Auto | 82 (H) | (44 - 78) | |
| | Lymphocyte % Auto | 8 (L) | (16 - 70) | |
| | Monocyte % Auto | 6.60 | (1.00 - 9.00) | |
| | Eosinophil % Auto | 2 | (0 - 5) | |
| | Basophil % Auto | 0 | (0 - 1) | |
| | Imm. Granulocyte % | 0 | | |
| | Neutro Absolute | 8.49 (H) | (2.11 - 8.42) | |
| | Lymph Absolute | 0.86 | (0.77 - 7.56) | |
| | Mono Absolute | 0.68 | (0.05 - 0.97) | |
| | Eos Absolute | 0.20 | (0.00 - 0.54) | |
| | Baso Absolute | 0.04 | (0.00 - 0.11) | |
| | Imm. Granulocyte Absolute | 0 | (0 - 0) | |
| | PT | 10.4 | (9.3 - 11.4) | |
| | PTT | 25.4 | (24.5 - 32.8) | |
| | INR | 1.0 | (0.1 - 20.0) | |
| | Sodium | 131 (L) | (136 - 145) | |
| | Potassium Lvl | 4.2 | (3.5 - 5.1) | |
| | Chloride | 98 | (98 - 107) | |
| | CO2 | 23 | (22 - 31) | |
| | AGAP | 10.0 | (5.0 - 16.0) | |
| | BUN | 16.8 | (8.4 - 25.7) | |
| | Creatinine Level | 0.77 | (0.72 - 1.25) | |
| | BUN/Creat Ratio | 22 | | |
| | eGFR CKD EPI | 90 * | | |
| | Glucose Lvl | 95 | (70 - 110) | |
| | Calcium | 9.1 | (8.8 - 10.0) | |
| | Protein Total | 6.50 | ( - <=8.30) | |
| | Albumin | 3.3 (L) | (3.9 - 4.9) | |
| | Bilirubin Total | 0.43 | (0.20 - 1.20) | |
| | Alk Phos | 100 | (42 - 144) | |
| | ALT | 13 | ( - <=37) | |
| | AST | 25 | (3 - 37) | |
| | Globulin | 3.2 | (2.4 - 3.5) | |
| | A/G Ratio | 1.0 | | |

**CERTIFIED COPY<Page 107 of 160>**

**0064A-ACH Bayne-Jones-Johnson**
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

## *Cardiology Procedures*

This information has been disclosed to you from federal health records in accordance with an approved
written request. Unless you are the subject of the record, federal laws may prohibit you from making a further
disclosure of this record for a purpose other than why the information was provided to you. If this record contains
substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure
restrictions of those federal laws on individuals who are not the subject of the record apply.

Report Request ID:  701955117               Page 1 of 2               Print Date/Time:  9/12/2024 08:03 CDT

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL     Document 61-14     Filed 10/16/25     Page 109 of 160
PageID #: 295

15315377000001
122161970

* Auth (Verified) *

Dhane, George D
9/18/1943

15315377000001
122161970

* Auth (Verified) *

**DHANE, GEORGE**
Male
09/18/1943 ( 80 Years )

| Vent. rate | 46 | BPM |
| PR interval | 206 | ms |
| QRS duration | 94 | ms |
| QT/QTc-Baz | 472/413 | ms |
| P-R-T axes | 84  -60  64 | |

**Patient ID: 1131028101**
Sinus bradycardia
Left anterior fascicular block
Inferior infarct , age undetermined
Abnormal ECG

09/05/2024 11:51:17

Dhane, George D
DOB: 09/18/1943     M / 80 yr
DOS: 09/05/2024
DoD ID: 1131028101
FIN: 122161970

NO STEMI VMC

SCANNED

Unconfirmed



COVIDIEN   Kendall          [                    ]          Printed in USA.

0064A

Page 2 of 2

Dhane, George D
9/18/1943
Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 110 of 160
15315377000001
122161970
PageID #: 296
* Auth (Verified) *

**0064A-ACH Bayne-Jones-Johnson**
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male    9/18/1943   80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Emergency Documentation*

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

ED/UC Note Provider
9/5/2024 12:39 CDT
Auth (Verified)
CAMACHO,VICTOR M,MD (9/5/2024 12:46 CDT)
CAMACHO,VICTOR M,MD (9/5/2024 12:46 CDT)

### 0064A-ACH Bayne-Jones-Johnson
Emergency Medicine
1585 3RD Street, Fort Johnson, LA 71459
Phone: (337) 531-3118

Basic Information
Time Seen:
CAMACHO, VICTOR M, MD  09/05/2024 08:30

Chief Complaint
Pt presents for altercation at pharmacy, reports he was standing in line and
was shoved by another individual. Presents with moderate sized skin tear to
right mid back with bruising present. C/o pain to right scapula/upper back
region worse with

Assessment/Plan
Orders:
CV Electrocardiogram
*Differential Automated
*Glomerular Filtration Rate, Estimated
CBC w/ Diff
Comprehensive Metabolic Panel
PT and INR
PTT
Wound Care Routine (Treatment Order)
CT Chest w/o Contrast
XR Ribs w/ PA Chest Bilateral

Medication Administration
Given
acetaminophen, 500 mg, Oral

Lab Results

| Automated Hematology | LATEST RESULTS |
|---|---|
| WBC | 10.32 |
| RBC | 3.83 Low |
| Hemoglobin | 10.60 Low |
| Hematocrit | 33.50 Low |
| MCV | 92 |
| MCH | 29.8 |
| MCHC | 32 Low |
| RDW SD | 54.4 |
| RDW CV | 16 |
| Platelets | 236 |

---

This information has been disclosed to you from federal health records in accordance with an approved
written request. Unless you are the subject of the record, federal laws may prohibit you from making a further
disclosure of this record for a purpose other than why the information was provided to you. If this record contains
substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure
restrictions of those federal laws on individuals who are not the subject of the record apply.

**CERTIFIED COPY<Page 110 of 160>**

0064A

Page 10 of 60

ACH BJJ-00111

015-110

### 0064A-ACH Bayne-Jones-Johnson

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

---

## Emergency Documentation

| | | |
|---|---|---|
| **History of Present Illness** | MPV | 9.10 |

**History of Present Illness**
80-year-old male who is a retired active duty member with history of coronary artery disease/8 stents in the past, as well as history of COPD and multiple other comorbid medical conditions was brought to the emergency room from the pharmacy where patient was waiting refill of his medication and his spouse's medication. Patient was standing in a line in the pharmacy there was another veteran in that same line waiting for medication and they somehow got into a scuffle the other veteran pushed this patient who fell backwards onto some furniture that was in the lobby and waiting area of the pharmacy sustaining a skin tear to the skin of the right upper back and right scapular area and injuries to his chest wall. Patient did not have any trauma to the head, loss of consciousness or any other injuries as a result of the fall. Patient denies any symptoms at this time other than right upper back pain.

**Review of Systems**
Constitutional: Fever no  Chills no  Weight loss no  Weight gain no  Loss of Appetite no  Night Sweats  no

Head: Headache no  TBI no  CVA no

Eyes: Discharge no  Pain no  Photophobia no  Visual Changes  no

ENT: Bleeding no  Discharge no  Earache no  Sinus pain no  Sore throat no

CV: Chest pain yes/posterior right sided upper chest wall pain, palpitations no Syncope no DOE no

Resp: Cough no  SOB no  Sputum no  Hemoptysis no

GI: Abd pain no  Nausea no  Vomiting no
Diarrhea no Constipation no Hematemesis no  Hematochezia no

GU: Discharge no  Dysuria no  Frequency no  Hematuria no  Urgency no

MS: Arthralgias no  Injury no  Myalgias no  Swelling  no  Pain/tenderness no

Skin: Rash no  Redness no  Injury no  Swelling no  Tenderness no

Neuro: AMS no  Headache no Numbness no  Vertigo/Dizzy no  Deficit no

Psych: Anxiety no  Depression no  Hallucinations no  Suicidal no  Homicidal no

ALL/IMM: Allergies no  Immunocompromised no  Lymphadenopathy no

HEME/ONC: Cancer no  Easy bruising no  Blood thinners no

All other ROS negative excpt as market or per HPI:  yes

| | | |
|---|---|---|
| MPV | | 9.10 |
| Neutrophil % Auto | | 82 High |
| Lymphocyte % Auto | | 8 Low |
| Monocyte % Auto | | 6.60 |
| Eosinophil % Auto | | 2 |
| Basophil % Auto | | 0 |
| Imm. Granulocyte % | | 0 |
| Neutro Absolute | | 6.49 High |
| Lymph Absolute | | 0.86 |
| Mono Absolute | | 0.68 |
| Eos Absolute | | 0.20 |
| Baso Absolute | | 0.04 |
| Imm. Granulocyte Absolute | | 0 |

| Coagulation | LATEST RESULTS | |
|---|---|---|
| PT | | 10.4 |
| PTT | | 25.4 |
| INR | | 1.0 |

| Routine Chemistry | LATEST RESULTS | |
|---|---|---|
| Sodium | | 131 Low |
| Potassium Lvl | | 4.2 |
| Chloride | | 98 |
| CO2 | | 23 |
| AGAP | | 10.0 |
| BUN | | 16.8 |
| Creatinine Level | | 0.77 |

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

### CERTIFIED COPY<Page 111 of 160>

## 0064A-ACH Bayne-Jones-Johnson

| Patient Name: | **Dhane, George D** | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

### *Emergency Documentation*

Unable to obtain due to:  _

### Physical Exam

**Vitals & Measurements**
T: 36.8 °C (Temporal Artery) HR: 69(Peripheral) RR: 18 BP: 138/69
SpO2: 99%
WT: 58.9 kg(Estimated)
General: Well developed yes    Well-nourished yes    Acute distressed no

Head: Normocephalic yes  Atraumatic yes

Eyes: PERLA yes  EOMI yes  Discharge no  Injection no

Ears/Nose: TMs Normal yes  Nose Normal yes

Mouth/Throat: Mucosa Moist yes  Tonsils normal yes  Dentition normal yes

Neck: Normal ROM yes  Tenderness  no  Adenopathy no

CV: Normal Rate yes  Regular rhythm yes  Normal sounds yes Peripheral pulses
normal yes

Respiratory: Normal breath sound yes  Normal respiratory effort yes

GI: Soft yes  Distended no  Normal bowel sounds yes  Mass no  Tenderness no
Peritoneal Sx

MSK: Full ROM yes  Normal appearance yes  Injury no  Back none tender no,
tenderness to palpation to the right upper posterior lateral chest wall. No flail
chest wall segment noted on exam

Skin: Normal appearance yes  Injury yes tear to the skin of the right upper
back and scapular area no active bleeding, lesions no  Rash no
Lacerations no

Psych: Anxious no  Flat no  Tearful no  Combative no  Eye Contact yes

Neuro: A&O x3 yes  CN II-XII Intact yes  Normal mental status yes  Normal
speech yes  Normal sensory yes  Normal motor yes  Normal Cerebellar yes
Normal gait yes Normal tendon reflexes yes

### Medical Decision Making
80-year-old male who is retired active duty member with history of coronary
artery disease with multiple stents in his coronary arteries, as well as history of
COPD and other comorbid medical conditions brought to the emergency room
to be evaluated after patient was pushed while waiting in a line at the
pharmacy in this medical facility where he was refilling his and his spouse's
medication. Patient was pushed back by another veteran that was in the same

| | | |
|---|---|---|
| BUN/Creat Ratio | | 22 |
| eGFR CKD EPI | | 90 |
| Glucose Lvl | | 95 |
| Calcium | | 9.1 |
| Protein Total | | 6.50 |
| Albumin | | 3.3 Low |
| Bilirubin Total | | 0.43 |
| Alk Phos | | 100 |
| ALT | | 13 |
| AST | | 25 |
| Globulin | | 3.2 |

| Chemistry for Electrophoresis | LATEST RESULTS |
|---|---|
| A/G Ratio | 1.0 |

### Diagnostic Results
CT Chest w/o Contrast

09/05/24 10:26:08
IMPRESSION:
Multiple right rib fractures with
moderate-sized right pneumothorax.
Patient
would likely benefit from chest tube
given pneumothorax size.

Suspicious cavitary lesion right upper
lobe measuring up to 5.4 cm with
thickened wall measuring 4 mm.
Addition there is a suspicious 8 mm
nodule in the
left upper lobe as spiculations.
Recommend tissue sampling and PET/CT
for
further evaluation.

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 112 of 160>**

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

## *Emergency Documentation*

line he fell on some furniture that was in the waiting area of the pharmacy and sustained skin tear to the skin of his right scapular and upper back area. Patient was evaluated in the emergency room x-ray imaging of the ribs on the right revealed multiple rib fractures of ribs #567 and a small 15% pneumothorax.  Patient underwent CT scanning imaging of the chest to see if there were any further injuries not detected on x-ray and reveals the same 3 rib fractures with a moderate sized pneumothorax on the right. Patient was treated in the emergency room with IV hydration normal saline at 125 mL/h. He has not required any form of analgesia. Case was discussed with Dr. Clemens's Lafayette General Hospital who is the emergency room physician on duty and who has accepted this patient in transfer for further evaluation and management of his multiple rib fractures and stable pneumothorax.

Follow Up
No qualifying data available

Medication Reconciliation
Unchanged
acetaminophen-HYDROcodone (HYDROcodone-acetaminophen 7.5 mg-325 mg tablet)See Instructions. Refills: 0.
aspirin (aspirin 81 mg oral delayed release tablet)
atorvastatin (atorvastatin 40 mg tablet)See Instructions. Refills: 3.
atorvastatin (atorvastatin 40 mg tablet)See Instructions. Refills: 3.
ciprofloxacin (ciprofloxacin 500 mg tablet)500 Milligrams Oral (given by mouth) every 12 hours. Refills: 0.
cyanocobalamin (cyanocobalamin 1000 mcg/mL inj-vial [1mL])See Instructions. Refills: 3.
docusate (docusate sodium 100 mg capsule)See Instructions. Refills: 2.
docusate (docusate sodium 100 mg capsule)See Instructions. Refills: 3.
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
gabapentin (gabapentin 300 mg oral capsule)
meclizine (meclizine 25 mg oral tablet)
metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)See Instructions. Refills: 2.
metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)See Instructions. Refills: 3.
pantoprazole (pantoprazole 40 mg oral delayed release tablet)
pantoprazole (pantoprazole EC 40 mg tablet)See Instructions. Refills: 2.
simvastatin (simvastatin 40 mg oral tablet)
tamsulosin (tamsulosin 0.4 mg capsule)0.4 Milligrams Oral (given by mouth). Refills: 3.

Gallbladder sludge/cholelithiasis.

Ectasia of the ascending thoracic aorta, 4.6 cm.

Signed By: KRAMER, NICHOLAS JOHN, MD

*********************************************
XR Ribs w/ PA Chest Bilateral

09/05/24 09:26:32
IMPRESSION:
1. Fractures of the right 5-7th ribs as above.
2. Right lower lung pneumothorax with small right hemothorax.

*** Findings discussed with Dr. Camacho at 10:05 AM on 09/05/2024 with by confirmation of patient inflammation findings. Findings discovered at 10:04 AM.
***

Signed By: KRAMER, NICHOLAS JOHN, MD
ECG
12 LEAD EKG: Sinus bradycardia, heart rate 46 bpm, left anterior fascicular block, no arrhythmia no ectopy and no STEMI.
POC Ultrasound

Consults
No Consult orders placed.

Problem List/Past Medical History
Ongoing
No qualifying data
Historical
No qualifying data

Procedure/Surgical History
• Angioplasty
• Hernia repair

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 113 of 160>**

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 114 of 160
PageID #:  300
* Auth (Verified) *

15315377000001
122161970

**0064A-ACH Bayne-Jones-Johnson**

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | |
| MRN: | 15315377000001 | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male  9/18/1943  80 years | | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

| *Emergency Documentation* |
|---|

tamsulosin (tamsulosin 0.4 mg oral capsule)
ticagrelor (Brilinta 90 mg tablet)90 Milligrams Oral (given by mouth) 2 times a day. Refills: 1.
ticagrelor (Brilinta 90 mg tablet)See Instructions. Refills: 3.
tiZANidine (tiZANidine 4 mg oral tablet)
tiZANidine (tiZANidine 4 mg tablet)See Instructions. Refills: 2.
vibegron (Gemtesa 75 mg tablet)See Instructions. Refills: 3.

<u>Allergies</u>
No Known Medication Allergies
<u>Social History</u>
<u>Read Only: ILER Critical Exposures</u>
  Exposure Pathway Count 0. Industrial
  Hygiene Count 0. Registries Count 1.
  Health Assessments Count 0. Incidents
  Count 0. Deployments Count 0.
  Individual Monitoring Count 0.,
  09/05/2024

<u>Family History</u>
No family history documented

Electronically signed on: 09/05/2024 12:46 CDT

_____
VICTOR M CAMACHO
MD

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Report Request ID:  701955195                Page 5 of 5                Print Date/Time:  9/12/2024 08:03 CDT

**CERTIFIED COPY<Page 114 of 160>**

### 0064A-ACH Bayne-Jones-Johnson
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male  9/18/1943  80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

| *Computed Tomography* |
|---|

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 00064-CT-24-0015661 | 9/5/2024 10:42 CDT | CT Chest w/o Contrast | CAMACHO, VICTOR M, MD | 80 years |

**Reason for Exam**
(CT Chest w/o Contrast) blunt trauma chest

**Report**
EXAMINATION: CT Chest w/o Contrast.

TECHNIQUE: CT without contrast from the lung apices through the upper abdomen
with sagittal and coronal reformats.

COMPARISONS: Chest radiograph from earlier same day.

FINDINGS:
Lungs and Airways: 4.5 x 5.4 cm cavernous lesion in the right upper lung with
wall thickening measuring 4 mm. Suspicious 8 mm nodule in the left upper lobe,
image 213.

Pleura: Right pneumothorax most prominent in the base due to fibrotic adhesions
in the right upper lobe. Small right hemothorax.

Heart and Inferior Mediastinum: Coronary artery stents. There is no pericardial
effusion. There is no mediastinal lymphadenopathy. The thyroid gland is normal.
Ectasia of the ascending thoracic aorta , 4.0 cm.

Upper Abdomen: The lack of intravenous contrast limits evaluation of the solid
organs. Hyperdense material in the gallbladder. Postsurgical changes of the
stomach.

Soft Tissues: Normal.

Bones: Displaced right 6th rib fracture, angulated comminuted fracture of the
right 7th rib, minimally displaced fracture of the right 8th rib head/neck with
additional mildly displaced posterior fracture, and minimally displaced fracture

This information has been disclosed to you from federal health records in accordance with an approved
written request. Unless you are the subject of the record, federal laws may prohibit you from making a further
disclosure of this record for a purpose other than why the information was provided to you. If this record contains
substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure
restrictions of those federal laws on individuals who are not the subject of the record apply.

| | | |
|---|---|---|
| Report Request ID:  701955387 | Page 1 of 2 | Print Date/Time:  9/12/2024 08:03 CDT |

### CERTIFIED COPY<Page 115 of 160>

Dhane, George D
9/18/1943
Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 116 of 160
PageID #: 302
* Auth (Verified) *
15315377000001
122161970

0064A-ACH Bayne-Jones-Johnson

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Veterans ID (ICN): | |
| DOD ID (EDIPI): | 1131028101 | | |

## Computed Tomography

**Report**
of the 9th rib neck.

Vasculature: There is no aneurysmal dilatation.

IMPRESSION:
Multiple right rib fractures with moderate-sized right pneumothorax. Patient
would likely benefit from chest tube given pneumothorax size.

Suspicious cavitary lesion right upper lobe measuring up to 5.4 cm with
thickened wall measuring 4 mm. Addition there is a suspicious 8 mm nodule in the
left upper lobe as spiculations. Recommend tissue sampling and PET/CT for
further evaluation.

Gallbladder sludge/cholelithiasis.

Ectasia of the ascending thoracic aorta, 4.6 cm.

***** Final *****

Dictated by: KRAMER, NICHOLAS JOHN, MD
Dictated DT/TM: 09/05/2024 10:52 am CDT
Signed by: KRAMER, NICHOLAS JOHN, MD
Signed (Electronic Signature): 09/05/2024 11:01 am CDT
Proxied for: KRAMER, NICHOLAS JOHN, MD

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 116 of 160>**

### 0064A-ACH Bayne-Jones-Johnson
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male    9/18/1943   80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

### *Diagnostic Radiology*

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 00064-XR-24-0081727 | 9/5/2024 09:53 CDT | XR Ribs w/ PA Chest Bilateral | CAMACHO,VICTOR M, MD | 80 years |

**Reason for Exam**
(XR Ribs w/ PA Chest Bilateral) ground level fall/right posterior chest wall pain

**Report**
EXAMINATION: XR Ribs w/ PA Chest Bilateral, 9/5/2024 10:03 AM

INDICATION: ground level fall/right posterior chest wall pain

COMPARISON(S): None.

TECHNIQUE: Rib Series with multiple views.

FINDINGS:
Support devices: None.

Bones/Soft Tissues: Displaced right 5th and 7th rib fractures. Nondisplaced fracture of the 6th right rib.

Lungs/pleura: Emphysematous changes of the lungs. No evidence of focal consolidation. Right lower lobe pneumothorax with lateral gap measuring 2.1 cm an inferior gap measuring approximately 4.6 cm.. Fibronodular thickening. Small right hemothorax.

Heart/mediastinum: Coronary artery stents.

Upper abdomen: Unremarkable.

IMPRESSION:
1. Fractures of the right 5-7th ribs as above.
2. Right lower lung pneumothorax with small right hemothorax.

*** Findings discussed with Dr. Camacho at 10:05 AM on 09/05/2024 with by

---

This information has been disclosed to you from federal health records in accordance with an approved written request. Unless you are the subject of the record, federal laws may prohibit you from making a further disclosure of this record for a purpose other than why the information was provided to you. If this record contains substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure restrictions of those federal laws on individuals who are not the subject of the record apply.

Report Request ID:  701955467                    Page 1 of 2                    Print Date/Time:  9/12/2024 08:04 CDT

---

### CERTIFIED COPY<Page 117 of 160>

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male      9/18/1943      80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Diagnostic Radiology*

**Report**

confirmation of patient inflammation findings. Findings discovered at 10:04 AM.

\*\*\*

\*\*\*\*\* Final \*\*\*\*\*

Dictated by:  KRAMER, NICHOLAS JOHN, MD
Dictated DT/TM:  09/05/2024 10:03 am CDT
Signed by:  KRAMER, NICHOLAS JOHN, MD
Signed (Electronic Signature):  09/05/2024 10:08 am CDT
Proxied for:  KRAMER, NICHOLAS JOHN, MD

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Report Request ID:  701955467                Page 2 of 2                Print Date/Time:  9/12/2024 08:04 CDT

**0064A-ACH Bayne-Jones-Johnson**
1585 3RD Street
BLDG 285
Fort Polk, LA 71459-5102

(337) 531-3118

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | Admitting: | |
| Sex/DOB/Age: | Male  9/18/1943  80 years | Location: | 0064A-EM-ER; ED-3; 1 |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Emergency Department Forms*

---

ED/UC Triage Entered On: 09/05/24 08:47 CDT
Performed On: 09/05/24 08:27 CDT by JONES, KARLEY R RN

ED/UC Triage
Mode of Arrival :  Private vehicle
Mode of Mobility :  Wheelchair

JONES, KARLEY R RN - 09/05/24 08:27 CDT
Chief Complaint :   Pt presents for altercation at pharmacy, reports he was standing in line and was shoved by another
individual. Presents with moderate sized skin tear to right mid back with bruising present. C/o pain to right scapula/upper back
region worse with
(Comment: movement. Denies any head injury or LOC. No deformities present to clavicle.  [JONES, KARLEY R RN - 09/05/24
08:27 CDT] )

JONES, KARLEY R RN - 09/05/24 08:50 CDT
~~{ [Pt presents for altercation at pharmacy, reports he was standing in line and was shoved by another individual. Presents with
moderate sized skin abrasion to right mid back with bruising present. C/o pain to right scapula/upper back region worse with]
previously charted by JONES, KARLEY R RN at 09/05/24 08:27 CDT [Comment] movement. Denies any head injury or LOC.
No deformities present to clavicle.   [ JONES, KARLEY R RN at 09/05/24 08:27 CDT]}};~~
(As Of: 09/05/24 13:03:29 CDT)

<u>Problems(Active)</u>
Angioplasty (SNOMED CT :2884393011 )
Name of Problem:  Angioplasty ; Recorder:  JONES, KARLEY R RN; Confirmation:  Confirmed ; Classification:  Medical ; Code:  2884393011 ; Contributor System:  PowerChart ; Last Updated:  09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status:  Active ; Vocabulary:  SNOMED CT

COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale (SNOMED CT :3744961011 )
Name of Problem:  COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale ; Recorder:  JONES, KARLEY R RN; Confirmation:  Confirmed ; Classification:  Medical ; Code:  3744961011 ; Contributor System:  PowerChart ; Last Updated:  09/05/2024 13:03 CDT ; Life Cycle Date:

---

This information has been disclosed to you from federal health records in accordance with an approved
written request. Unless you are the subject of the record, federal laws may prohibit you from making a further
disclosure of this record for a purpose other than why the information was provided to you. If this record contains
substance abuse information, it is protected by 42 CFR Part 2 and/or 38 U.S.C. 7332 and the redisclosure
restrictions of those federal laws on individuals who are not the subject of the record apply.

Report Request ID:  701955628                Page 1 of 8                Print Date/Time:  9/12/2024 08:04 CDT

---

**0064A-ACH Bayne-Jones-Johnson**

| | | |
|---|---|---|
| Patient Name: | **Dhane, George D** | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male   9/18/1943   80 years | Admitting: |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): |

| *Emergency Department Forms* |
|---|

|  |  |
|---|---|
| | 09/05/2024 ; Life Cycle Status:  Active ; Vocabulary:  SNOMED CT |
| Coronary artery disease (SNOMED CT :AXQt/gEBk5Xll5l2rBELCg ) | Name of Problem:  Coronary artery disease ; Recorder: JONES, KARLEY R RN; Confirmation:  Confirmed ; Classification:  Medical ; Code:  AXQt/gEBk5Xll5l2rBELCg ; Contributor System:  PowerChart ; Last Updated:  09/05/2024 13:02 CDT ; Life Cycle Date:  09/05/2024 ; Life Cycle Status: Active ; Vocabulary:  SNOMED CT |
| Hypertension (SNOMED CT :82725 ) | Name of Problem:  Hypertension ; Recorder:  JONES, KARLEY R RN; Confirmation:  Confirmed ; Classification: Medical ; Code:  82725 ; Contributor System:  PowerChart ; Last Updated:  09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status:  Active ; Vocabulary:  SNOMED CT |
| Peripheral neuropathy (SNOMED CT :2870944013 ) | Name of Problem:  Peripheral neuropathy ; Recorder:  JONES, KARLEY R RN; Confirmation:  Confirmed ; Classification: Medical ; Code:  2870944013 ; Contributor System: PowerChart ; Last Updated:  09/05/2024 13:03 CDT ; Life Cycle Date:  09/05/2024 ; Life Cycle Status:  Active ; Vocabulary: SNOMED CT |

Diagnoses(Active)

|  |  |
|---|---|
| Fall | Date:  09/05/2024 ; Diagnosis Type:  Reason For Visit ; Confirmation:  Complaint of ; Clinical Dx:  Fall ; Classification: Medical ; Clinical Service:  Non-Specified ; Code:  .PNED ; Probability:  0 ; Diagnosis Code: 972DCDB6-6058-47E5-9321-44B9DBFE0EC6 |
| Multiple fractures of ribs, right side, initial encounter for closed fracture | Date:  09/05/2024 ; Diagnosis Type:  Discharge ; Confirmation:  Confirmed ; Clinical Dx:  Multiple fractures of ribs, right side, initial encounter for closed fracture ; Classification:  Medical ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code: S22.41XA |
| Right pneumothorax | Date:  09/05/2024 ; Diagnosis Type:  Discharge ; Confirmation:  Confirmed ; Clinical Dx:  Right pneumothorax ; Classification: Medical ; Code:  ICD-10-CM ; Probability:  0 ; Diagnosis Code:  J93.9 |
| Shoulder pain-swelling | Date:  09/05/2024 ; Diagnosis Type:  Reason For Visit ; Confirmation:  Complaint of ; Clinical Dx:  Shoulder pain-swelling ; Classification:  Medical ; Clinical Service: |

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 120 of 160>**

Dhane, George D
9/18/1943
Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 121 of 160
PageID #: 307
* Auth (Verified) *
15315377000001
122161970

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

---

### *Emergency Department Forms*

Non-Specified ; Code:   PNED ; Probability:   0 ; Diagnosis
Code:   F352900B-2088-4A52-BE97-C0FF272EF477

Allergies/Home Meds :   Document Allergies/Medications
Temperature Temporal Artery :   36.8 Deg C(Converted to: 98.2 Deg F)
AVPU :   Alert and responsive
Blood Pressure
Systolic / Diastolic :   127 mmHg
Blood Pressure
Systolic / Diastolic :   83 mmHg
Peripheral Pulse Rate :   53 bpm (LOW)
Resp Rate :   18 br/min
O2 Sat :   100 %
DVPRS Pain Scale :   10 - As bad as it could be, nothing else matters
DVPRS Pain Score :   10
Oxygenation :   Room air
Weight Measured or Estimated? :   Estimated
Weight Estimated :   58.9 kg(Converted to: 129 lb 14 oz)
Complete CSSRS? :   Yes
1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up? :   No
2. Over the past month have you had any actual thoughts of killing yourself? :   No
7. In your lifetime, have you ever done anything, started to do anything or prepared to do anything to end your life (for
example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)? :   No
Below fields are populated based off of above documentation and are view only
Positive Screen indicates a "YES" response to question(s) 3, 4, 5, or 8 :   0
CSSRS Screen Outcome :   Negative: no further assessment but defer to clinical management as indicated
Presented to ED/UC because of falls :   Yes
Altered mental status
Intoxication with alcohol or substance confusion :   No
Impaired mobility:
Ambulates or transfers with assistive devices or assistance;
Unable to ambulate or transfer :   No
Nurse Judgement :   Yes

JONES, KARLEY R RN - 09/05/24 08:27 CDT

DCP GENERIC CODE
Tracking Group :   ED 0064-BJACH Tracking Group
Tracking Acuity :   3 - Urgent

JONES, KARLEY R RN - 09/05/24 08:27 CDT

Pregnancy Status :   N/A
ED CSSRS Q7 Documentation :   No
ED CSSRS Q2 Documentation :   No

JONES, KARLEY R RN - 09/05/24 08:27 CDT

Allergies/Meds

(As Of: 09/05/24 08:47:40 CDT)

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Report Request ID:   701955628                Page 3 of 8                Print Date/Time:   9/12/2024 08:04 CDT

**CERTIFIED COPY<Page 121 of 160>**

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 122 of 160 15315377000001
PageID #: 308                                    122161970
* Auth (Verified) *

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

| *Emergency Department Forms* |
|---|

**Allergies (Active)**

No Known Medication Allergies   Estimated Onset Date:  Unspecified ; Created By:  JONES, KARLEY R RN; Reaction Status:  Active ; Category:  Drug ; Substance:  No Known Medication Allergies ; Type:  Allergy ; Updated By:  JONES, KARLEY R RN; Source:  Patient ; Reviewed Date:  09/05/24 08:46 CDT

**Medication List**

(As Of: 09/05/24 08:47:40 CDT)

Prescription/Discharge Order
atorvastatin 40 mg tablet   :  atorvastatin 40 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  atorvastatin 40 mg tablet ; Simple Display Line: See Instructions, 90 EA, 3 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code:  atorvastatin ; Order Dt/Tm:  06/27/24 10:08:14 CDT

docusate sodium 100 mg capsule   :  docusate sodium 100 mg capsule ; Status:  Prescribed ; Ordered As Mnemonic:  docusate sodium 100 mg capsule ; Simple Display Line:  See Instructions, 180 EA, 3 Refill(s) ; Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog Code:  docusate ; Order Dt/Tm:  06/27/24 10:04:52 CDT

metoprolol succinate ER 25 mg/24 hour tablet   :  metoprolol succinate ER 25 mg/24 hour tablet ; Status: Prescribed ; Ordered As Mnemonic:  metoprolol succinate ER 25 mg/24 hour tablet ; Simple Display Line:  See Instructions, 45 EA, 3 Refill(s) ; Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog Code:  metoprolol ; Order Dt/Tm:  06/27/24 10:05:47 CDT

ticagrelor 90 mg tablet   :  ticagrelor 90 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  Brilinta 90 mg tablet ; Simple Display Line:  See Instructions, 180 EA, 3 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code:  ticagrelor ; Order Dt/Tm:  06/27/24 10:07:16 CDT

cyanocobalamin 1000 mcg/mL inj [1mL]   :  cyanocobalamin 1000 mcg/mL inj [1mL] ; Status:  Prescribed ; Ordered As Mnemonic:  cyanocobalamin 1000 mcg/mL inj-vial [1mL] ; Simple Display Line:  See Instructions, 3 mL, 3 Refill(s) ; Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog Code:  cyanocobalamin ; Order Dt/Tm:  03/21/24 11:16:18 CDT

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 122 of 160>**

0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | | | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | | | Admitting: | |
| Sex/DOB/Age: | Male | 9/18/1943 | 80 years | | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## *Emergency Department Forms*

ticagrelor 90 mg tablet
: ticagrelor 90 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  Brilinta 90 mg tablet ; Simple Display Line:  90 mg, Oral, BID, 180 EA, 1 Refill(s) ; Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog Code:  ticagrelor ; Order Dt/Tm: 03/21/24 11:15:19 CDT

vibegron 75 mg tablet
: vibegron 75 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  Gemtesa 75 mg tablet ; Simple Display Line:  See Instructions, 90 EA, 3 Refill(s) ; Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog Code:  vibegron ; Order Dt/Tm: 03/21/24 11:17:05 CDT

atorvastatin 40 mg tablet
: atorvastatin 40 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  atorvastatin 40 mg tablet ; Simple Display Line: See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider:  KERN, CHRISTY; Catalog Code:  atorvastatin ; Order Dt/Tm: 03/05/24 09:39:10 CST

docusate sodium 100 mg capsule
: docusate sodium 100 mg capsule ; Status:  Prescribed ; Ordered As Mnemonic:  docusate sodium 100 mg capsule ; Simple Display Line:  See Instructions, 60 EA, 2 Refill(s) ; Ordering Provider:  KERN, CHRISTY; Catalog Code:  docusate ; Order Dt/Tm:  03/05/24 09:38:22 CST

metoprolol succinate ER 25 mg/24 hour tablet
: metoprolol succinate ER 25 mg/24 hour tablet ; Status: Prescribed ; Ordered As Mnemonic:  metoprolol succinate ER 25 mg/24 hour tablet ; Simple Display Line:  See Instructions, 15 EA, 2 Refill(s) ; Ordering Provider:  KERN, CHRISTY; Catalog Code:  metoprolol ; Order Dt/Tm:  03/05/24 09:37:12 CST

pantoprazole EC 40 mg tablet
: pantoprazole EC 40 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  pantoprazole EC 40 mg tablet ; Simple Display Line:  See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code:  pantoprazole ; Order Dt/Tm: 03/05/24 09:35:13 CST

tiZANidine 4 mg tablet
: tiZANidine 4 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  tiZANidine 4 mg tablet ; Simple Display Line:  See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider:  KERN, CHRISTY; Catalog Code:  tiZANidine ; Order Dt/Tm:  03/05/24 09:40:05 CST

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Report Request ID:  701955628          Page 5 of 8          Print Date/Time:  9/12/2024 08:04 CDT

## CERTIFIED COPY<Page 123 of 160>

## 0064A-ACH Bayne-Jones-Johnson

| | | | | |
|---|---|---|---|---|
| Patient Name: | **Dhane, George D** | | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | | Admitting: | |
| Sex/DOB/Age: | Male  9/18/1943  80 years | | Veterans ID (ICN): | |
| DOD ID (EDIPI): | 1131028101 | | | |

### *Emergency Department Forms*

ciprofloxacin 500 mg tablet       : ciprofloxacin 500 mg tablet ; Status: Prescribed ; Ordered As
Mnemonic: ciprofloxacin 500 mg tablet ; Simple Display Line:
500 mg, Oral, every 12 hr, 28 EA, 0 Refill(s) ; Ordering
Provider: WEBB, RENICK P, MD; Catalog Code: ciprofloxacin
; Order Dt/Tm: 01/30/24 15:00:21 CST

tamsulosin 0.4 mg capsule        : tamsulosin 0.4 mg capsule ; Status: Prescribed ; Ordered As
Mnemonic: tamsulosin 0.4 mg capsule ; Simple Display Line:
0.4 mg, Oral, 90 EA, 3 Refill(s) ; Ordering Provider: KWOK,
CHUEN K, M.D.; Catalog Code: tamsulosin ; Order Dt/Tm:
01/30/24 15:01:41 CST

Home Meds
eszopiclone                      : eszopiclone ; Status: Documented ; Ordered As Mnemonic:
eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ;
Order Dt/Tm: 01/09/22 02:18:31 CST ; Comment: HX SIG -
FOR REFERENCE ONLY:

gabapentin                       : gabapentin ; Status: Documented ; Ordered As Mnemonic:
gabapentin 300 mg oral capsule ; Catalog Code: gabapentin ;
Order Dt/Tm: 12/14/21 15:30:00 CST ; Comment: HX SIG -
FOR REFERENCE ONLY: TAKE TWO CAPSULES BY MOUTH
THREE TIMES A DAY, Oral

tizanidine                       : tizanidine ; Status: Documented ; Ordered As Mnemonic:
tiZANidine 4 mg oral tablet ; Catalog Code: tiZANidine ; Order
Dt/Tm: 12/14/21 19:06:00 CST ; Comment: HX SIG - FOR
REFERENCE ONLY: TAKE ONE-HALF TO 1 TABLET BY
MOUTH AT BEDTIME, Oral

eszopiclone                      : eszopiclone ; Status: Documented ; Ordered As Mnemonic:
eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ;
Order Dt/Tm: 11/06/21 18:06:34 CDT ; Comment: HX SIG -
FOR REFERENCE ONLY:

aspirin                          : aspirin ; Status: Documented ; Ordered As Mnemonic:
aspirin 81 mg oral delayed release tablet ; Catalog Code:
aspirin ; Order Dt/Tm: 08/24/21 19:17:00 CDT ; Comment: HX
SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY
MOUTH ONCE A DAY, Oral

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 125 of 160
PageID #: 311
* Auth (Verified) *

15315377000001
122161970

**0064A-ACH Bayne-Jones-Johnson**

| | | |
|---|---|---|
| Patient Name: | **Dhane, George D** | |
| MRN: | 15315377000001 | Admit: 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male 9/18/1943 80 years | Admitting: |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): |

| *Emergency Department Forms* |
|---|

pantoprazole
: pantoprazole ; Status: Documented ; Ordered As Mnemonic: pantoprazole 40 mg oral delayed release tablet ; Catalog Code: pantoprazole ; Order Dt/Tm: 08/24/21 19:17:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral

simvastatin
: simvastatin ; Status: Documented ; Ordered As Mnemonic: simvastatin 40 mg oral tablet ; Catalog Code: simvastatin ; Order Dt/Tm: 08/24/21 19:16:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY WITH EVENING MEAL IN THE EVENING, Oral

eszopiclone
: eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 08/05/21 11:46:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY:

tamsulosin
: tamsulosin ; Status: Documented ; Ordered As Mnemonic: tamsulosin 0.4 mg oral capsule ; Catalog Code: tamsulosin ; Order Dt/Tm: 07/15/21 16:15:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE CAPSULE BY MOUTH DAILY, Oral

eszopiclone
: eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 04/17/21 17:24:56 CDT ; Comment: HX SIG - FOR REFERENCE ONLY:

eszopiclone
: eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 04/17/21 00:41:40 CDT ; Comment: HX SIG - FOR REFERENCE ONLY:

meclizine
: meclizine ; Status: Documented ; Ordered As Mnemonic: meclizine 25 mg oral tablet ; Catalog Code: meclizine ; Order Dt/Tm: 04/13/21 18:28:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED, Oral

eszopiclone
: eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 01/23/21 17:22:47 CST ; Comment: HX SIG - FOR REFERENCE ONLY:

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 125 of 160>**

Dhane, George D
9/18/1943
Case 2:25-cr-00048-JDC-TPL     Document 61-14     Filed 10/16/25     Page 126 of 160
PageID #: 312
* Auth (Verified) *
15315377000001
122161970

**0064A-ACH Bayne-Jones-Johnson**

| | | | |
|---|---|---|---|
| Patient Name: | **Dhane, George D** | | |
| MRN: | 15315377000001 | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male    9/18/1943    80 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | Veterans ID (ICN): | |

| *Emergency Department Forms* |
|---|

eszopiclone
:  eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  01/23/21 17:22:47 CST ; Comment:  HX SIG - FOR REFERENCE ONLY:

eszopiclone
:  eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  01/08/21 19:51:17 CST ; Comment:  HX SIG - FOR REFERENCE ONLY:

eszopiclone
:  eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  10/28/20 04:53:10 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY:

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

Report Request ID:  701955628                Page 8 of 8                Print Date/Time:  9/12/2024 08:04 CDT

**CERTIFIED COPY<Page 126 of 160>**

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL   Document 61-14   Filed 10/16/25   Page 127 of 160
PageID #: 313
* Auth (Verified) *

15315377000001
122161970

✅ Report Distributed   Transmitted   Dhane, George D     9/10/2024 11:54 AM CDT     699696330     0064_HIM (3373929440)   47     JORDAN, JENNIFER

ACH BJJ-00128

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL   Document 61-14   Filed 10/16/25   Page 128 of 160   5315377000001
PageID #: 314                                                                     122161970
* Auth (Verified) *

Sep/10/2024 11:45:43 AM   3373929440->3375313177                              1/1

3373929440                                          11:49:38 a.m.   09-10-2024   1/1

All portions of this form *must* be completed to constitute a valid authorization for release of health information under the Health Insurance Portability and Accountability Act (HIPAA) privacy regulations. If any field is left blank, the authorization will be considered defective.

**\*ROI\***

| Patient's Name) | | Date of Birth | Medical Record Number |
|---|---|---|---|
| George Dhane | | 9-18-43 | |
| Address | City | State | Zip | Telephone Number | Email Address |

I authorize the use and disclosure of health information about me as described below:

| Facility Authorized to Release my Health Information | | | |
|---|---|---|---|
| BYACH | STAT | | Fax: |
| Address | City | State | Zip | Telephone Number |

Agency or Individual(s) Authorized to Receive my Health Information
WEST LOUISIANA FAMILY PRACTICE - DR. LANDRUM                    Fax: 337 392-9440

| Address | City | State | Zip | Telephone Number |
|---|---|---|---|---|
| 1201 FERTITTA BLVD | LEESVILLE | LA | 71446 | 337 392-9438 |

Health Information that may be used / disclosed is limited to the following:

☑Discharge Summary   ☑History and Physical   ☐Progress Notes   ☐Emergency Room Record
☐Operative Note(s)    ☐Imaging/X-Ray Films    ☐Consultation(s)   ☐Pathology Report
                      ☐Alcohol Abuse          ☑X-Ray Reports     ☐Fetal Heart Monitor Strips
Sensitive Information:                        ☑Lab               ☐Communicable diseases, including HIV status
☐Genetic Testing     ☐Drug Abuse             ☐Entire Record
                     ☐Psychiatric/Behavioral Diagnoses
☑Other (specify) CT Chest

Health Information that may be used / disclosed is limited to the following periods of healthcare:
From (date): _____ To (date): _____ Account Number: _____
From (date): _____ To (date): _____ Account Number: _____

Health Information to be released to the above named agency / individual is to be used / disclosed for the following purpose(s):
☑Treatment/Consultation ☐At Request of Patient ☐Research ☐Marketing ☐Billing or Claims Payment
☐At Request of Employer ☐Other _____

'Health Information' identifies you (the patient) by name, and includes other demographic information about you. 'Health Information' may include, but is not limited to: medical records, X-Ray films, slides, tracings, strips, etc.

I hereby discharge the releasing facility, its agents and employees from any and all liabilities, responsibilities, damages, and claims which might arise from the release of information authorized herein, including Sensitive Information as indicated above, which was complied during my visit, encounter or hospitalization, or make copies thereof in accordance with the policies of this facility.

Protected Health Information used or disclosed pursuant to this authorization may be subject to re-disclosure by the recipient and is no longer protected by this privacy rule. If research-related Health Information is used or disclosed for continued research purposes, an expiration date or event does not apply.

If no specific date or event is noted below, this authorization will automatically *expire 60 days* after the date of signature. I understand that I have a right to revoke this authorization at any time, in writing, as stated in the Notice of Privacy Practices, except where the facility has already made disclosures in reliance upon my prior authorization.

Treatment, payment, enrollment or eligibility for benefits may not be conditioned on obtaining an authorization if the HIPAA prohibits such conditioning. If conditioning is permitted, refusal to sign the authorization may result in denial of care or coverage.

NOTICE TO RECEIVING AGENCY OR INDIVIDUAL: This information is to be treated in accordance with (HIPAA) privacy regulations.

| Patient's Signature or Legal Representative) | | Date/Time |
|---|---|---|
| T. Landrum PCP | | 9-10-24 |
| Relationship to Patient / Authority to Act on Patients Behalf | Interpreter, If Utilized | Date/Time |
| SELF / PARENT / POA -- | | |
| Witness Signature | Date/Time | Expiration Date or Event |

☐ *Signature validated against driver's license or signature in Medical Record. There may be a charge for copying Medical Records.
☐ Electronic copy requested.

Authorization/Request for Health Information-
Release (iPDF)
HIM-6401
(Revised 11/10, 02/12, 05/14, 08/14, 04/15, 09/16, 04/17, 01/18)                Page 1 of 1

BYRD REGIONAL HOSPITAL

**CERTIFIED COPY<Page 128 of 160>**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Cardiology Procedures

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 129 of 160>**

ACH BJJ-00130

015-129

Dhane, George D
9/18/1943

Case 2:25-cr-00048-JDC-TPL    Document 61-14    Filed 10/16/25    Page 130 of 160
PageID #: 316
* Auth (Verified) *

15315377000001
122161970

**DHANE, GEORGE**
Male
09/18/1943 ( 80 Years )

| | | |
|---|---|---|
| Vent. rate | 46 | BPM |
| PR interval | 206 | ms |
| QRS duration | 94 | ms |
| QT/QTc-Baz | 472/413 | ms |
| P-R-T axes | 84  -60 | 64 |

**Patient ID: 1131028101**
Sinus bradycardia
Left anterior fascicular block
Inferior infarct , age undetermined
Abnormal ECG

09/05/2024 11:51:17

Dhane, George D
DOB: 09/18/1943          M / 80 yr
DOS: 09/05/2024
DoD ID: 1131028101
FIN: 122161970



**SCANNED**

Unconfirmed



25mm/s   10.0mm/mV     0.56-150 Hz 27D    60 Hz       MAC - VU350 1.02 SP06          125C   V23.1  4 by 2.5 +3 rhythm lds          Page 1 of 1

COVIDIEN  Kendall                                                                Printed in USA.

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

Document Type:           ED/UC Note Nursing
Service Date/Time:       9/9/2024 11:15 CDT
Result Status:           Auth (Verified)
Perform Information:     DURDEN,JACKELINE M,RN (9/9/2024 11:26 CDT)
Sign Information:        DURDEN,JACKELINE M,RN (9/9/2024 11:26 CDT)

1115: Called patient nephew Denny Fetting at 337-515-2146 updated on patient status and provided patient contact number 337-397-7434 informed patient is home to call patient

1121: Called patient at 337-397-7434. patient informed Discharged 09/08/24 has been set up with Home health and is in router to follow up with PCP Dr. Landrum in Leesville

Electronically signed on: 09/09/2024 11:26 CDT

JACKELINE M DURDEN
RN

Document Type:           ED/UC Note Nursing
Service Date/Time:       9/5/2024 12:44 CDT
Result Status:           Auth (Verified)
Perform Information:     COOLEY,JEFFREY RN (9/5/2024 12:46 CDT)
Sign Information:        COOLEY,JEFFREY RN (9/5/2024 12:58 CDT)

1235 Dr. Clemmons accepts pt to Lafayette General  ED. Amber in Laf.Gen Tfer center accepts and wants report called to 337 289-7183.  A+D called.  Acadian called for stat Tfer to Lafayette General.
1255 A+D to bedside. Pt's nephew notified per pt permission to notify of pt being transferred to Lafayette.

Electronically signed on: 09/05/2024 12:58 CDT

JEFFREY   COOLEY
RN

Document Type:           ED/UC Note Nursing
Service Date/Time:       9/5/2024 12:15 CDT
Result Status:           Modified
Perform Information:     JONES,KARLEY R RN (9/5/2024 14:31 CDT); JONES,
                         KARLEY R RN (9/5/2024 14:11 CDT); JONES,KARLEY R RN
                         (9/5/2024 12:16 CDT)
Sign Information:        JONES,KARLEY R RN (9/5/2024 14:31 CDT); JONES,
                         KARLEY R RN (9/5/2024 14:11 CDT); JONES,KARLEY R RN
                         (9/5/2024 13:19 CDT)

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 131 of 160>**

ACH BJJ-00132                                    015-131

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

Addendum by JONES, KARLEY R RN on September 05, 2024 14:31 CDT
1415-Patient left via stretcher with Acadian EMS in route to Lafayette. Remained stable during time of transport, speaking in complete sentences and able to transfer self from bed to EMS stretcher.
1430-Patient report given to Adrianne, RN at Lafayette General ER.

Electronically signed on: 09/05/2024 14:31 CDT

KARLEY R JONES
RN

Addendum by JONES, KARLEY R RN on September 05, 2024 14:11 CDT
1408-Report given to Acadian EMT-P, copy of patient chart and radiology disc provided. Patient's spouse and family member present at bedside.

Electronically signed on: 09/05/2024 14:11 CDT

KARLEY R JONES
RN

1215-Patient remains stable, speaking with chaplain at bedside. Remains in no respiratory distress. Contacted LCMH ER, Dr. Camacho spoke with Dr. Hagan in the ER and will call us back after speaking with general surgeon.
1235-Patient accepted per Dr. Clemmons at Lafayette General ER.
1315-Pt provided with ice water, remains stable and no other needs voiced. Waiting on his spouse to arrive with his belongings, reports pain is tolerable at this time unless he moves around.

Electronically signed on: 09/05/2024 13:19 CDT

KARLEY R JONES
RN

| | |
|---|---|
| Document Type: | ED/UC Note Nursing |
| Service Date/Time: | 9/5/2024 10:12 CDT |
| Result Status: | Modified |
| Perform Information: | DURDEN,JACKELINE M,RN (9/5/2024 12:13 CDT); DURDEN, JACKELINE M,RN (9/5/2024 10:57 CDT); DURDEN, JACKELINE M,RN (9/5/2024 10:25 CDT) |
| Sign Information: | DURDEN,JACKELINE M,RN (9/5/2024 12:13 CDT); DURDEN, JACKELINE M,RN (9/5/2024 10:57 CDT); DURDEN, JACKELINE M,RN (9/5/2024 10:25 CDT) |

Addendum by DURDEN, JACKELINE M, RN on September 05, 2024 12:13 CDT
1108: per Dr. Camacho Dr. Khan accepted from Christus Cabrini

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 132 of 160>

ACH BJJ-00133

015-132

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT | |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT | |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | | |

## Emergency Documentation

1110: Sally from Christus Transfer center called back and informed unaware facility is currently on diversion unable to accept. informed Dr. Camacho. per Sally can attempt St. Pats in Lake Charles. verified with patient if okay to try with St. Patrick patient accepted

1135: Called received from Sally from Christus Transfer center. Dr. Camacho  speaking with Dr. Henapalli

1147: Call back received from Sally informed Surgeon decline acceptance .informed can try Memorial in Lake Charles for placement

Electronically signed on: 09/05/2024 12:13 CDT

JACKELINE M DURDEN
RN

Addendum by DURDEN, JACKELINE M, RN on September 05, 2024 10:57 CDT
1049: Patient refused  transfer to Rapides. attempted to educate patient on needs based on injury. pt refused stated not going and all his doctors are at Cabrini

1054: called Christus Transfer center on call with Christi from the transfer center

Electronically signed on: 09/05/2024 10:57 CDT

JACKELINE M DURDEN
RN

1013: Called Rapides transfer center. spoke with Michelle report given. Informed Multiple rib fracture and Right Pneumothorax. awaiting call back.
Electronically signed on: 09/05/2024 10:25 CDT

JACKELINE M DURDEN
RN

| | |
|---|---|
| Document Type: | ED/UC Note Nursing |
| Service Date/Time: | 9/5/2024 09:43 CDT |
| Result Status: | Modified |
| Perform Information: | JONES,KARLEY R RN (9/5/2024 10:34 CDT); JONES, KARLEY R RN (9/5/2024 09:44 CDT) |
| Sign Information: | JONES,KARLEY R RN (9/5/2024 10:34 CDT); JONES, KARLEY R RN (9/5/2024 09:44 CDT) |

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 133 of 160>**

ACH BJJ-00134

015-133

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

Addendum by JONES, KARLEY R RN on September 05, 2024 10:34 CDT
1033-Patient accepted to Rapides ER by Dr. Brent Treadway per Michelle in Rapides transfer center.

Electronically signed on: 09/05/2024 10:34 CDT

KARLEY R JONES
RN

0925-Skin tear to right mid back cleaned with sterile water and hibicleans. Telfa dressing with bacitracin applied and secured with silk tape.

Electronically signed on: 09/05/2024 09:44 CDT

KARLEY R JONES
RN

| | |
|---|---|
| Document Type: | ED/UC Note Provider |
| Service Date/Time: | 9/5/2024 12:39 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | CAMACHO,VICTOR M,MD (9/5/2024 12:46 CDT) |
| Sign Information: | CAMACHO,VICTOR M,MD (9/5/2024 12:46 CDT) |

### 0064A-ACH Bayne-Jones-Johnson
Emergency Medicine
1585 3RD Street, Fort Johnson, LA 71459
Phone: (337) 531-3118

Basic Information
Time Seen:
CAMACHO, VICTOR M, MD  09/05/2024 08:30

Chief Complaint
Pt presents for altercation at pharmacy, reports he was standing in line and was shoved by another individual. Presents with moderate sized skin tear to right mid back with bruising present. C/o pain to right scapula/upper back region worse with

Assessment/Plan
Orders:
CV Electrocardiogram
*Differential Automated
*Glomerular Filtration Rate, Estimated
CBC w/ Diff
Comprehensive Metabolic Panel

Medication Administration
Given
 acetaminophen, 500 mg, Oral

Lab Results
| Automated Hematology | LATEST RESULTS | |
|---|---|---|
| WBC | | 10.32 |
| RBC | 3.63 Low | |
| Hemoglobin | 10.80 Low | |
| Hematocrit | 33.50 Low | |

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

### CERTIFIED COPY<Page 134 of 160>

ACH BJJ-00135                                    015-134

| Patient Name: | Dhane, George D | | | | | |
|---|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT | |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT | |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | | |

## Emergency Documentation

PT and INR
PTT
Wound Care Routine (Treatment Order)
CT Chest w/o Contrast
XR Ribs w/ PA Chest Bilateral

### History of Present Illness
80-year-old male who is a retired active duty member with history of coronary artery disease/8 stents in the past, as well as history of COPD and multiple other comorbid medical conditions was brought to the emergency room from the pharmacy where patient was waiting refill of his medication and his spouse's medication. Patient was standing in a line in the pharmacy there was another veteran in that same line waiting for medication and they somehow got into a scuffle the other veteran pushed this patient who fell backwards onto some furniture that was in the lobby and waiting area of the pharmacy sustaining a skin tear to the skin of the right upper back and right scapular area and injuries to his chest wall. Patient did not have any trauma to the head, loss of consciousness or any other injuries as a result of the fall. Patient denies any symptoms at this time other than right upper back pain.

### Review of Systems
Constitutional: Fever no  Chills no  Weight loss no  Weight gain no  Loss of Appetite no   Night Sweats  no

Head: Headache no  TBI no  CVA no

Eyes: Discharge no  Pain no  Photophobia no   Visual Changes  no

ENT: Bleeding no  Discharge no  Earache no  Sinus pain no  Sore throat no

CV:  Chest pain yes/posterior right sided upper chest wall pain, palpitations no  Syncope no DOE no

Resp: Cough no  SOB no  Sputum no  Hemoptysis no

GI:  Abd pain no  Nausea no   Vomiting no  Diarrhea no Constipation no Hematemesis no Hematochezia no

GU: Discharge no  Dysuria no  Frequency no  Hematuria no  Urgency no

MS: Arthralgias no  Injury no  Myalgias no  Swelling no  Pain/tenderness no

Skin: Rash no  Redness no  Injury no  Swelling no  Tenderness no

Neuro: AMS no  Headache no  Numbness no  Vertigo/Dizzy no  Deficit no

Psych: Anxiety no  Depression no  Hallucinations no  Suicidal no  Homicidal no

ALL/IMM: Allergies no  Immunocompromised no  Lymphadenopathy no

| | | |
|---|---|---|
| MCV | | 92 |
| MCH | | 29.8 |
| MCHC | | 32 Low |
| RDW SD | | 54.4 |
| RDW CV | | 16 |
| Platelets | | 236 |
| MPV | | 9.10 |
| Neutrophil % Auto | | 82 High |
| Lymphocyte % Auto | | 8 Low |
| Monocyte % Auto | | 6.60 |
| Eosinophil % Auto | | 2 |
| Basophil % Auto | | 0 |
| Imm. Granulocyte % | | 0 |
| Neutro Absolute | | 8.49 High |
| Lymph Absolute | | 0.86 |
| Mono Absolute | | 0.68 |
| Eos Absolute | | 0.20 |
| Baso Absolute | | 0.04 |
| Imm. Granulocyte Absolute | | 0 |

| Coagulation | LATEST RESULTS | |
|---|---|---|
| PT | | 10.4 |
| PTT | | 25.4 |
| INR | | 1.0 |

| Routine Chemistry | LATEST RESULTS | |
|---|---|---|
| Sodium | | 131 Low |

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 135 of 160>

| Patient Name: | Dhane, George D | | | Admit: | 9/5/2024 08:14 CDT |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | | | Admitting: | |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Veterans ID (ICN): | |
| DOD ID (EDIPI): | 1131028101 | | | | |

## Emergency Documentation

HEME/ONC: Cancer no  Easy bruising no  Blood thinners no

All other ROS negative excpt as market or per HPI:  yes

Unable to obtain due to:  _

Physical Exam

Vitals & Measurements
T: 36.8 °C (Temporal Artery)  HR: 69(Peripheral)  RR: 18  BP: 138/69  SpO2: 99%
WT: 58.9 kg(Estimated)
General: Well developed yes    Well-nourished yes   Acute distressed no

Head: Normocephalic yes   Atraumatic  yes

Eyes: PERLA yes   EOMI yes  Discharge no   Injection no

Ears/Nose: TMs Normal yes   Nose Normal yes

Mouth/Throat: Mucosa Moist yes  Tonsils normal yes  Dentition normal yes

Neck: Normal ROM yes   Tenderness  no  Adenopathy no

CV: Normal Rate yes   Regular rhythm yes  Normal sounds yes Peripheral pulses
normal yes

Respiratory: Normal breath sound yes  Normal respiratory effort yes

GI: Soft yes  Distended no  Normal bowel sounds yes  Mass no  Tenderness no
Peritoneal Sx

MSK: Full ROM yes  Normal appearance yes  Injury no  Back none tender no, tenderness
to palpation to the right upper posterior lateral chest wall. No flail chest wall segment noted
on exam

Skin: Normal appearance yes   Injury yes tear to the skin of the right upper back and
scapular area no active bleeding, lesions no  Rash no  Lacerations no

Psych: Anxious no  Flat no  Tearful no  Combative no  Eye Contact yes

Neuro: A&O x3 yes  CN II-XII Intact yes  Normal mental status yes  Normal speech yes
Normal sensory yes   Normal motor yes  Normal Cerebellar yes  Normal gait yes Normal
tendon reflexes yes

Medical Decision Making
80-year-old male who is retired active duty member with history of coronary artery disease
with multiple stents in his coronary arteries, as well as history of COPD and other
comorbid medical conditions brought to the emergency room to be evaluated after patient

| | | | |
|---|---|---|---|
| Potassium Lvl | | | 4.2 |
| Chloride | | | 98 |
| CO2 | | | 23 |
| AGAP | | | 10.0 |
| BUN | | | 16.8 |
| Creatinine Level | | | 0.77 |
| BUN/Creat Ratio | | | 22 |
| eGFR CKD EPI | | | 90 |
| Glucose Lvl | | | 95 |
| Calcium | | | 9.1 |
| Protein Total | | | 6.50 |
| Albumin | | | 3.3 Low |
| Bilirubin Total | | | 0.43 |
| Alk Phos | | | 100 |
| ALT | | | 13 |
| AST | | | 25 |
| Globulin | | | 3.2 |

| Chemistry for Electrophoresis | LATEST RESULTS | |
|---|---|---|
| A/G Ratio | | 1.0 |

Diagnostic Results
CT Chest w/o Contrast

09/05/24 10:26:08
IMPRESSION:
Multiple right rib fractures with moderate-sized
right pneumothorax. Patient
would likely benefit from chest tube given
pneumothorax size.

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

| Patient Name: | Dhane, George D | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

was pushed while waiting in a line at the pharmacy in this medical facility where he was refilling his and his spouse's medication. Patient was pushed back by another veteran that was in the same line he fell on some furniture that was in the waiting area of the pharmacy and sustained skin tear to the skin of his right scapular and upper back area. Patient was evaluated in the emergency room x-ray imaging of the ribs on the right revealed multiple rib fractures of ribs #567 and a small 15% pneumothorax. Patient underwent CT scanning imaging of the chest to see if there were any further injuries not detected on x-ray and reveals the same 3 rib fractures with a moderate sized pneumothorax on the right. Patient was treated in the emergency room with IV hydration normal saline at 125 mL/h. He has not required any form of analgesia. Case was discussed with Dr. Clemens's Lafayette General Hospital who is the emergency room physician on duty and who has accepted this patient in transfer for further evaluation and management of his multiple rib fractures and stable pneumothorax.

Suspicious cavitary lesion right upper lobe measuring up to 5.4 cm with thickened wall measuring 4 mm. Addition there is a suspicious 8 mm nodule in the left upper lobe as spiculations. Recommend tissue sampling and PET/CT for further evaluation.

Gallbladder sludge/cholelithiasis.

Ectasia of the ascending thoracic aorta, 4.6 cm.

Signed By: KRAMER, NICHOLAS JOHN, MD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

XR Ribs w/ PA Chest Bilateral

### Follow Up
No qualifying data available

### Medication Reconciliation
#### Unchanged
acetaminophen-HYDROcodone (HYDROcodone-acetaminophen 7.5 mg-325 mg tablet)See Instructions. Refills: 0.
aspirin (aspirin 81 mg oral delayed release tablet)
atorvastatin (atorvastatin 40 mg tablet)See Instructions. Refills: 3.
atorvastatin (atorvastatin 40 mg tablet)See Instructions. Refills: 2.
ciprofloxacin (ciprofloxacin 500 mg tablet)500 Milligrams Oral (given by mouth) every 12 hours. Refills: 0.
cyanocobalamin (cyanocobalamin 1000 mcg/mL inj-vial [1mL])See Instructions. Refills: 3.
docusate (docusate sodium 100 mg capsule)See Instructions. Refills: 2.
docusate (docusate sodium 100 mg capsule)See Instructions. Refills: 3.
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
eszopiclone (eszopiclone 3 mg oral tablet)
gabapentin (gabapentin 300 mg oral capsule)
meclizine (meclizine 25 mg oral tablet)
metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)See Instructions. Refills: 2.
metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet)See Instructions. Refills: 3.
pantoprazole (pantoprazole 40 mg oral delayed release tablet)
pantoprazole (pantoprazole EC 40 mg tablet)See Instructions. Refills: 2.
simvastatin (simvastatin 40 mg oral tablet)
tamsulosin (tamsulosin 0.4 mg capsule)0.4 Milligrams Oral (given by mouth). Refills: 3.

09/05/24 09:26:32
IMPRESSION:
1. Fractures of the right 5-7th ribs as above.
2. Right lower lung pneumothorax with small right hemothorax.

\*\*\* Findings discussed with Dr. Camacho at 10:05 AM on 09/05/2024 with by confirmation of patient inflammation findings. Findings discovered at 10:04 AM.
\*\*\*

Signed By: KRAMER, NICHOLAS JOHN, MD
ECG
12 LEAD EKG: Sinus bradycardia, heart rate 46 bpm, left anterior fascicular block, no arrhythmia no ectopy and no STEMI.
POC Ultrasound

Consults
No Consult orders placed.

Problem List/Past Medical History
Ongoing
    No qualifying data
Historical
    No qualifying data

Procedure/Surgical History
    • Angioplasty
    • Hernia repair

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 137 of 160>

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

tamsulosin (tamsulosin 0.4 mg oral capsule)
ticagrelor (Brilinta 90 mg tablet)90 Milligrams Oral (given by mouth) 2 times a day.
Refills: 1.
ticagrelor (Brilinta 90 mg tablet)See Instructions. Refills: 3.
tiZANidine (tiZANidine 4 mg oral tablet)
tiZANidine (tiZANidine 4 mg tablet)See Instructions. Refills: 2.
vibegron (Gemtesa 75 mg tablet)See Instructions. Refills: 3.

Allergies
No Known Medication Allergies

Social History
Read Only: ILER Critical Exposures
Exposure Pathway Count 0. Industrial
Hygiene Count 0. Registries Count 1. Health
Assessments Count 0. Incidents Count 0.
Deployments Count 0. Individual Monitoring
Count 0., 09/05/2024

Family History
No family history documented

Electronically signed on: 09/05/2024 12:46 CDT

VICTOR M CAMACHO
MD

Document Type:                               ED/UC Clinical Summary
Service Date/Time:                           9/5/2024 14:33 CDT
Result Status:                               Auth (Verified)
Perform Information:                         JONES,KARLEY R RN (9/5/2024 14:33 CDT)
Sign Information:                            JONES,KARLEY R RN (9/5/2024 14:33 CDT)

ED/UC Clinical Summary

## Patient Information

Name: Dhane, George D          Age: 80 Years              DOB: 09/18/1943
Sex: Male                      Language:                  PCP:
Marital Status: Married        Phone: +   3372397433      Med Service: Emergency Medicine
MRN: 15315377000001            Acct# 122161970            Arrival: 09/05/24 08:14:50
Visit Reason: Fall; Shoulder   Acuity: 3 - Urgent         LOS: 000 06:19
pain-swelling; fall injury

Address:

367 TONY ST ANACOCO LA 714033203

Diagnosis:

1:Multiple fractures of ribs, right side, initial encounter for closed fracture; 2:Right pneumothorax

Medications Administered:

| Medication | Dose | Route |
|---|---|---|
| acetaminophen (Tylenol) | 500 mg | Oral |

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

Radiology Orders:

\*Differential Automated 09/05/2024 11:22:00 CDT, Whole Blood, Stat, Nurse collect, 250563826.000000

\*Glomerular Filtration Rate, Estimated 09/05/2024 11:22:00 CDT, Blood, Stat, Nurse collect, 250563824.000000

CBC w/ Diff 09/05/2024 11:22:00 CDT, Whole Blood, Stat, Nurse collect

CMP 09/05/2024 11:22:00 CDT, Blood, Stat, Nurse collect

CT Chest w/o Contrast 09/05/2024 10:14:00 CDT, Stat, Reason: blunt trauma chest, Transport Mode: Wheelchair, Bayne-Jones ACH Radiology 0064, 09/05/2024 10:14:00 CDT

PT and INR 09/05/2024 11:22:00 CDT, Blood, Stat, Nurse collect

PTT 09/05/2024 11:22:00 CDT, Blood, Stat, Nurse collect

XR Ribs w/ PA Chest Bilateral 09/05/2024 08:49:00 CDT, Stat, Reason: ground level fall/right posterior chest wall pain, Transport Mode: Wheelchair, Reportable, Once, 09/05/2024 08:49:00 CDT

Laboratory Orders:

\*Differential Automated 09/05/2024 11:22:00 CDT, Whole Blood, Stat, Nurse collect, 250563826.000000

\*Glomerular Filtration Rate, Estimated 09/05/2024 11:22:00 CDT, Blood, Stat, Nurse collect, 250563824.000000

CBC w/ Diff 09/05/2024 11:22:00 CDT, Whole Blood, Stat, Nurse collect

CMP 09/05/2024 11:22:00 CDT, Blood, Stat, Nurse collect

PT and INR 09/05/2024 11:22:00 CDT, Blood, Stat, Nurse collect

PTT 09/05/2024 11:22:00 CDT, Blood, Stat, Nurse collect

Lab and Rad:
Laboratory or Other Results This Visit (last charted value for your 09/05/2024 visit)

Chemistry
 09/05/2024  11:37 AM
  Chloride: 98 mmol/L -- Normal range between ( 98 and 107 )

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 139 of 160>

ACH BJJ-00140

015-139

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT | |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT | |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | | |

---

### Emergency Documentation

Sodium: 131 mmol/L -- Normal range between ( 136 and 145 )
Bilirubin Total: 0.43 mg/dL -- Normal range between ( 0.20 and 1.20 )
$CO_2$: 23 mmol/L -- Normal range between ( 22 and 31 )
AGAP: 10.0 mmol/L -- Normal range between ( 5.0 and 16.0 )
Alk Phos: 100 U/L -- Normal range between ( 42 and 144 )
Calcium: 9.1 mg/dL -- Normal range between ( 8.8 and 10.0 )
BUN: 16.8 mg/dL -- Normal range between ( 8.4 and 25.7 )
AST: 25 U/L -- Normal range between ( 3 and 37 )
ALT: 13 U/L
Albumin: 3.3 g/dL -- Normal range between ( 3.9 and 4.9 )
Protein Total: 6.50 g/dL
Potassium Lvl: 4.2 mmol/L -- Normal range between ( 3.5 and 5.1 )
Creatinine Level: 0.77 mg/dL -- Normal range between ( 0.72 and 1.25 )
Glucose Lvl: 95 mg/dL -- Normal range between ( 70 and 110 )
BUN/Creat Ratio: 22
A/G Ratio: 1.0 ratio
Globulin: 3.2 g/dL -- Normal range between ( 2.4 and 3.5 )
eGFR CKD EPI: 90

Hematology
09/05/2024  11:37 AM
RDW SD: 54.4
RBC: 3.63 10^6/uL -- Normal range between ( 4.70 and 6.10 )
Lymph Absolute: 0.86 10^3/uL -- Normal range between ( 0.77 and 7.56 )
Eos Absolute: 0.20 10^3/uL -- Normal range between ( 0.00 and 0.54 )
Basophil % Auto: 0 % -- Normal range between ( 0 and 1 )
MPV: 9.10 fL -- Normal range between ( 0.10 and 10.20 )
Baso Absolute: 0.04 10^3/uL -- Normal range between ( 0.00 and 0.11 )
Platelets: 236 10^3/uL -- Normal range between ( 130 and 400 )
Mono Absolute: 0.68 10^3/uL -- Normal range between ( 0.05 and 0.97 )
MCV: 92 fL -- Normal range between ( 80 and 94 )
MCH: 29.8 pg -- Normal range between ( 27.0 and 31.0 )
Lymphocyte % Auto: 8 % -- Normal range between ( 16 and 70 )
WBC: 10.32 10^3/uL -- Normal range between ( 4.80 and 10.80 )
Eosinophil % Auto: 2 % -- Normal range between ( 0 and 5 )
Neutro Absolute: 8.49 10^3/uL -- Normal range between ( 2.11 and 8.42 )
Hemoglobin: 10.80 g/dL -- Normal range between ( 14.00 and 18.00 )

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

### CERTIFIED COPY<Page 140 of 160>

ACH BJJ-00141                                              015-140

| Patient Name: | Dhane, George D | | | Admit: | 9/5/2024 08:14 CDT |
| MRN: | 15315377000001 | | | Discharge: | 9/5/2024 14:33 CDT |
| FIN: | 122161970 | | | Admitting: | |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Veterans ID (ICN): | |
| DOD ID (EDIPI): | 1131028101 | | | | |

## Emergency Documentation

MCHC: 32 g/dL -- Normal range between ( 33 and 37 )
Monocyte % Auto: 6.60 % -- Normal range between ( 1.00 and 9.00 )
Neutrophil % Auto: 82 % -- Normal range between ( 44 and 78 )
Hematocrit: 33.50 % -- Normal range between ( 42.00 and 52.00 )
Imm. Granulocyte %: 0
Imm. Granulocyte Absolute: 0 10^3/uL
RDW CV: 16 fL

Coagulation
  09/05/2024  11:37 AM
  INR: 1.0 % -- Normal range between ( 0.1 and 20.0 )
  PT: 10.4 seconds -- Normal range between ( 9.3 and 11.4 )
  PTT: 25.4 seconds -- Normal range between ( 24.5 and 32.8 )

Computed Tomography
  09/05/2024  10:42 AM
  CT Chest w/o Contrast: CT Chest w/o Contrast

Diagnostic Radiology
  09/05/2024  9:53 AM
  XR Ribs w/ PA Chest Bilateral: XR Ribs w/ PA Chest Bilateral

Medications:

## PROVIDER INFORMATION

| Provider | Role | Assigned | Unassigned |
| --- | --- | --- | --- |
| CAMACHO, VICTOR M, MD | ED Provider | 09/05/24 08:30:59 | |
| JONES, KARLEY R RN | ED Nurse | 09/05/24 08:50:09 | |

Attending Physician:

CAMACHO, VICTOR M, MD

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

| Patient Name: | Dhane, George D | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

Admit Doc:

Consulting Doc:

## VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Temp Oral | | |
| Temp Temporal | 36.8 Deg C | 36.8 Deg C |
| Temp Intravascular | | |
| Temp Axillary | | |
| Temp Rectal | | |
| 02 Sat | 100 % | 95 % |
| Respiratory Rate | 18 br/min | 20 br/min |
| Peripheral Pulse Rate | 53 bpm | 71 bpm |
| Apical Heart Rate | | |
| Blood Pressure | 127 mmHg / 83 mmHg | 146 mmHg / 81 mmHg |

Allergies
  No Known Medication Allergies

Immunizations
  No Immunizations Documented This Visit

## DISCHARGE INFORMATION

Discharge Disposition: Transfer to Civilian/Community Facility

Discharge Location:

Discharge Date and Time:   09/05/24 14:33:00

ED Checkout Date and Time:   09/05/24 14:33:00

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

ACH BJJ-00143                                          015-142

| | | | |
|---|---|---|---|
| Patient Name: | Dhane, George D | | |
| MRN: | 15315377000001 | | Admit: 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | Discharge: 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male 9/18/1943 81 years | | Admitting: |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): |

## Emergency Documentation

## DEPART REASON INCOMPLETE INFORMATION

| Depart Action | Incomplete Reason |
|---|---|
| Patient Education | MD Decision to leave incomplete |
| Follow-up Date | MD Decision to leave incomplete |

Problems
  Active
    Angioplasty
    Hypertension
    COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale
    Peripheral neuropathy
    Coronary artery disease

Smoking Status
  No Smoking Status Documented

## PATIENT EDUCATION INFORMATION

Instructions:

Follow up:

| | |
|---|---|
| Document Type: | ED/UC Patient Summary |
| Service Date/Time: | 9/5/2024 14:33 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | JONES,KARLEY R RN (9/5/2024 14:33 CDT) |
| Sign Information: | JONES,KARLEY R RN (9/5/2024 14:33 CDT) |

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

ED/UC Patient Summary
Name: Dhane, George D                    Current Date: 09/05/24 14:33:41 America/Chicago
DOB: 09/18/1943                    MRN: 15315377000001                    FIN: 122161970
Reason for Visit: Fall; Shoulder pain-swelling; fall injury
Diagnosis: 1:Multiple fractures of ribs, right side, initial encounter for closed fracture; 2:Right pneumothorax

Visit Date: 09/05/24 08:14:50 America/Chicago
Address: 367 TONY ST ANACOCO LA 714033203
Phone: +    3372397433

Primary Care Provider:
  Name:
  Phone:

Emergency Department Providers:
Primary Physician:
  CAMACHO, VICTOR M


Thank you for allowing us to assist you with your healthcare needs. The following instructions include patient education
materials and information regarding your injury/illness. As a reminder, all the information from your visit today can be found in
the MHS Genesis patient portal. Please go to https://patientportal.mhsgenesis.health.mil

Comment:

Dhane, George D has been given the following list of follow-up instructions, prescriptions, and patient education materials:




Allergies:
No Known Medication Allergies

Medication Information:
If you have been instructed to stop taking or to alter the dosage of a medication, please ensure you follow up with your
primary care provider to inform them of any changes. Unless otherwise noted, please continue to take medications as
prescribed and/or managed by your primary care provider prior to your emergency room visit. Any specific questions
regarding your usual medications and dosages should be discussed with your primary care provider and pharmacist.

 Medications that have not changed

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 144 of 160>

| Patient Name: | Dhane, George D | | | | | |
|---|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

### Other Medications

acetaminophen-HYDROcodone (HYDROcodone-acetaminophen 7.5 mg-325 mg tablet) See Instructions. Refills: 0.
Last Dose:_____

aspirin (aspirin 81 mg oral delayed release tablet) , HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral
Last Dose:_____

atorvastatin (atorvastatin 40 mg tablet) See Instructions. Refills: 3.
Last Dose:_____

atorvastatin (atorvastatin 40 mg tablet) See Instructions. Refills: 2.
Last Dose:_____

ciprofloxacin (ciprofloxacin 500 mg tablet) 500 Milligrams Oral (given by mouth) every 12 hours. Refills: 0.
Last Dose:_____

cyanocobalamin (cyanocobalamin 1000 mcg/mL inj-vial [1mL]) See Instructions. Refills: 3.
Last Dose:_____

docusate (docusate sodium 100 mg capsule) See Instructions. Refills: 2.
Last Dose:_____

docusate (docusate sodium 100 mg capsule) See Instructions. Refills: 3.
Last Dose:_____

eszopiclone (eszopiclone 3 mg oral tablet) , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

eszopiclone (eszopiclone 3 mg oral tablet) , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

eszopiclone (eszopiclone 3 mg oral tablet) , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

eszopiclone (eszopiclone 3 mg oral tablet) , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

eszopiclone (eszopiclone 3 mg oral tablet) , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

0064A-ACH Bayne-Jones-Johnson

| | | | | | | |
|---|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT | |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT | |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | | |

## Emergency Documentation

eszopiclone (eszopiclone 3 mg oral tablet) , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

eszopiclone (eszopiclone 3 mg oral tablet) , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

eszopiclone (eszopiclone 3 mg oral tablet) , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

eszopiclone (eszopiclone 3 mg oral tablet) , HX SIG - FOR REFERENCE ONLY:
Last Dose:_____

gabapentin (gabapentin 300 mg oral capsule) , HX SIG - FOR REFERENCE ONLY: TAKE TWO
CAPSULES BY MOUTH THREE TIMES A DAY, Oral
Last Dose:_____

meclizine (meclizine 25 mg oral tablet) , HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY
MOUTH FOUR TIMES A DAY AS NEEDED, Oral
Last Dose:_____

metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet) See Instructions. Refills: 2.
Last Dose:_____

metoprolol succinate (metoprolol succinate ER 25 mg/24 hour tablet) See Instructions. Refills: 3.
Last Dose:_____

pantoprazole (pantoprazole 40 mg oral delayed release tablet) , HX SIG - FOR REFERENCE ONLY:
TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral
Last Dose:_____

pantoprazole (pantoprazole EC 40 mg tablet) See Instructions. Refills: 2.
Last Dose:_____

simvastatin (simvastatin 40 mg oral tablet) , HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET
BY MOUTH ONCE A DAY WITH EVENING MEAL IN THE EVENING, Oral
Last Dose:_____

tamsulosin (tamsulosin 0.4 mg capsule) 0.4 Milligrams Oral (given by mouth). Refills: 3.
Last Dose:_____

tamsulosin (tamsulosin 0.4 mg oral capsule) , HX SIG - FOR REFERENCE ONLY: TAKE ONE
CAPSULE BY MOUTH DAILY, Oral
Last Dose:_____

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 146 of 160>

ACH BJJ-00147

015-146

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

---

### Emergency Documentation

---

ticagrelor (Brilinta 90 mg tablet) 90 Milligrams Oral (given by mouth) 2 times a day. Refills: 1.
Last Dose:_____

ticagrelor (Brilinta 90 mg tablet) See Instructions. Refills: 3.
Last Dose:_____

tiZANidine (tiZANidine 4 mg oral tablet) , HX SIG - FOR REFERENCE ONLY: TAKE ONE-HALF TO 1
TABLET BY MOUTH AT BEDTIME, Oral
Last Dose:_____

tiZANidine (tiZANidine 4 mg tablet) See Instructions. Refills: 2.
Last Dose:_____

vibegron (Gemtesa 75 mg tablet) See Instructions. Refills: 3.
Last Dose:_____


Major Tests:
The following tests were performed during your ED visit.
Laboratory or Other Results This Visit (last charted value for your 09/05/2024 visit)


Chemistry
   09/05/2024  11:37 AM
      Chloride: 98 mmol/L -- Normal range between ( 98 and 107 )
      Sodium: 131 mmol/L -- Normal range between ( 136 and 145 )
      Bilirubin Total: 0.43 mg/dL -- Normal range between ( 0.20 and 1.20 )
      CO2: 23 mmol/L -- Normal range between ( 22 and 31 )
      AGAP: 10.0 mmol/L -- Normal range between ( 5.0 and 16.0 )
      Alk Phos: 100 U/L -- Normal range between ( 42 and 144 )
      Calcium: 9.1 mg/dL -- Normal range between ( 8.8 and 10.0 )
      BUN: 16.8 mg/dL -- Normal range between ( 8.4 and 25.7 )
      AST: 25 U/L -- Normal range between ( 3 and 37 )
      ALT: 13 U/L
      Albumin: 3.3 g/dL -- Normal range between ( 3.9 and 4.9 )
      Protein Total: 6.50 g/dL
      Potassium Lvl: 4.2 mmol/L -- Normal range between ( 3.5 and 5.1 )
      Creatinine Level: 0.77 mg/dL -- Normal range between ( 0.72 and 1.25 )
      Glucose Lvl: 95 mg/dL -- Normal range between ( 70 and 110 )
      BUN/Creat Ratio: 22

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 147 of 160>**

ACH BJJ-00148        015-147

| | | | |
|---|---|---|---|
| Patient Name: | Dhane, George D | | |
| MRN: | 15315377000001 | | |
| FIN: | 122161970 | | |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years |
| DOD ID (EDIPI): | 1131028101 | | |

| | |
|---|---|
| Admit: | 9/5/2024 08:14 CDT |
| Discharge: | 9/5/2024 14:33 CDT |
| Admitting: | |
| Veterans ID (ICN): | |

## Emergency Documentation

A/G Ratio: 1.0 ratio
Globulin: 3.2 g/dL -- Normal range between ( 2.4 and 3.5 )
eGFR CKD EPI: 90

### Hematology
09/05/2024  11:37 AM
RDW SD: 54.4
RBC: 3.63 10^6/uL -- Normal range between ( 4.70 and 6.10 )
Lymph Absolute: 0.86 10^3/uL -- Normal range between ( 0.77 and 7.56 )
Eos Absolute: 0.20 10^3/uL -- Normal range between ( 0.00 and 0.54 )
Basophil % Auto: 0 % -- Normal range between ( 0 and 1 )
MPV: 9.10 fL -- Normal range between ( 0.10 and 10.20 )
Baso Absolute: 0.04 10^3/uL -- Normal range between ( 0.00 and 0.11 )
Platelets: 236 10^3/uL -- Normal range between ( 130 and 400 )
Mono Absolute: 0.68 10^3/uL -- Normal range between ( 0.05 and 0.97 )
MCV: 92 fL -- Normal range between ( 80 and 94 )
MCH: 29.8 pg -- Normal range between ( 27.0 and 31.0 )
Lymphocyte % Auto: 8 % -- Normal range between ( 16 and 70 )
WBC: 10.32 10^3/uL -- Normal range between ( 4.80 and 10.80 )
Eosinophil % Auto: 2 % -- Normal range between ( 0 and 5 )
Neutro Absolute: 8.49 10^3/uL -- Normal range between ( 2.11 and 8.42 )
Hemoglobin: 10.80 g/dL -- Normal range between ( 14.00 and 18.00 )
MCHC: 32 g/dL -- Normal range between ( 33 and 37 )
Monocyte % Auto: 6.60 % -- Normal range between ( 1.00 and 9.00 )
Neutrophil % Auto: 82 % -- Normal range between ( 44 and 78 )
Hematocrit: 33.50 % -- Normal range between ( 42.00 and 52.00 )
Imm. Granulocyte %: 0
Imm. Granulocyte Absolute: 0 10^3/uL
RDW CV: 16 fL

### Coagulation
09/05/2024  11:37 AM
INR: 1.0 % -- Normal range between ( 0.1 and 20.0 )
PT: 10.4 seconds -- Normal range between ( 9.3 and 11.4 )
PTT: 25.4 seconds -- Normal range between ( 24.5 and 32.8 )

### Computed Tomography

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 148 of 160>**

| Patient Name: | Dhane, George D | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Documentation

09/05/2024  10:42 AM
CT Chest w/o Contrast: CT Chest w/o Contrast

Diagnostic Radiology
09/05/2024  9:53 AM
XR Ribs w/ PA Chest Bilateral: XR Ribs w/ PA Chest Bilateral

Upcoming appointments:

Comment:

I, Dhane, George D, has been given the following list of patient education materials, prescriptions, and follow up instructions and has verbalized understanding:

Patient (or Guardian) Signature  09/05/24 14:33:41

Provider Signature                    09/05/24 14:33:41

Document Type:                           ED/UC Patient Education Note
Service Date/Time:                       9/5/2024 14:33 CDT
Result Status:                              Auth (Verified)
Perform Information:                     JONES,KARLEY R RN (9/5/2024 14:33 CDT)
Sign Information:                          JONES,KARLEY R RN (9/5/2024 14:33 CDT)

ED/UC Patient Education Note

Document Type:                           ED ECG Documentation
Service Date/Time:                       9/5/2024 12:39 CDT
Result Status:                              Auth (Verified)
Perform Information:                     CAMACHO,VICTOR M,MD (9/5/2024 11:57 CDT)
Sign Information:

12 LEAD EKG: Sinus bradycardia, heart rate 46 bpm, left anterior fascicular block, no arrhythmia no ectopy and no STEMI.

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Department Forms

ED/UC Disposition Documentation Entered On: 09/05/24 14:32 CDT
Performed On: 09/05/24 14:32 CDT by JONES, KARLEY R RN

Disposition Documentation
Patient Condition-Disposition : Satisfactory
ED Discharged to : Transfer to Acute Care Facility
FCT Visit Types : Standard ED Encounter
ED Transfer Documentation : Open transfer documentation

JONES, KARLEY R RN - 09/05/24 14:32 CDT

Transfer
ED Reason for Transfer : Requires specialty care
ED Advance Directive : No
Transfer Requirements Met : Patient has received a medical screening, Patient will be transferred by qualified personnel and
transportation equipment as required, including the use of necessary appropriate life support measures, Receiving facility has
agreed to accept transfer and to provide appropriate medical treatments, Receiving facility has available space and qualified
personnel for the treatment of the patient, Risks and benefits of transfer explained to patient
ED Transfer Consent Obtained : Electronic
Receiving Facility : Lafayette General ER
Accepting Nurse Receiving Report : Adrianne, RN
Date/Time Nurse Received Report : 09/05/2024 14:30 CDT
Data Sent with Patient : Prehospital report
Disease Risk/Exposure : Denies Exposure

JONES, KARLEY R RN - 09/05/24 14:32 CDT

ED/UC Screening and Patient History Entered On: 09/05/24 08:48 CDT
Performed On: 09/05/24 08:27 CDT by JONES, KARLEY R RN

ED/UC Screening and Patient History
Immunizations Current : Yes
Procedure History : Open procedure history documentation
Languages : English

JONES, KARLEY R RN - 09/05/24 08:27 CDT

Procedure/Surgical History

Procedure History

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 150 of 160>

0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Department Forms

(As Of: 09/05/24 08:48:48 CDT)

Anesthesia Minutes:  0 ; Procedure Name:  Hernia repair ;
Procedure Minutes:  0 ; Last Reviewed Dt/Tm:  09/05/24
08:48:46 CDT

Anesthesia Minutes:  0 ; Procedure Name:  Angioplasty ;
Procedure Minutes:  0 ; Last Reviewed Dt/Tm:  09/05/24
08:48:40 CDT

ED/UC Triage Entered On:  09/05/24 08:47 CDT
Performed On:  09/05/24 08:27 CDT by JONES, KARLEY R RN

ED/UC Triage
Mode of Arrival :   Private vehicle
Mode of Mobility :   Wheelchair

JONES, KARLEY R RN - 09/05/24 08:27 CDT

Chief Complaint :   Pt presents for altercation at pharmacy, reports he was standing in line and was shoved by another
individual. Presents with moderate sized skin tear to right mid back with bruising present. C/o pain to right scapula/upper back
 region worse with
(Comment: movement. Denies any head injury or LOC. No deformities present to clavicle.   [JONES, KARLEY R RN -
09/05/24 08:27 CDT] )

JONES, KARLEY R RN - 09/05/24 08:50 CDT

{ [Pt presents for altercation at pharmacy, reports he was standing in line and was shoved by another individual. Presents with
moderate sized skin abrasion to right mid back with bruising present. C/o pain to right scapula/upper back region worse with]
previously charted by JONES, KARLEY R RN at 09/05/24 08:27 CDT {Comment] movement. Denies any head injury or
LOC. No deformities present to clavicle.   [ JONES, KARLEY R RN at 09/05/24 08:27 CDT]});
(As Of: 09/05/24 13:03:29 CDT)

Problems(Active)

| | |
|---|---|
| Angioplasty (SNOMED CT :2884393011 ) | Name of Problem:  Angioplasty ; Recorder:  JONES, KARLEY R RN; Confirmation:  Confirmed ; Classification:  Medical ; Code:  2884393011 ; Contributor System:  PowerChart ; Last Updated:  09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status:  Active ; Vocabulary:  SNOMED CT |
| COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale | Name of Problem:  COPD (Chronic Obstructive Pulmonary Disease) Assessment Test scale ; Recorder:  JONES, KARLEY R RN; Confirmation:  Confirmed ; Classification:  Medical ; |

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Department Forms

| | |
|---|---|
| (SNOMED CT :3744961011 ) | Code: 3744961011 ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |
| Coronary artery disease (SNOMED CT :AXQt/gEBk5Xll5l2rBELCg ) | Name of Problem: Coronary artery disease ; Recorder: JONES, KARLEY R RN; Confirmation: Confirmed ; Classification: Medical ; Code: AXQt/gEBk5Xll5l2rBELCg ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:02 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |
| Hypertension (SNOMED CT :82725 ) | Name of Problem: Hypertension ; Recorder: JONES, KARLEY R RN; Confirmation: Confirmed ; Classification: Medical ; Code: 82725 ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |
| Peripheral neuropathy (SNOMED CT :2870944013 ) | Name of Problem: Peripheral neuropathy ; Recorder: JONES, KARLEY R RN; Confirmation: Confirmed ; Classification: Medical ; Code: 2870944013 ; Contributor System: PowerChart ; Last Updated: 09/05/2024 13:03 CDT ; Life Cycle Date: 09/05/2024 ; Life Cycle Status: Active ; Vocabulary: SNOMED CT |

Diagnoses(Active)

| | |
|---|---|
| Fall | Date: 09/05/2024 ; Diagnosis Type: Reason For Visit ; Confirmation: Complaint of ; Clinical Dx: Fall ; Classification: Medical ; Clinical Service: Non-Specified ; Code: PNED ; Probability: 0 ; Diagnosis Code: 972DCDB6-6058-47E5-9321-44B9DBFE0EC6 |
| Multiple fractures of ribs, right side, initial encounter for closed fracture | Date: 09/05/2024 ; Diagnosis Type: Discharge ; Confirmation: Confirmed ; Clinical Dx: Multiple fractures of ribs, right side, initial encounter for closed fracture ; Classification: Medical ; Code: ICD-10-CM ; Probability: 0 ; Diagnosis Code: S22.41XA |
| Right pneumothorax | Date: 09/05/2024 ; Diagnosis Type: Discharge ; Confirmation: Confirmed ; Clinical Dx: Right pneumothorax ; Classification: Medical ; Code: ICD-10-CM ; Probability: 0 ; Diagnosis Code: J93.9 |
| Shoulder pain-swelling | Date: 09/05/2024 ; Diagnosis Type: Reason For Visit ; Confirmation: Complaint of ; Clinical Dx: Shoulder |

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 152 of 160>

ACH BJJ-00153                                    015-152

| Patient Name: | Dhane, George D | | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Department Forms

pain-swelling ; Classification:  Medical ; Clinical Service:
Non-Specified ; Code:  PNED ; Probability:  0 ; Diagnosis
Code:  F352900B-2088-4A52-BE97-C0FF272EF477

Allergies/Home Meds :  Document Allergies/Medications
Temperature Temporal Artery :  36.8 Deg C(Converted to: 98.2 Deg F)
AVPU :  Alert and responsive
Blood Pressure
Systolic / Diastolic :  127 mmHg
Blood Pressure
Systolic / Diastolic :  83 mmHg
Peripheral Pulse Rate :  53 bpm (LOW)
Resp Rate :  18 br/min
O2 Sat :  100 %
DVPRS Pain Scale :  10 - As bad as it could be, nothing else matters
DVPRS Pain Score :  10
Oxygenation :  Room air
Weight Measured or Estimated? :  Estimated
Weight Estimated :  58.9 kg(Converted to: 129 lb 14 oz)
Complete CSSRS? :  Yes
1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up? :  No
2. Over the past month have you had any actual thoughts of killing yourself? :  No
7. In your lifetime, have you ever done anything, started to do anything or prepared to do anything to end your life (for
example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)? :  No
Below fields are populated based off of above documentation and are view only
Positive Screen indicates a "YES" response to question(s) 3, 4, 5, or 8 :  0
CSSRS Screen Outcome :  Negative: no further assessment but defer to clinical management as indicated
Presented to ED/UC because of falls :  Yes
Altered mental status
Intoxication with alcohol or substance confusion :  No
Impaired mobility:
Ambulates or transfers with assistive devices or assistance;
Unable to ambulate or transfer :  No
Nurse Judgement :  Yes

JONES, KARLEY R RN - 09/05/24 08:27 CDT

DCP GENERIC CODE
Tracking Group :  ED 0064-BJACH Tracking Group
Tracking Acuity :  3 - Urgent

JONES, KARLEY R RN - 09/05/24 08:27 CDT

Pregnancy Status :  N/A
ED CSSRS Q7 Documentation :  No
ED CSSRS Q2 Documentation :  No

JONES, KARLEY R RN - 09/05/24 08:27 CDT

Allergies/Meds

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

| Patient Name: | Dhane, George D | | | | | |
|---|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Department Forms

(As Of: 09/05/24 08:47:40 CDT)

Allergies (Active)

No Known Medication Allergies  Estimated Onset Date: Unspecified ; Created By: JONES, KARLEY R RN; Reaction Status: Active ; Category: Drug ; Substance: No Known Medication Allergies ; Type: Allergy ; Updated By: JONES, KARLEY R RN; Source: Patient ; Reviewed Date: 09/05/24 08:46 CDT

Medication List

(As Of: 09/05/24 08:47:40 CDT)

Prescription/Discharge Order

atorvastatin 40 mg tablet    : atorvastatin 40 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: atorvastatin 40 mg tablet ; Simple Display Line: See Instructions, 90 EA, 3 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code: atorvastatin ; Order Dt/Tm: 06/27/24 10:08:14 CDT

docusate sodium 100 mg capsule    : docusate sodium 100 mg capsule ; Status: Prescribed ; Ordered As Mnemonic: docusate sodium 100 mg capsule ; Simple Display Line: See Instructions, 180 EA, 3 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code: docusate ; Order Dt/Tm: 06/27/24 10:04:52 CDT

metoprolol succinate ER 25 mg/24 hour tablet    : metoprolol succinate ER 25 mg/24 hour tablet ; Status: Prescribed ; Ordered As Mnemonic: metoprolol succinate ER 25 mg/24 hour tablet ; Simple Display Line: See Instructions, 45 EA, 3 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code: metoprolol ; Order Dt/Tm: 06/27/24 10:05:47 CDT

ticagrelor 90 mg tablet    : ticagrelor 90 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: Brilinta 90 mg tablet ; Simple Display Line: See Instructions, 180 EA, 3 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code: ticagrelor ; Order Dt/Tm: 06/27/24 10:07:16 CDT

cyanocobalamin 1000 mcg/mL inj [1mL]    : cyanocobalamin 1000 mcg/mL inj [1mL] ; Status: Prescribed ; Ordered As Mnemonic: cyanocobalamin 1000 mcg/mL inj-vial [1mL] ; Simple Display Line: See Instructions, 3 mL, 3 Refill(s) ; Ordering Provider: LANDRUM, KIMBERLY, M.D.; Catalog Code: cyanocobalamin ; Order Dt/Tm: 03/21/24 11:16:18 CDT

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 154 of 160>

ACH BJJ-00155                                       015-154

0064A-ACH Bayne-Jones-Johnson

| | | | | |
|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | |
| MRN: | 15315377000001 | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943   81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

## Emergency Department Forms

ticagrelor 90 mg tablet
: ticagrelor 90 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  Brilinta 90 mg tablet ; Simple Display Line:  90 mg, Oral, BID, 180 EA, 1 Refill(s) ; Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog Code:  ticagrelor ; Order Dt/Tm: 03/21/24 11:15:19 CDT

vibegron 75 mg tablet
: vibegron 75 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  Gemtesa 75 mg tablet ; Simple Display Line:  See Instructions, 90 EA, 3 Refill(s) ; Ordering Provider:  LANDRUM, KIMBERLY, M.D.; Catalog Code:  vibegron ; Order Dt/Tm: 03/21/24 11:17:05 CDT

atorvastatin 40 mg tablet
: atorvastatin 40 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  atorvastatin 40 mg tablet ; Simple Display Line: See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider:  KERN, CHRISTY; Catalog Code:  atorvastatin ; Order Dt/Tm: 03/05/24 09:39:10 CST

docusate sodium 100 mg capsule
: docusate sodium 100 mg capsule ; Status:  Prescribed ; Ordered As Mnemonic:  docusate sodium 100 mg capsule ; Simple Display Line:  See Instructions, 60 EA, 2 Refill(s) ; Ordering Provider:  KERN, CHRISTY; Catalog Code: docusate ; Order Dt/Tm:  03/05/24 09:38:22 CST

metoprolol succinate ER 25 mg/24 hour tablet
: metoprolol succinate ER 25 mg/24 hour tablet ; Status: Prescribed ; Ordered As Mnemonic:  metoprolol succinate ER 25 mg/24 hour tablet ; Simple Display Line:  See Instructions, 15 EA, 2 Refill(s) ; Ordering Provider:  KERN, CHRISTY; Catalog Code:  metoprolol ; Order Dt/Tm:  03/05/24 09:37:12 CST

pantoprazole EC 40 mg tablet
: pantoprazole EC 40 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  pantoprazole EC 40 mg tablet ; Simple Display Line:  See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider: KERN, CHRISTY; Catalog Code:  pantoprazole ; Order Dt/Tm: 03/05/24 09:35:13 CST

tiZANidine 4 mg tablet
: tiZANidine 4 mg tablet ; Status:  Prescribed ; Ordered As Mnemonic:  tiZANidine 4 mg tablet ; Simple Display Line:  See Instructions, 30 EA, 2 Refill(s) ; Ordering Provider:  KERN, CHRISTY; Catalog Code:  tiZANidine ; Order Dt/Tm:  03/05/24 09:40:05 CST

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 155 of 160>

ACH BJJ-00156

015-155

0064A-ACH Bayne-Jones-Johnson

| Patient Name: | Dhane, George D | | | | |
|---|---|---|---|---|---|
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Emergency Department Forms

ciprofloxacin 500 mg tablet : ciprofloxacin 500 mg tablet ; Status: Prescribed ; Ordered As Mnemonic: ciprofloxacin 500 mg tablet ; Simple Display Line: 500 mg, Oral, every 12 hr, 28 EA, 0 Refill(s) ; Ordering Provider: WEBB, RENICK P, MD; Catalog Code: ciprofloxacin ; Order Dt/Tm: 01/30/24 15:00:21 CST

tamsulosin 0.4 mg capsule : tamsulosin 0.4 mg capsule ; Status: Prescribed ; Ordered As Mnemonic: tamsulosin 0.4 mg capsule ; Simple Display Line: 0.4 mg, Oral, 90 EA, 3 Refill(s) ; Ordering Provider: KWOK, CHUEN K, M.D.; Catalog Code: tamsulosin ; Order Dt/Tm: 01/30/24 15:01:41 CST

Home Meds

eszopiclone : eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 01/09/22 02:18:31 CST ; Comment: HX SIG - FOR REFERENCE ONLY:

gabapentin : gabapentin ; Status: Documented ; Ordered As Mnemonic: gabapentin 300 mg oral capsule ; Catalog Code: gabapentin ; Order Dt/Tm: 12/14/21 15:30:00 CST ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE TWO CAPSULES BY MOUTH THREE TIMES A DAY, Oral

tizanidine : tizanidine ; Status: Documented ; Ordered As Mnemonic: tiZANidine 4 mg oral tablet ; Catalog Code: tiZANidine ; Order Dt/Tm: 12/14/21 19:06:00 CST ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE-HALF TO 1 TABLET BY MOUTH AT BEDTIME, Oral

eszopiclone : eszopiclone ; Status: Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code: eszopiclone ; Order Dt/Tm: 11/06/21 18:06:34 CDT ; Comment: HX SIG - FOR REFERENCE ONLY:

aspirin : aspirin ; Status: Documented ; Ordered As Mnemonic: aspirin 81 mg oral delayed release tablet ; Catalog Code: aspirin ; Order Dt/Tm: 08/24/21 19:17:00 CDT ; Comment: HX SIG - FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 156 of 160>

ACH BJJ-00157

015-156

0064A-ACH Bayne-Jones-Johnson

| | | | |
|---|---|---|---|
| Patient Name: | Dhane, George D | | |
| MRN: | 15315377000001 | | |
| FIN: | 122161970 | | |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years |
| DOD ID (EDIPI): | 1131028101 | | |

| | |
|---|---|
| Admit: | 9/5/2024 08:14 CDT |
| Discharge: | 9/5/2024 14:33 CDT |
| Admitting: | |
| Veterans ID (ICN): | |

## Emergency Department Forms

pantoprazole
: pantoprazole ; Status:  Documented ; Ordered As Mnemonic: pantoprazole 40 mg oral delayed release tablet ; Catalog Code:  pantoprazole ; Order Dt/Tm:  08/24/21 19:17:00 CDT ; Comment:   HX SIG – FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY, Oral

simvastatin
: simvastatin ; Status:  Documented ; Ordered As Mnemonic: simvastatin 40 mg oral tablet ; Catalog Code:  simvastatin ; Order Dt/Tm:  08/24/21 19:16:00 CDT ; Comment:   HX SIG – FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH ONCE A DAY WITH EVENING MEAL IN THE EVENING, Oral

eszopiclone
: eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  08/05/21 11:46:00 CDT ; Comment:   HX SIG – FOR REFERENCE ONLY:

tamsulosin
: tamsulosin ; Status:  Documented ; Ordered As Mnemonic: tamsulosin 0.4 mg oral capsule ; Catalog Code:  tamsulosin ; Order Dt/Tm:  07/15/21 16:15:00 CDT ; Comment:   HX SIG – FOR REFERENCE ONLY: TAKE ONE CAPSULE BY MOUTH DAILY, Oral

eszopiclone
: eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  04/17/21 17:24:56 CDT ; Comment:   HX SIG – FOR REFERENCE ONLY:

eszopiclone
: eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  04/17/21 00:41:40 CDT ; Comment:   HX SIG – FOR REFERENCE ONLY:

meclizine
: meclizine ; Status:  Documented ; Ordered As Mnemonic: meclizine 25 mg oral tablet ; Catalog Code:  meclizine ; Order Dt/Tm:  04/13/21 18:28:00 CDT ; Comment:   HX SIG – FOR REFERENCE ONLY: TAKE ONE TABLET BY MOUTH FOUR TIMES A DAY AS NEEDED, Oral

eszopiclone
: eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  01/23/21 17:22:47 CST ; Comment:   HX SIG – FOR REFERENCE ONLY:

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 157 of 160>

ACH BJJ-00158

015-157

| | | | | |
|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | |
| MRN: | 15315377000001 | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: |
| DOD ID (EDIPI): | 1131028101 | | Veterans ID (ICN): | |

---

## Emergency Department Forms

| | |
|---|---|
| eszopiclone | : eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  01/23/21 17:22:47 CST ; Comment:  HX SIG - FOR REFERENCE ONLY: |
| eszopiclone | : eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  01/08/21 19:51:17 CST ; Comment:  HX SIG - FOR REFERENCE ONLY: |
| eszopiclone | : eszopiclone ; Status:  Documented ; Ordered As Mnemonic: eszopiclone 3 mg oral tablet ; Catalog Code:  eszopiclone ; Order Dt/Tm:  10/28/20 04:53:10 CDT ; Comment:  HX SIG - FOR REFERENCE ONLY: |

---

## Computed Tomography

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
|---|---|---|---|---|
| 00064-CT-24-0015661 | 9/5/2024 10:42 CDT | CT Chest w/o Contrast | CAMACHO,VICTOR M, MD | 80 years |

Reason for Exam
(CT Chest w/o Contrast) blunt trauma chest

Report
EXAMINATION: CT Chest w/o Contrast.

TECHNIQUE: CT without contrast from the lung apices through the upper abdomen with sagittal and coronal reformats.

COMPARISONS: Chest radiograph from earlier same day.

FINDINGS:
Lungs and Airways: 4.5 x 5.4 cm cavernous lesion in the right upper lung with wall thickening measuring 4 mm. Suspicious 8 mm nodule in the left upper lobe, image 213.

Pleura: Right pneumothorax most prominent in the base due to fibrotic adhesions in the right upper lobe. Small right hemothorax.

Heart and Inferior Mediastinum: Coronary artery stents. There is no pericardial

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

| Patient Name: | Dhane, George D | | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Computed Tomography

Report
effusion. There is no mediastinal lymphadenopathy. The thyroid gland is normal.
Ectasia of the ascending thoracic aorta , 4.0 cm.

Upper Abdomen: The lack of intravenous contrast limits evaluation of the solid
organs. Hyperdense material in the gallbladder. Postsurgical changes of the
stomach.

Soft Tissues: Normal.

Bones: Displaced right 6th rib fracture, angulated comminuted fracture of the
right 7th rib, minimally displaced fracture of the right 8th rib head/neck with
additional mildly displaced posterior fracture, and minimally displaced fracture
of the 9th rib neck.

Vasculature: There is no aneurysmal dilatation.

IMPRESSION:
Multiple right rib fractures with moderate-sized right pneumothorax. Patient
would likely benefit from chest tube given pneumothorax size.

Suspicious cavitary lesion right upper lobe measuring up to 5.4 cm with
thickened wall measuring 4 mm. Addition there is a suspicious 8 mm nodule in the
left upper lobe as spiculations. Recommend tissue sampling and PET/CT for
further evaluation.

Gallbladder sludge/cholelithiasis.

Ectasia of the ascending thoracic aorta, 4.6 cm.
***** Final *****

Dictated by: KRAMER, NICHOLAS JOHN, MD
Dictated DT/TM: 09/05/2024 10:52 am CDT
Signed by: KRAMER, NICHOLAS JOHN, MD
Signed (Electronic Signature): 09/05/2024 11:01 am CDT
Proxied for: KRAMER, NICHOLAS JOHN, MD

## Diagnostic Radiology

| Accession | Exam Date/Time | Exam | Ordering Physician | Patient Age at Exam |
| 00064-XR-24-0081727 | 9/5/2024 09:53 CDT | XR Ribs w/ PA Chest Bilateral | CAMACHO,VICTOR M, MD | 80 years |

---

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

**CERTIFIED COPY<Page 159 of 160>**

ACH BJJ-00160                                      015-159

0064A-ACH Bayne-Jones-Johnson

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | Dhane, George D | | | | |
| MRN: | 15315377000001 | | | Admit: | 9/5/2024 08:14 CDT |
| FIN: | 122161970 | | | Discharge: | 9/5/2024 14:33 CDT |
| Sex/DOB/Age: | Male | 9/18/1943 | 81 years | Admitting: | |
| DOD ID (EDIPI): | 1131028101 | | | Veterans ID (ICN): | |

## Diagnostic Radiology

Reason for Exam
(XR Ribs w/ PA Chest Bilateral) ground level fall/right posterior chest wall pain

Report
EXAMINATION: XR Ribs w/ PA Chest Bilateral, 9/5/2024 10:03 AM

INDICATION: ground level fall/right posterior chest wall pain

COMPARISON(S): None.

TECHNIQUE: Rib Series with multiple views.

FINDINGS:
Support devices: None.

Bones/Soft Tissues: Displaced right 5th and 7th rib fractures. Nondisplaced
fracture of the 6th right rib.

Lungs/pleura: Emphysematous changes of the lungs. No evidence of focal
consolidation. Right lower lobe pneumothorax with lateral gap measuring 2.1 cm
an inferior gap measuring approximately 4.6 cm.. Fibronodular thickening. Small
right hemothorax.

Heart/mediastinum: Coronary artery stents.

Upper abdomen: Unremarkable.

IMPRESSION:
1. Fractures of the right 5-7th ribs as above.
2. Right lower lung pneumothorax with small right hemothorax.

*** Findings discussed with Dr. Camacho at 10:05 AM on 09/05/2024 with by
confirmation of patient inflammation findings. Findings discovered at 10:04 AM.
***

***** Final *****

Dictated by: KRAMER, NICHOLAS JOHN, MD
Dictated DT/TM: 09/05/2024 10:03 am CDT
Signed by: KRAMER, NICHOLAS JOHN, MD
Signed (Electronic Signature): 09/05/2024 10:08 am CDT
Proxied for: KRAMER, NICHOLAS JOHN, MD

Unless you are the subject of the record, protections under 42 CFR Part 2 and/or 38 U.S.C. 7332 may apply.

## CERTIFIED COPY<Page 160 of 160>