**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:25-CR-00048-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DIEGO RIVERA ZAYAS (01)** | **MAGISTRATE JUDGE LEBLANC** |

# GOVERNMENT EXHIBIT 16 – SEE MANUAL ATTACHMENT