Case 2:25-cr-00048-JDC-TPL   Document 65   Filed 10/16/25   Page 1 of 1 PageID #: 172

RECEIVED
OCT 1 6 2025
WESTERN DISTRICT OF LOUISIANA
DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:25-CR-00048-01 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| DIEGO RIVERA ZAYAS (01) | MAGISTRATE JUDGE LEBLANC |

### VERDICT FORM

1. How do you find the Defendant, Diego Rivera Zayas, as to Count 1 of the Indictment, Assault Resulting in Serious Bodily Injury?

    _____ Guilty          ✓ Not Guilty

    If you answered Guilty to Question No. 1, sign and date the Verdict Form and give to the Court Security Officer; if you answered Not Guilty to Question No. 1, please proceed to Question No. 2.

2. How do you find the Defendant, Diego Rivera Zayas, as to charge of Assault by striking or wounding?

    _____ Guilty          ✓ Not Guilty

    If you answered Guilty to Question No. 2, sign and date the Verdict Form and give to the Court Security Officer; if you answered Not Guilty to Question No. 2, please proceed to Question No. 3.

3. How do you find the Defendant, Diego Rivera Zayas, as to the charge of simple assault?

    ✓ Guilty          _____ Not Guilty

SO SAY WE ALL THIS __16__ DAY OF __10__, 2025.

REDACTED
JURY FOREPERSON

Please give this Verdict Form to the Court Security Officer.