# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:25-CR-00048-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DIEGO RIVERA ZAYAS (01)** | **MAGISTRATE JUDGE LEBLANC** |

## MEMORANDUM ORDER

Considering the four-month term of imprisonment being served by this defendant as a condition of probation since March 5, 2026, and after consultation with the Supervisory United States Probation Officer for this division, the undersigned hereby **ORDERS** that Mr. Zayas's release date be set for **June 27, 2026**, to credit him for the five days he served in pretrial detention.

**THUS DONE AND SIGNED** in Chambers on the 11th day of June, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**